Nathan Nicholas, Wyo. Bar #7-5078
Travis W. Koch, Wyo. Bar #7-5418
**KOCH LAW, P.C.**
P.O. Box 2660
Cheyenne, WY 82003
(307) 426-5010
(307) 426-4927
tkoch@kochlawpc.com
nnicholas@kochlawpc.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, | ) ) ) ) Case No. 2:26-cv-00018 |
| *Plaintiffs*, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON, an individual, | ) ) ) ) ) |
| *Defendants*. | ) |

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs ABC IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("RBT") (collectively, "Plaintiffs"), through undersigned counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1 for entry of a Temporary Restraining Order and Preliminary Injunction enjoining Defendants Peak Tactical, LLC ("Peak") and Nicholas Norton and their officers, agents, servants, employees, and attorneys, and any other person(s) in concert or participation with any of the foregoing people or entities, from (A) making, using, offering to sell, selling, or importing the accused Partisan Disruptor product, or any substantially identical product, and (B) stating publicly in commercial advertising that (i) the accused Partisan Disruptor practices U.S. Patent No. 9,146,067, and/or that (ii) the accused Partisan Disruptor is an assisted reset trigger.

This Motion is based on the Complaint (Dkt. 1), the Memorandum in Support filed concurrently herewith, the declarations and exhibits attached thereto, any additional materials that Plaintiffs may file in support of this Motion before or at any hearing on the Motion, and any oral argument requested by this Court.

Dated:  January 16, 2026                    Respectfully submitted,

By:  /s/ Travis W. Koch
     Nathan Nicholas, Wyo. Bar #7-5078
     Travis W. Koch, Wyo. Bar #7-5418
     **KOCH LAW, P.C.**
     P.O. Box 2660
     Cheyenne, WY 82003
     (307) 426-5010
     (307) 426-4927
     tkoch@kochlawpc.com
     nnicholas@kochlawpc.com

     Ben Christoff (DC Bar 1025635)
     **FISH & RICHARDSON P.C.**
     1000 Maine Avenue SW, Suite 1000
     Washington, DC 20024
     Telephone: (202) 783-5070

christoff@fr.com

Matthew A. Colvin (TX Bar 24087331)
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
colvin@fr.com

*Attorneys for Plaintiffs*
*Rare Breed Triggers and*
*ABC IP, LLC*

2

3

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2026, a copy of the foregoing was filed electronically using the CM/ECF system, which will send notification of such filing to counsel of record.

                                    */s/ Travis W. Koch*
                                    Travis W. Koch