# EXHIBIT A

FRT Trigger For Sale | RareBreed Triggers | Rare Breed FRT-15- Rare Breed Triggers Official https://rarebreedtriggerofficial.com/



Captured by FireShot Pro: 01-15-2026, 14:59:58

FRT Trigger For Sale | RareBreed Triggers | Rare Breed FRT-15- Rare Breed Triggers Official https://rarebreedtriggerofficial.com/

This innovative design mimics the firing speed of automatic firearms while remaining compliant with semi-automatic regulations—at least until recent legal scrutiny. The rarebreed triggers quickly gained a cult following for its smooth operation and rapid-fire capabilities, making it one of the most sought-after aftermarket triggers on the market.

3. Rapid Succession – By maintaining slight rearward pressure, the shooter can fire again as soon as the trigger resets, achieving an incredibly fast rate of fire.

This mechanism of rarebreed frt15 trigger allows for firing speeds approaching 600 rounds per minute—comparable to some automatic firearms—while still functioning as a semi-automatic trigger.



## Where to Buy Rare Breed Triggers

Engineering excellence is at the core of RareBreed Triggers. Our patented Forced Reset Trigger (FRT) technology reflects years of dedicated research, advanced design, and rigorous testing to achieve superior mechanical performance.

Our engineering team integrates cutting-edge design, state-of-the-art manufacturing, and strict quality control at every stage of production. The FRT-15 set a new benchmark for speed, reliability, and ingenuity. Successive designs continue to build on that legacy—offering enhanced performance while remaining firmly within the boundaries of federal law.

At RareBreed Trigger, we innovate with purpose. Our goal is simple: to provide law-abiding gun owners with best-in-class Forced Reset Triggers that deliver an exceptional shooting experience with absolute confidence in both performance and legality.

RareBreed Triggers has faced intense legal and regulatory challenges—driven by agencies seeking to restrict innovation through questionable interpretations of existing law. From the moment the FRT-15® was introduced, our products have been scrutinized and targeted—not because they break the law, but because they threaten the status quo. Rare Breed Triggers remains vigilant.

We will continue to defend our intellectual property, protect our customers, and stand as a bulwark against regulatory overreach and government abuse.

FRT Trigger For Sale | RareBreed Triggers | Rare Breed FRT-15- Rare Breed Triggers Official https://rarebreedtriggerofficial.com/







# FRT-15L3 Forced Reset Trigger for the AR-15

Take your AR-15 to the next level with the official RareBreed Triggers FRT-15L3. This drop-in, duty-grade 3-position Forced Reset Trigger (Safe/Semi/FRT) is 100% manufactured and assembled in the USA. The FRT-15L3 includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

**Performance on the Range**
Enhance your shooting experience with the FRT-15 L3 Forced Reset Trigger. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.

**Innovative Design and Features**

- **3-Position Functionality**: The FRT-15L3 features Safe, Semi, and Forced Reset modes, controlled via a 3-position, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation**: Designed for easy installation on MIL-SPEC AR-15 lowers, the FRT-15 L3 includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

**Durable Construction for Long-Lasting Performance**
Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 steel, the FRT-15 L3 is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.

**AR-15 Compatibility**
The FRT-15L3 is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system.

Captured by FireShot Pro: 01-15-2026, 14:59:58

FRT Trigger For Sale | RareBreed Triggers | Rare Breed FRT-15- Rare Breed Triggers Official https://rarebreedtriggerofficial.com/

## Unmatched Speed and Control

The rare breed triggers FRT-15 L3 is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot and then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

## Why Choose the FRT-15 L3 Forced Reset Trigger?

If you're looking to boost your AR-15's performance, the FRT-15L3 Forced Reset Trigger is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the FRT-15 L3.

### Is the FRT Trigger For Sale?

In the world of firearm enhancements, few innovations have sparked as much interest—and controversy—as the Rare Breed Trigger (FRT-15). This forced reset trigger system has redefined rapid-fire capabilities for AR-15 platforms, offering shooters an unprecedented level of performance. But what makes the Rare Breed Triggers so unique, and why has it become a must-have for firearms enthusiasts?



Our Rarebreed Triggers revolutionized the aftermarket trigger industry with its forced-reset technology, offering an unrivaled shooting experience. While our legal status is still uncertain as of now, our impact on firearm innovation is undeniable. For those who value cutting-edge performance, RareBreed Triggers remains a legendary piece of engineering—whether as a functional tool or a collector's item.

FRT Trigger For Sale | RareBreed Triggers | Rare Breed FRT-15- Rare Breed Triggers Official https://rarebreedtriggerofficial.com/



Captured by FireShot Pro: 01-15-2026, 14:59:58

FRT Trigger For Sale | RareBreed Triggers | Rare Breed FRT-15- Rare Breed Triggers Official https://rarebreedtriggerofficial.com/



**2. Durable, High-Quality Construction**

Rare Breed engineered the FRT-15L3 to withstand the demands of rapid cycling. Its components are machined from high-strength materials designed for longevity. This durability appeals to shooters who want a long-term upgrade rather than a novelty trigger.

**3. Plug-and-Play Installation**

For most AR-15 owners, installing an FRT-15 trigger is straightforward. It drops into standard lower receivers without requiring specialized tools or gunsmithing. This ease of installation has contributed to its popularity among DIY firearm enthusiasts.

**60 DAYS RETURN**
With our hassle-free Easy Returns, changing your mind has never been more convenient.

**FREE SHIPPING**
Shopping with no extra charges – savor the liberty of complimentary shipping on every wholesale order.

**Newsletter Sign Up**

Your email please

SUBSCRIBE

**Information**
Home
Shop
Checkout
Legal Policy
Privacy Policy

**Quick Links**
FRT-15
FRT-15L2
FRT-15L3 – Precision Enhanced Trigger

**Locate Us**
Witchita Falls, TX 76311, United States
sales@rarebreedtriggerofficial.com

© 2026 Rare Breed FRT-15 Triggers | Powered by Rare Breed Triggers Official