# EXHIBIT D

FRT-15L2 - Rare Breed Triggers Official https://rarebreedtriggerofficial.com/product/frt-15-l2-forced-reset-trigger/



Innovation in Firearm Technology

Home    Triggers    Cart    Contact    About

🔍

Rare Breed Triggers

**$285.00**

[ ADD TO CART ]

Category: Rare Breed Triggers

Description    Reviews (0)

## FRT-15L2 AR-15 Forced Reset Trigger, 2 Position (Safe/Forced Reset), Drop-In Compatible w/ Anti-Walk Pins

Gain the advantage on the range with this FRT 15L2 (Forced Reset) Trigger! Designed to speed up your follow-up shots while adhering to legal regulations, the Forced Reset Triggers FRT-15 L2 trigger will truly take your AR up a notch!

The FRT Triggers FRT 15L2 AR-15 Forced Reset Trigger is designed to revolutionize your shooting experience by allowing for quicker, more consistent trigger pulls. The innovative Forced Reset Trigger (FRT) system resets the trigger after each shot, giving you rapid follow-up shots while maintaining safety and control. With each pull of the trigger, you'll fire one round, adhering to legal standards while enjoying the enhanced speed and performance. This makes it ideal for competitive shooting, training, or simply getting the most out of your AR-15 platform. Take your AR to the next level and get every ounce

Captured by FireShot Pro: 01-15-2026, 16:22:03

of performance you can out of it with this incredible FRT-15L2 Trigger!

## Durable Construction and Easy Installation

Constructed for durability and ease of use, the FRT-15 L2 comes equipped with anti-rotation pins. Ensuring secure installation on your AR-15 lower and gives you a good-looking set of trigger pins. These pins prevent unwanted movement, ensuring consistent performance during extended use. Additionally, this trigger is constructed out of high-quality aluminum (7075 & Anodized) and steel parts (4140 heat treated steel). Ensuring longevity and long-lasting reliable performance that can only further shine forth the awesome trigger you get with the FRT-15L2

## AR-15 Compatibility

The FRT-15L2 trigger is compatible with mil-spec AR-15 lowers and requires a full-auto-compatible bolt carrier group to function properly. Without this, the trigger will not function as intended. We also highly recommend using a H2 or H3 buffer weight to ensure functionality.

## Unmatched Speed and Control

The FRT-15L2 is perfect for shooters who demand speed without compromising safety or precision. By mechanically resetting the trigger, you can achieve faster follow-up shots without the need for special techniques or modifications. This is further enhanced with the FRT-15L2 by forcing the trigger into the non-firing position, requiring the shooter to pull the trigger additionally.

## Why Buy the FRT-15L2 AR-15 Forced Reset Trigger?

If you're seeking to elevate your AR-15's performance, the FRT Triggers FRT-15L2 is a must-have upgrade. With its ability to reset the trigger for rapid shooting, secure anti-rotation pins for dependable installation, and compatibility with the AR-15 platform, this trigger will take your shooting experience to the next level. Whether for competition or tactical use, this innovative trigger system ensures both speed and reliability.

# Related products





FRT-15L2 - Rare Breed Triggers Official https://rarebreedtriggerofficial.com/product/frt-15-l2-forced-reset-trigger/



**FRT-15E3 Enhanced Reset Trigger**
$325.00

**FRT-15**
$275.00

**FRT-15L3 – Precision Enhanced Trigger**
$450.00 – $900.00

🪂
**60 DAYS RETURN**
With our hassle-free Easy Returns, changing your mind has never been more convenient.

🚚
**FREE SHIPPING**
Shopping with no extra charges – savor the liberty of complimentary shipping on every wholesale order.

**Newsletter Sign Up**

Your email please     SUBSCRIBE

The Rare Breed Triggers (FRT-15) distinguishes out for its ease of installation, which improves the performance of semi-automatic rifles.

**Information**
Home
Shop
Checkout
Legal Policy
Privacy Policy

**Quick Links**
FRT-15
FRT-15L2
FRT-15L3 – Precision Enhanced Trigger

**Locate Us**
Witchita Falls, TX 76311, United States
sales@rarebreedtriggerofficial.com

© 2026 Rare Breed FRT-15 Triggers | Powered by Rare Breed Triggers Official

Captured by FireShot Pro: 01-15-2026, 16:22:03