# EXHIBIT E

Office of Public Affairs | Department of Justice Announces Settlement of Litigation Between the Federal Government and Rare Breed Triggers | United States Department of Justice
https://www.justice.gov/opa/pr/department-justice-announces-settlement-litigation-between-federal-government-and-rare-breed

🇺🇸 An official website of the United States government  Here's how you know ⌄

☰ DOJ Menu

**Office of Public Affairs**
U.S. Department of Justice

Our Offices | Find Help | Contact Us

[Search] 🔍

About | News | Documents | Internships | FOIA | Contact | Information for Journalists

Justice.gov › Office of Public Affairs › News › Press Releases › Department of Justice Announces Settlement of Litigation Between The Federal Government and Rare Breed Triggers

**News**
- All News
- Blogs
- Photo Galleries
- Podcasts
- **Press Releases**
- Speeches
- Videos

Archived News

PRESS RELEASE

# Department of Justice Announces Settlement of Litigation Between the Federal Government and Rare Breed Triggers

Friday, May 16, 2025

Share >

For Immediate Release
Office of Public Affairs

Today, in accordance with President Trump's Executive Order *Protecting Second Amendment Rights*, as well as the Attorney General's Second Amendment Enforcement Task Force, the Department of Justice announced the settlement of litigation between the federal government and Rare Breed Triggers.

"This Department of Justice believes that the 2nd Amendment is not a second-class right," said Attorney General Pamela Bondi. "And we are glad to end a needless cycle of litigation with a settlement that will enhance public safety."

In June 2024, in *Cargill v. Garland*, the Supreme Court held that the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) exceeded its statutory authority by issuing a rule classifying a bump stock as a "machinegun." In July 2024, the Northern District of Texas applied *Cargill v. Garland* to a device called a "forced-reset trigger" (FRT) and concluded that FRTs also cannot be classified as a "machinegun."

The Department's agreement with Rare Breed Triggers avoids the need for continued appeals in *United States v. Rare Breed Triggers* and continued litigation in other, related cases concerning the same issue. The settlement includes agreed-upon conditions that significantly advance public safety with respect to FRTs, including that Rare Breed will not develop or design FRTs for use in any pistol and will enforce its patents to prevent infringement that could threaten public safety. Rare Breed also agrees to promote the safe and responsible use of its products.

The cases that will be resolved under the settlement agreement are:

- *NAGR v. Garland*, 23-cv-830-O (N.D. Tex.), on appeal 24-10707 (5th Cir.).
- *United States v. Rare Breed Triggers LLC*, No. 23-cv-369 (E.D.N.Y), on appeal 23-7276 (2d Cir.).
- *United States v. Miscellaneous Firearms and Related Parts and Equipment Listed in Exhibit A*, 23-cv-17 (D. Utah).

Updated May 16, 2025

**Topic**
FIREARMS OFFENSES

**Component**
Office of the Attorney General

Press Release Number: 25-520

## Related Content

PRESS RELEASE
**Justice Department Publishes Proposed Rule to Grant Relief to Certain Individuals Precluded from Possessing Firearms**
WASHINGTON — President Trump directed the Department of Justice to address the ongoing infringements of the Second Amendment rights of our citizens — all of them. Federal law disables the firearms rights...
July 18, 2025

PRESS RELEASE
**27 Members or Associates of Tren de Aragua Charged with Racketeering, Narcotics, Sex Trafficking, Robbery and Firearms offenses**
April 21, 2025

PRESS RELEASE
**Notorious Violent Mexican Cartel Leader Sentenced to Life Plus 30 Years in Prison for International Drug Trafficking and Firearms Offenses**
A U.S.-Mexican dual national and co-founder of the Cartel de Jalisco Nueva Generación (CJNG) — an international drug trafficking organization — was sentenced today in the District of Columbia to...
March 7, 2025

Office of Public Affairs | Department of Justice Announces Settlement of Litigation Between the Federal Government and Rare Breed Triggers | United States Department of Justice
https://www.justice.gov/opa/pr/department-justice-announces-settlement-litigation-between-federal-government-and-rare-breed

**Office of Public Affairs**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000

Signup for Email Updates
Social Media



| About | Accessibility | Office of the Inspector General | Multilingual |
| Budget & Performance | Legal Policies & Disclaimers | | Vote.gov |
| Archives | Privacy | No FEAR Act Data | Have a question about Government Services? |
| FOIA | For Employees | Vulnerability Disclosure | Contact USA.gov |

Captured by FireShot Pro: 01-15-2026, 16:46:52