# EXHIBIT F

Partisan Triggers Disruptor FRT - Firearm Systems https://firearmsystems.net/



Partisan Triggers Disruptor FRT - Firearm Systems https://firearmsystems.net/



ATF Compliance

Our triggers are non-NFA and include compliance letters, ensuring legal peace of mind for shooters across the U.S.

## Latest from the Blog

### Ultimate Partisan Disruptor Legal Guide 2025-2026 (Federal vs. State)

Partisan Disruptor Legal FRTs? If you've spent more than five minutes in the gun world online, you already ...

Read More

### Ultimate Guide to Tuning the Delta Velocity Gen2 3MR Trigger

Fine-tuning the Delta Velocity Gen2 3MR trigger can significantly enhance your shooting experience, offering smoother pulls and more ...

Read More

### Delta Velocity Gen2 3MR: The Ultimate Installation Guide

If you are looking to upgrade your AR-15 or AR-10 with the Delta Velocity Gen2 3MR trigger, you ...

Read More

## Join Our Affiliate Program

Refer customers, share our high-performance triggers and earn 10% commission on every sale. It's quick to sign up and perfect for content creators, trainers and firearm enthusiasts.

Become an Affiliate

Captured by FireShot Pro: 01-15-2026, 16:29:42

Partisan Triggers Disruptor FRT - Firearm Systems https://firearmsystems.net/



## Customer Reviews

"The Disruptor installed in minutes and completely transformed my AR-15. Smooth and lightning fast!"

– J. Stevens

"Firearm Systems' customer service is top-notch. The FRT exceeded my expectations."

– A. Ramirez

"Finally a drop-in trigger that delivers on performance without breaking the bank."

– M. Johnson

Firearm Systems

**ADDRESS**

4742 North 24th Street

Suite 300

Phoenix, AZ 85016

**PHONE NUMBER**

(623) 252-9593

**EMAIL ADDRESS**

Info@FirearmSystems.net

Partisan Triggers Disruptor FRT

Products

Calendar

Affiliate Area

About

Blog

© 2026 Firearm Systems. All Rights Reserved.

GODADDY
DESIGN SERVICES