# EXHIBIT G

Team Partisan - Partisan Triggers https://partisantriggers.com/team-partisan/



Home    Triggers ▾    Where To Find    Troubleshooting    Menu ▾

Michael Stakes, inventor of the modern assisted reset trigger, joins Partisan Triggers! Learn more about our team here

# Team Partisan

Partisan forces have always been David in the struggle with Goliath. A nasty, supposedly superior occupying enemy, notionally in control and tied to a puppet government, being dealt significant damage by much smaller bands of highly motivated, plucky and laser focused indigenous fighters. Force multipliers are the key: terrain knowledge and deep intelligence sources; sympathetic support within the general population; and often external support too from powerful allies. Sometimes, significant damage becomes terminal and the Goliath falls.

Partisan Triggers leans on this heritage to bring a similar approach to the world of firearms. Founded in 2025 to shake it all up. Old technology gets new life to provide shooters with incredible experiences reserved previously only to the wealthy, those who serve or trips to Vegas. Not everyone has access to a machine gun rental range or can afford what they charge for ammo. Assisted Reset Triggers are not machine guns. Enhanced rates of fire at the range put smiles on every faces we've ever seen. Together it's a winning combination and the mission is to make the devices widely available, extremely affordable and the new standard for many platforms straight from the factory.

The team, both public facing and behind the curtain, is world class. Quiet professionals from diverse disciplines who have fought many battles across war and business. Minesweepers for the legal minefields, body armor for cheap shots and a solid understanding of Sun Tzu. Success opens up the market for all to continual innovation and production, puts a trigger in every gun and provides the riches with which to militantly support 2A causes. No more public private partnerships that screw the consumer. And, for Partisan Triggers, a full line of amazing products each of which commemorates that heritage by bringing the stories of true heroes to a new generation of shooters.

## Ben Woods - Spokesman

Ben served enlisted as a US Army Fire Support Specialist, and as an artillery officer in the US Marine Corps. Ben left active duty as a captain to accept an appointment as a Special Agent with the Bureau of Diplomatic Security, continuing his Marine Corps service as a reservist. After leaving government service Ben was brought on as a spokesman for Partisan Triggers. Ben has been a firearms instructor for numerous US government agencies, and has served operationally in South America, Africa, Europe, and Asia. He has been a competitive shooter for nearly two decades, and is heavily involved in gun rights activism. He was a key player in organizing the largest ever gun rights rally that occurred January 2020 in Richmond, VA.

Team Partisan - Partisan Triggers https://partisantriggers.com/team-partisan/

### Michael Stakes - Group Engineer

Michael founded Tactical Fire Control (TacCon) with the mission of engineering excellence, unparalleled product performance and earning the loyalty of every customer. The company specialized in precision firearm triggers for shooters who demand consistency, safety, and exceptional feel.

Drawing on deep industry experience and a hands-on approach to product development, Michael oversaw every stage of the manufacturing process—from conceptual design and materials selection to machining tolerances, quality control, and end-user testing. His focus has always been on combining innovative engineering with rugged durability to produce triggers that enhance accuracy and elevate the shooting experience. Mission Accomplished then and mission accepted now to take precision triggers to a whole new level in partnership with Partisan Triggers. Michael looks forward to many years of collaboration, innovation and serving many, many more customers.

### Nick Norton - Sales & Marketing

Nick's expertise stem from the worlds of sales and marketing. He's spent the last decade in the firearms and outdoor industry. Where he's scaled quite a few brands to a national level, through a large network he's compiled in big-box store, wholesale distribution, e-commerce channels, and brick and mortar shops. His background spans national account development, retailer outreach, product launches, and building practical sales and marketing systems that drive long-term growth in competitive categories. He's been very successful at every tier and rung in the sales arena. He's also has significant experience brokering components and materials, helping manufacturers source what they need to keep their doors open.

### Jon Groff - Field Engineer - The "Helpful Gorilla"

Jon graduated the United States Naval Academy with a degree in engineering and commissioned as a Marine officer. He led a varied career with experiences ranging from aviation logistics to foreign force advising. He deployed to Iraq as a member of a Police Transition Team and spent several years instructing at the School of Infantry. After leaving the Marine Corps, he worked in the oil and gas industry. He had previously worked as a LTCF instructor in Texas and has been involved in collecting and shooting rifles for the past twenty years.

### Subscribe to Our Newsletter

**Stay up to date on Partisan Triggers! Everything from our latest product developments, releases, promotions and more.**

Your Email:     Submit

Team Partisan - Partisan Triggers https://partisantriggers.com/team-partisan/

| | | | | |
|---|---|---|---|---|
| Home | Troubleshooting | Partisan Warranty | | |
| Triggers | Team Partisan | Terms and Conditions | | |
| Parts | Proposition 65 | Legal Disclaimer | | |
| Legal | ITAR Policy | Contact | | |
| | Privacy Policy | | | |

Captured by FireShot Pro: 01-15-2026, 16:40:11