# EXHIBIT H

Library - Partisan Triggers https://partisantriggers.com/library/



Captured by FireShot Pro: 01-15-2026, 16:53:08

Library - Partisan Triggers https://partisantriggers.com/library/



Library - Partisan Triggers https://partisantriggers.com/library/

| Home | Troubleshooting | Partisan Warranty |
| Triggers | Team Partisan | Terms and Conditions |
| Parts | Proposition 65 | Legal Disclaimer |
| Legal | ITAR Policy | Contact |
| | Privacy Policy | |

Captured by FireShot Pro: 01-15-2026, 16:53:08