# EXHIBIT I



Wayback Machine - Calendar of https:/partisantriggers.com/ https://web.archive.org/web/20260000000000*/https:/partisantriggers.com/

**Note**

This calendar view maps the number of times **https:/partisantriggers.com/** was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

FAQ | Contact Us | Terms of Service (Dec 31, 2014)



The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.

Captured by FireShot Pro: 01-15-2026, 17:38:24