# EXHIBIT J



It is time for an introduction. Edit: Nominate charities now! > General Discussion > AR15.COM https://www.ar15.com/forums/General/It-is-time-for-an-introduction-Edit-Nominate-charities-now-/5-2813452/?page=1



**EFB16ACRX**
Member
Joined: Aug 2007    Posts: 17099
EE: 100% (3)    USA

*Posted: 9/13/2025 2:19:28 PM EST*    [#3]

Pretty good intro id say

---

**Sub_Arctic_Son** ★
Member
Joined: Feb 2022    Posts: 1438
EE: 0% (0)    AK, USA

*Posted: 9/13/2025 2:32:50 PM EST*    [#4]

TLDR

Welcome, fellow aircraft enthusiast!

> Eight stars of gold, on a field of blue. A white bar of separation... The North Star stands alone!

---

**_Matt_**
Member
Joined: Aug 2008    Posts: 23825
EE: 100% (1)    SC, USA

*Posted: 9/13/2025 2:38:03 PM EST*    [#5]

---

**HDSledge** ★
Knuckle dragging boomer rube, patriot, Navy vet.
Joined: Nov 2013    Posts: 4858
EE: 0% (0)    USA

*Posted: 9/13/2025 2:41:13 PM EST*    [#6]

in...

> My own view is that left-wing positions largely come about from resentment. I agree with Nietzsche, a resentment about the surrounding social order. They have privileges, I don't. Or, I have them and I can't live up to them. Roger Scruton

---

**Ciraxis** ★
Member
Joined: Dec 2008    Posts: 34616
EE: 100% (1)    NY, USA

*Posted: 9/13/2025 2:43:57 PM EST*    [#7]

I'm not reading all that shit

---

**mad_mardigan** ★
Member
Joined: Nov 2006    Posts: 8806
EE: 100% (49)    IN, USA

*Posted: 9/13/2025 2:45:14 PM EST*    [#8]

885

---

**Koolpenguin89** ★
Member
Joined: Jan 2025    Posts: 287
EE: 0% (0)    GA, USA

*Posted: 9/13/2025 2:45:20 PM EST*    [#9]

💬 ⓘ Quote History

> Originally Posted By whisker:
> The last guy was as pleasant as a root canal. Let's see what these guys do.

I mean, they appear to have at least a semi-functional grasp of the English language, so that's a good start!

Captured by FireShot Pro: 01-15-2026, 16:51:17

It is time for an introduction. Edit: Nominate charities now! > General Discussion > AR15.COM https://www.ar15.com/forums/General/It-is-time-for-an-introduction-Edit-Nominate-charities-now-/5-2813452/?page=1



**Gingerbreadman** ⭐
Just some guy.
Joined: Jan 2008    Posts: 17128
EE: 100% (7)    🇺🇸 MN, USA

Posted: 9/13/2025 2:45:34 PM EST    [#10]

😎

The government is just a corporation with a monopoly on violence.

---

**tonysoprano150** ⭐
Team Member
Joined: Dec 2004    Posts: 10137
EE: 100% (65)    🇺🇸 KY, USA

Posted: 9/13/2025 2:47:20 PM EST    [#11]

Welcome fellow trigger enthusiast

"I see dumb people... they're everywhere. They walk around like everyone else. They don't even know that they're dumb."

---

**RobertL** ⚡
NorCal Call Sign Moss
Joined: Jan 2005    Posts: 23860
EE: 100% (216)    🇺🇸 MO, USA

Posted: 9/13/2025 2:49:44 PM EST    [#12]

So, you're not releasing Ben's trigger but you are releasing another FRT that was formerly produced by someone else?

I'm assuming a design that predates the patents in question?

SAF Life Member-GOA Life Member-JPFO Charter Member-MSF Life Member
FPC Member-VCDL Member-BFA Member-NRA Benefactor Life Member
Sir RobertL, Charter Member of the Knights of Wonder

---

**bravo5two** ⭐
Member
Joined: Oct 2002    Posts: 4331
EE: 100% (65)    🇺🇸 NV, USA

Posted: 9/13/2025 2:53:05 PM EST    [#13]

Okay I'm listening PTT.  Show us your hardwares.

---

**WhatsGnu** ⭐
General gNuisance
Joined: Mar 2017    Posts: 38837
EE: 0% (0)    🇺🇸 AR, USA

Posted: 9/13/2025 2:54:34 PM EST    [#14]



Gnu User, Clumsy Migratory Off-topic Herd Ungulate

---

**GMTECH9** ⭐
Shooter
Joined: Apr 2008    Posts: 678
EE: 0% (0)    🇺🇸 ID, USA

Posted: 9/13/2025 2:55:01 PM EST    [#15]

In for the Fun Running Trigger info.

NRA ISAA GOA
3 Gun Fun
Lets Make America Great Again
0% EE, 0 likes, no Condo, no MBA, no BMW

It is time for an introduction. Edit: Nominate charities now! > General Discussion > AR15.COM https://www.ar15.com/forums/General/It-is-time-for-an-introduction-Edit-Nominate-charities-now-/5-2813452/?page=1



It is time for an introduction. Edit: Nominate charities now! > General Discussion > AR15.COM https://www.ar15.com/forums/General/It-is-time-for-an-introduction-Edit-Nominate-charities-now-/5-2813452/?page=1



It is time for an introduction. Edit: Nominate charities now! > General Discussion > AR15.COM https://www.ar15.com/forums/General/It-is-time-for-an-introduction-Edit-Nominate-charities-now-/5-2813452/?page=1



It is time for an introduction. Edit: Nominate charities now! › General Discussion › AR15.COM https://www.ar15.com/forums/General/It-is-time-for-an-introduction-Edit-Nominate-charities-now-/5-2813452/?page=1



It is time for an introduction. Edit: Nominate charities now! > General Discussion > AR15.COM https://www.ar15.com/forums/General/It-is-time-for-an-introduction-Edit-Nominate-charities-now-/5-2813452/?page=1



It is time for an introduction. Edit: Nominate charities now! > General Discussion > AR15.COM https://www.ar15.com/forums/General/It-is-time-for-an-introduction-Edit-Nominate-charities-now-/5-2813452/?page=1



**PeepEater** ⭐
Member
Joined: Dec 2009      Posts: 60864
EE: 100% (2)      🇺🇸 USA

Posted: 9/13/2025 4:17:38 PM EST                    [#46]

So are you guys selling a trigger anytime soon or not?

**bjkb'tf** ⭐
Member
Joined: Mar 2010      Posts: 19476
EE: 100% (27)      🇺🇸 MO, USA

Posted: 9/13/2025 4:20:52 PM EST                    [#47]

Nice to meet you and welcome to the site.  Here's a little about me - My father was a relentlessly self-improving boulangerie owner from Belgium with low grade narcolepsy and a penchant for buggery. My mother was a fifteen year old French prostitute named Chloe with webbed feet. My father would womanize, he would drink, he would make outrageous claims like he invented the question mark. Some times he would accuse chestnuts of being lazy, the sort of general malaise that only the genius possess and the insane lament. My childhood was typical, summers in Rangoon, luge lessons. In the spring we'd make meat helmets. When I was insolent I was placed in a burlap bag and beaten with reeds, pretty standard really. At the age of 12 I received my first scribe. At the age of fourteen, a Zoroastrian named Vilma ritualistically shaved my testicles. There really is nothing like a shorn scrotum, it's breathtaking, I suggest you try it.

Find around and fuck out.

Posted: 9/13/2025 4:21:02 PM EST                    [#48]

YOU GET AN FOIA REQUEST,
YOU GET AN FOIA REQUEST