# EXHIBIT K

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/

Thumbs up, let's do this.



–
–
–
–
[1]L. Ron Hubbard, maybe better known for other works

**01/09/2026**

People, and by extension groups of people, tend to project themselves and their ideas on others. Projection, a well known phenomenon, is easily observed if you're paying attention. Thieves tend to assume other people are also thieves. Cheaters are often suspicious that their spouse or partner is also a cheater. Conspirators tend to assume that anything inconvenient that happens to them grew from some other conspiracy. Incompetent people tend to assume others are also incompetent.

After some discussions with our legal team, we have decided to make a few things clear, out here in public. Let's talk about the high level of effort and professionalism that Rare Breed put into the Arizona lawsuit that they filed.

Captured by FireShot Pro: 01-15-2026, 17:37:46

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/

Glenn D. Bellamy (OH Bar 0070321)
Wood Herron & Evans, LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel: 513-707-0243
Email: gbellamy@whe-law.com
For Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **RARE BREED TRIGGERS, Inc., a Texas corporation,** | CASE NO. _____ |
| and | **JURY TRIAL DEMANDED** |
| **ABC IP, LLC, a Delaware limited liability company,** | **COMPLAINT FOR PATENT INFRINGEMENT AND FALSE PATENT MARKING** |
| Plaintiffs, | |
| v. | |
| **Firearm Systems LLC d/b/a Firearm Systems, an Arizona limited liability company,** | |
| and | |
| **Brandon Donatto, an individual,** | |
| and | |
| **Michael Stakes, an individual,** | |
| and | |
| **John Doe, an entity of unknown type,** | |
| Defendants. | |

See Michael Stakes?  Yeah-  he is an engineer for Partisan Triggers. John Doe?  He is Partisan Triggers, whoever we may be.

**PARTIES**

1. Rare Breed is a corporation organized under the laws of the State of Texas with an address at 2710 Central Fwy. Suite. 150-151, Wichita Falls, TX 76306.

2. ABC is a limited liability company organized under the laws of the State of Delaware with an address at 8 The Green, Suite A, Dover, DE 19901.

3. Upon information and belief, Firearm Systems is a limited liability company existing under the laws of the state of Arizona and has a place of business at 4742 N. 24th Street, Suite 300, Phoenix, AZ 85016.

4. Upon information and belief, Brandon Donatto is an individual residing in Arizona, who is an owner and directs the operations of Firearm Systems, LLC.

5. Upon information and belief, defendant John Doe, the identity of which will be determined in discovery, is the business of Partisan Triggers, manufacturer of products that



infringe the Asserted Patents, whether a sole proprietorship, partnership, corporation, or limited

liability company, that is believed to have a business location in Arizona.

      6.    Upon information and belief, Michael Stakes is an individual residing in Arizona,

who directs the operations of Partisan Triggers and is an owner of U.S. Patent No. 9,146,067.

Demonico and Friends really failed to do any sort of homework on this lawsuit.  They have launched themselves on a complete fools errand.  We'd be very curious to know what sloppy assessment of their available "information and belief" led them to conclude Michael Stakes, an engineer with no ownership or managing interest in Partisan Triggers, directs the operations of our company. He doesn't have any role whatsoever in directing the company or our operations. Michael Stakes is an engineer who we hired *after* we had already begun production of the Partisan Disruptor.  In fact, *our very first contact* of any kind with Stakes was not until after we were already in production for the Disruptor. At no point has Stakes been involved with the Disruptor project.  The whole of the complaint against Stakes is so laughably off that Bellamy ought to not only feel bad, but he deserves all the ridicule he gets for it.

Furthermore, Partisan Triggers is not located in Arizona, nor do we have any facilities in Arizona. Rare Breed are attempting to sue John Doe in the wrong venue.  To make matters worse for our Texas based friends, it would have been very easy to reach out via our website and we'd have helped them  along to find us. We aren't hiding.  Quite the opposite. We have a contact form on our website. Rare Breed can continue pursuing their lawsuit in Arizona, and it is going to go very sideways fast for them.  Do your homework boys, you're just...so disappointing right now.  😡

Southernman077 ⭐
Oh, I'm a Good Ol' Rebel
Joined: Mar 2006    Posts: 36042
EE: 0% (0)    🇺🇸 TN, USA

🔗 Posted: 1/7/2026 12:38:49 AM EST    [#1]

"America is a whorehouse where the revolutionary ideals of your forefathers are corrupted and sold in alleys by vendors of capitalism."

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/





**mooreshawnm** ⭐
Member
Joined: Feb 2007    Posts: 25398
EE: 100% (1)    🏴 WY, USA

Posted: 1/7/2026 1:01:45 AM EST    [#5]

Send the next batch to Optics Planet! 😁

China delenda est

**HKPDW** ⭐
Joined: Jan 2002    Posts: 11132
EE: 100% (32)    🏴 MOZ

Posted: 1/7/2026 1:09:41 AM EST    [Last Edit: HKPDW]   [#6]

Rare Greed is now the de facto legal enforcement arm of the Gay TF...

Hope they don't f up my Optics Planet order...

**PartisanTriggers** 🏛
Freedom Accelerated
Joined: Jun 2025    Posts: 89
EE: 0% (0)    🏴 USA

Posted: 1/7/2026 1:14:41 AM EST    [#7]

💬 🔺 Quote History

Originally Posted By HKPDW:
Rare Greed is now the de facto legal enforcement arm of the Gay TF...

Hope they don't f up my Optics Planet order...

Optics Planet knows we have them covered. 😁

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



🔗 Posted: 1/7/2026 1:15:48 AM EST                                    [#8]

FreefallRet ✦
Retired

Joined: Mar 2002
Posts: 84895
EE: 100% (185)
🇺🇸 NC, USA

💬 ⚙ Quote History

Originally Posted By PartisanTriggers:                          ❝

Optics Planet knows we have them covered. 😬

😊 �:: 😊

🔗 Posted: 1/7/2026 1:22:16 AM EST                                    [#9]

jimhoff ⭐
Achin' Membah

Joined: Sep 2008
Posts: 19017
EE: 100% (7)
🇺🇸 AK, USA

💬 ⚙ Quote History

Originally Posted By Aimless:                                  ❝

Getting sued is probably 4th after illness, criminal charges and divorce for awful things that can happen to someone. Even if the lawsuit is weak it's still money and months of stress.

Some people have the temperament for battles.  Sounds like these guys do.  Rock on!

Announcing your plans is a good way to hear God laugh
-Al Swearengen

🔗 Posted: 1/7/2026 2:17:50 AM EST                                   [#10]

AR4U ⭐
Tester of Things

Joined: May 2004
Posts: 35933
EE: 0% (0)
🇺🇸 NC, USA

I hope you ruin them. It certainly appears you've planned this out well.

"During the second 100 days, we will design, build and open a library dedicated to my first 100 days." -Barack Obama, May 9 2009

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



**InflectionPoint** ⭐
MEMBER
Joined: Sep 2005    Posts: 25320
EE: 100% (64)    🇺🇸 USA

Posted: 1/7/2026 4:51:18 AM EST    [#13]

💬 🔺 Quote History

> Originally Posted By Justinandfreyja:
> I bought three the first night from battlehawk to support yall, you don't have anything to do with shield arms do you? Because they sent out a sticker about Partisans a year or so ago. You operate in the same state so I figured you guys might.
>
> ETA:
> https://i.postimg.cc/6qkyJpk3/IMG-5719.jpg

I hope not.  Shield Arms mags and their multiple magazine release iterations and "it's just tolerance stacking!" was such a disappointment.  Thank God for PSA micro dagger mags!

**Glocked** ⭐
Armed Autist
Joined: May 2018    Posts: 22495
EE: 100% (35)    🇺🇸 MS, USA

Posted: 1/7/2026 5:32:22 AM EST    [#14]

💬 🔺 Quote History

> Originally Posted By Justinandfreyja:
> I bought three the first night from battlehawk to support yall, you don't have anything to do with shield arms do you? Because they sent out a sticker about Partisans a year or so ago. You operate in the same state so I figured you guys might.
>
> ETA:
> https://i.postimg.cc/6qkyJpk3/IMG-5719.jpg

Might just be a reference to SA's Partisan line of slings.

Not everyone gets to be an astronaut, the world needs pole dancers too. ∞Observer

**alphajaguars** ⭐
Shitpost Crew
Joined: Jan 2001    Posts: 354533
EE: 100% (28)    🇺🇸 NC, USA

Posted: 1/7/2026 6:46:41 AM EST    [#15]

OST for the ride

I wasn't put in jail for what I did. I was put in it for what I think... They won by making a DC jury scared that people like YOU AND I exist outside of their liberal bubble.
-trobertson5-0

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



**Badlatitude** ⭐
Member
Joined: Feb 2009    Posts: 40087
EE: 100% (1)    VT, USA

Posted: 1/7/2026 6:59:08 AM EST    [#16]

I'm sure you launched knowing this was going to happen and already had a plan in place. There is nothing more satisfying than leading a bully into a situation while giving them the rope and the ladder to hang themselves. The best part is they are usually so overconfident they don't even realize its a trap until they are already stuck.

**Torque556** ⭐
Member
Joined: Feb 2009    Posts: 8745
EE: 100% (1)    USA

Posted: 1/7/2026 7:04:08 AM EST    [#17]

Fuck RBT.

**Coffin-Nail** ⭐
Member
Joined: Jul 2004    Posts: 38836
EE: 100% (5)    GA, USA

Posted: 1/7/2026 7:14:21 AM EST    [#18]

It's really unfortunate that this will take years to litigate. I just hope it's close to resolved under the current administration because who knows what the future holds.

**Ackrite** ⭐
Member
Joined: Jun 2011    Posts: 1104
EE: 100% (5)    KY, USA

Posted: 1/7/2026 7:18:00 AM EST    [#19]

What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?

I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.

I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.

Flame away.

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



**Firestarter123** ⭐
The original Murder Bunny🐇
Joined: Jun 2007    Posts: 22668
EE: 100% (152)    NE, USA

Posted: 1/7/2026 7:30:13 EST    [#20]

I really have no use for or desire to own an FRT, however, I just ordered a couple from Optics Planet just because FRBT.

---

**Torque556** ⭐
Member
Joined: Feb 2009    Posts: 8746
EE: 100% (1)    USA

Posted: 1/7/2026 7:53:14 AM EST    [#21]

💬 Quote History

> Originally Posted By Ackrite:
>
> What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?
>
> I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.
>
> I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.
>
> Flame away.

What does that have to do with anything in this thread?  Please provide specifics.

---

**TampaTyron**
MEMBER
Joined: May 2003    Posts: 458
EE: 0% (0)    AZ, USA

Posted: 1/7/2026 8:00:50 AM EST    [#22]

Would/could it make sense for RareBreed to "license" their patent to other manufacturers for a reasonable amount? That would require everyone to "agree" it is their design, etc.

However, a small fee of $1-10 per trigger license could solve this, right?

RareBreed gets compensated for their ATF fight, meets the ATF requirement of defending their patent, and other manuf get their products to market. No lawsuits, everyone makes money.

But, I am a simple person. The world rarely works like I want it to.

TT

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



**P1pe** ⭐
Member
Joined: Apr 2024        Posts: **984**
EE: **100% (12)**       🇺🇸 MD, USA

🔗 Posted: 1/7/2026 8:02:35 AM EST                    [#23]

Good luck

---

**TZLVredmist** 🎗
It's not broke.... Just badly bent.
Joined: Dec 2003        Posts: **13739**
EE: **100% (30)**       🇺🇸 ID, USA

🔗 Posted: 1/7/2026 8:22:19 AM EST                    [#24]

Classic Tag Scribe!

---

**Kiju** ⭐
Joined: Dec 2017       Posts: **7966**
EE: **100% (1)**       🇺🇸 KY, USA

🔗 Posted: 1/7/2026 8:27:52 AM EST                    [#25]

Other than Optics Planet, where else are these products available?

---

**ChaosSquared** ⭐
Member
Joined: Nov 2008      Posts: **5465**
EE: **100% (1)**       🇺🇸 OH, USA

🔗 Posted: 1/7/2026 8:28:02 AM EST        [Last Edit: guns762]   [#26]

💬 🔒 Quote History

> Originally Posted By Ackrite:                                              ❝
> What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses can use FRT's without the boogeyman looking over their shoulder?
>
> I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.
>
> I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.
>
> Flame away.

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



[Deleted]If rare breed had simply settled and moved on with their lives and sold triggers, no one would have batted an eye.

Instead, they are choosing to sue everyone and anyone that sells any form of FRT. They are claiming to have a patent on ALL FRT tech. They are rancid cunts of the highest order

Posted: 1/7/2026 8:36:07 AM EST                                                                          [#27]

💬 🔁 Quote History

> Originally Posted By TampaTyron:
>
> Would/could it make sense for RareBreed to "license" their patent to other manufacturers for a reasonable amount? That would require everyone to "agree" it is their design, etc.
>
> However, a small fee of $1-10 per trigger license could solve this, right?
>
> RareBreed gets compensated for their ATF fight, meets the ATF requirement of defending their patent, and other manuf get their products to market. No lawsuits, everyone makes money.
>
> But, I am a simple person. The world rarely works like I want it to.
>
> TT

I'm would guess that, based on Rare Greed's actions post-settlement that *if* they were to make a licensing deal at all it would still involve keeping customer lists for future disposition once Congress acts on FRT's and puts them on the NFA Registry.

The settlement mechanism seems geared toward frustrating the market for FRT's on the buying end by making them sole source from a company that is now keeping records where they weren't before. As a defense to losing the rights they gained under the settlement, they (Rare Greed) have to defend their patent, which further frustrates and suppresses the market. As mentioned in the OP, most of the manufacturers up to this point who have been sued (not counting Rare agreed apparently suing themselves to scare everyone off with a legal "victory") have been small time dudes working out of their house by having the open source Super Safety 3D printed in metal and plastic before putting them in retail packaging and shipping them. It's not hard to sic lawyers on a working stiff who has a side business like this. Partisan will be a tougher nut to crack.

Bleeding people out with lawsuits goes both ways, Rare Greed better sell a lot of triggers...

Again, Rare Greed's deal with the DOJ very much appears to be designed to limit the number of FRT's on the market by creating a sole control point from which they can be acquired that keeps records. Given the scourge that Glock Switches have been in our cities, and that the crowd using them have discovered FRT's and have the same capability legally now, you can expect the government to address the issue sooner or later.

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."

TheOtherDave ⭐
Member

Joined: Jan 2004          Posts: 55436
EE: 100% (8)              🇺🇸 MI, USA

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



**TheOtherDave** ⭐
Member
Joined: Jan 2004
EE: 100% (0)      Posts: 55437
🇺🇸 MI, USA

🔗 Posted: 1/7/2026 8:37:14 AM EST                    [Last Edit: guns762]   [#28]

They have to sue. They made a deal with the devil and have a short window to make/recoup their money.

Never make another person a priority when they merely see you as an option...

"Some People Are Like Slinkies. They're Not Really Good For Anything, But They Bring a Smile To Your Face When Pushed Down The Stairs."

---

**tac556** ⭐
Member
Joined: Jun 2002
EE: 100% (100)     Posts: 11591
🇺🇸 USA

🔗 Posted: 1/7/2026 8:46:56 AM EST                                              [#29]

Well I can't help, since your lawyers incorrectly think they would be illegal here.  Gonna have to try an Arc Fire for a throw lever type apparently - Looks like their lawyers can actually read....

a loaded gun won't set you free, so you say...

---

**jaqufrost** ⭐
Member
Joined: Sep 2004
EE: 100% (114)     Posts: 64890
🇺🇸 OK, USA

🔗 Posted: 1/7/2026 8:58:47 AM EST                                              [#30]

> Originally Posted By TampaTyron:
>
> Would/could it make sense for RareBreed to "license" their patent to other manufacturers for a reasonable amount? That would require everyone to "agree" it is their design, etc.
>
> However, a small fee of $1-10 per trigger license could solve this, right?
>
> RareBreed gets compensated for their ATF fight, meets the ATF requirement of defending their patent, and other manuf get their products to market. No lawsuits, everyone makes money.
>
> But, I am a simple person. The world rarely works like I want it to.
>
> TT

That would make sense if RareBreed had a valid patent. But many (perhaps all) of RareBreed's patents are invalid. There are earlier patents and some of those are owned/licensed by Partisan now.

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



🔗 Posted: 1/7/2026 9:00:08 AM EST                                                                      [#31]

I just bought two more triggers, even though the one I already bought seems to have been lost by UPS.

**deevil** ⭐
MEMBER
Joined: Apr 2010     Posts: 2866
EE: 100% (1)     🇺🇸 SC, USA

---

🔗 Posted: 1/7/2026 9:02:25 AM EST                                                                      [#32]

💬 🔺 Quote History

> Originally Posted By jaqufrost:
>
> That would make sense if RareBreed had a valid patent. But many (perhaps all) of RareBreed's patents are invalid. There are earlier patents and some of those are owned/licensed by Partisan now.

**tac556** ⭐
Member
Joined: Jun 2002     Posts: 11593
EE: 100% (100)     🇺🇸 USA

Yeah I think those patents are a bunch of BS.  When all is said and done, RB actually would have been better off to go for say a $5 licensing fee per FRT.  That would be enforcing their patent per the agreement, and cost little enough for anyone else to not just pay them.  Pretty much being a patent troll, but keeping the dollar amount low enough that it would be just cheaper to pay them vs fighting it out.

And they would not have lost all the good will they had after the work they did. They just shot themselves in the foot, right after stepping across the finish line.  Kind of dumb...

> a loaded gun won't set you free, so you say...

---

🔗 Posted: 1/7/2026 9:03:05 AM EST                                    [Last Edit: deevil]   [#33]

> Originally Posted By Klju:
>
> Other than Optics Planet, where else are these products available?

**deevil** ⭐
MEMBER
Joined: Apr 2010     Posts: 2867
EE: 100% (1)     🇺🇸 SC, USA

https://cloak-industries.com and https://battlehawkarmory.com have them in stock.

Captured by FireShot Pro: 01-15-2026, 17:37:46

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



Posted: 1/7/2026 9:05:48 AM EST                                                                      [#34]

Bought a Partisan the 15th when they released, sadly still not installed.  Will buy the LAT when it drops.  I may not have the funds to be a major player but believe it's my patriotic duty to buy as many FRTs as I can to help with the common use numbers.  I've put off purchasing firearms I want in order to prioritize FRTs and honestly so should everyone else.  This is our moment in history. Do what you can.

I carry, because I cherish life.

Team Ranstad

**constitutionlvr** ⭐
Heartless libertarian
Joined: Oct 2004       Posts: 5759
EE: 0% (0)              TN, USA

---

Posted: 1/7/2026 10:28:36 AM EST                                                                      [#35]

Wouldn't mind buying one if it was cash and carry.

NorCal callsign "Boogaloo"

**ricky_45** ⭐
Member
Joined: Jul 2004       Posts: 19771
EE: 100% (50)          GA, USA

---

Posted: 1/7/2026 10:39:23 AM EST                                                                      [#36]

Originally Posted By PartisanTriggers:

Partisan Triggers previously introduced ourselves here.. In it, we detailed our preparations for the inevitable lawsuit from Rare Breed Triggers/ABC IP (RBT). As many know, RBT named us as a John Doe d/b/a Partisan Triggers in an Arizona suit filed December 23, 2025. They've also sued Cloak Industries in Idaho, and we expect more suits against our dealers.

As stated on our website, we oppose public/private partnerships that exist only to your detriment.

RBT excels at bullying small companies, often run by young men who have barely gotten their feet under them in life, through aggressive lawfare to bankrupt and break them. It's easy to feel invincible when facing under-resourced opponents while relying on powerful allies. Rest assured, this won't work against us.

This week, we've shipped thousands of triggers to dealers, with thousands more going out by week's end. Dealers are indemnified under our substantial patent insurance policy—covering the Disruptor alongside our upcoming releases, and worth multiples of RBT's claimed millions in litigation costs from their prior lawsuits. You and our dealers can trust we won't be bullied or back down.

We don't believe we've violated any valid patent. When we respond to RBTs suit, we'll post the documents here for those interested. We have no plans or need for donations; support us by spreading the word or buying our triggers.

A certain famous former naval officer[1] once said:

[ View Quote ]

If you don't ship to FL, you ARE forcing me to support Rare Breed. Grow some balls and ship to FL, it's legal, the law is unenforceable.

**robertmegar**
Joined: Sep 2002       Posts: 10070
EE: 100% (35)          FL, USA

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



**Hking** ⭐
Member
Joined: Aug 2013        Posts: 15288
EE: 100% (20)          🇺🇸 SD, USA

🔗 Posted: 1/7/2026 10:40:35 AM EST                    [#37]

As I posted in the SHOT Show thread, I will pay anyones bar tab and bail money that takes a giant steamy hangover shit in the middle of the Rare Breed booth if they even have one.

**Kuraki** ⭐
Space Cadet
Joined: May 2007        Posts: 62046
EE: 100% (227)         🇺🇸 WI, USA

🔗 Posted: 1/7/2026 10:42:51 AM EST                    [#38]

💬 🔷 Quote History

> Originally Posted By Aimless:                                   ❝
> There's a "super safety legal defense"
> gofundme that I assume is about defending these rare breed lawsuits.
>
> Getting sued is probably 4th after illness, criminal charges and **divorce** for awful things that can happen to someone. Even if the lawsuit is weak it's still money and months of stress.

Eye of the beholder there.

**Kuraki** ⭐
Space Cadet
Joined: May 2007        Posts: 62047
EE: 100% (227)         🇺🇸 WI, USA

🔗 Posted: 1/7/2026 10:44:44 AM EST                    [#39]

💬 🔷 Quote History

> Originally Posted By Ackrite:                                   ❝
> What role did Partisan Triggers play in the current legal status of FRT triggers in general? How deep in the trenches were you guys and how much of your personal wealth and potential freedom was put on the line to ensure the masses could use FRT's without the boogeyman looking over their shoulder?
>
> I'm sure it's easy to hate on RBT after the fact when the settlement ended up being what it was.
>
> I have no relation to RBT, but it's funny to see all the love they received during the fight they put up turn to hate after some legal compromises to finally end the saga.
>
> Flame away.

"Some legal compromises" and you're questioning their understanding of things? 🟠

Captured by FireShot Pro: 01-15-2026, 17:37:46

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



Posted: 1/7/2026 10:47:25 AM EST                                                                   [#40]

**NvrBrdWes**
ARFCOM's CHO
Joined: Aug 2022     Posts: 4108
EE: 0% (0)     FL, USA

---

Posted: 1/7/2026 10:50:34 AM EST                                                                   [#41]

I was one of Rare Breed's early supporters. It tickled me to no end that they were poking the bear, and even more that they refused to keep their customer's order info once that order shipped.  He showed some chutzpah there, and his product is a solid product.

All the crap since the settlement, though... not anymore.  He should have waited. He had the government beat.  If he had refused to settle, he would have been a 2a legend.

After all that, when I do buy again I'll be buying from Partisan.

**ceetee** ⭐
Jack of all trades, master of none.
Joined: Jul 2006     Posts: 42173
EE: 100% (1)     GA, USA

> Don't piss off old people. The older we get, the less "Life in Prison" is a deterrent.

---

Posted: 1/7/2026 10:57:23 AM EST                                                                   [#42]

💬 🛡 Quote History

**Kuraki** ⭐
Space Cadet
Joined: May 2007     Posts: 62049
EE: 100% (227)     WI, USA

> Originally Posted By ceetee:
>
> I was one of Rare Breed's early supporters. It tickled me to no end that they were poking the bear, and even more that they refused to keep their customer's order info once that order shipped.  He showed some chutzpah there, and his product is a solid product.
>
> All the crap since the settlement, though... not anymore.  He should have waited. He had the government beat.  If he had refused to settle, he would have been a 2a legend.
>
> After all that, when I do buy again I'll be buying from Partisan.

IIRC the settlement in the NY case came **after** the 5th circuit decision affirming that forced reset triggers weren't machine guns.  I don't know what any legal bearing that had on the NY civil suit.  I won't criticize their settling that case, or even their agreement to defend their particular patent.

But instead of doing the bare minimum to defend their patent, they've instead used it as an excuse to claim ownership of every single design that forces a trigger to reset, no matter how novel or wildly different in design to theirs, as well as having participated in what appears to be fraudulent patent games (wrt to Hoffman).

That's what's unforgivable, they're just another scumbag PE group doing scumbag PE group shit.

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



**HK94dude** ⭐
Heavily-armed extremist
Joined: May 2004        Posts: 6560
EE: 100% (418)        🇺🇸 USA

🔆

Posted: 1/7/2026 11:01:27 AM EST                                [#43]

💬 ⓘ Quote History

> Originally Posted By tac556:
>
> Well I can't help, since your lawyers incorrectly think they would be illegal here.  Gonna have to try an Arc Fire for a throw lever type apparently - Looks like their lawyers can actually read....

Stolen Firearm: Colt AR15, Serial # SP342380, 16" carbine. Stolen in California by Kevin Ayres, and taken to Missouri.

---

**Dominion21** ⭐
MEMBER
Joined: Dec 2014        Posts: 18112
EE: 100% (16)        🇺🇸 USA

🏅

Posted: 1/7/2026 12:56:58 PM EST        [Last Edit: Dominion21]    [#44]

💬 ⓘ Quote History

> Originally Posted By TheOtherDave:
>
> They have to sue. They made a deal with the devil and have a short window to make/recoup their money.

Correct you are, Dave! Thx.

I support Ben 100%.  Enough said on that.

For those who are new to this, and to hopefully avoid folks cluttering up the thread with basic questions, here is a public link to the settlement entered into by RBT et al.:

https://gunrightsfoundation.org/wp-content/uploads/FRT-Settlement-Agreement-FINAL.pdf

Please post general questions about FRTs on the other thread; this one is for informed discussion of the litigation.

---

**HKPDW** ⭐
MEMBER
Joined: Jan 2002        Posts: 11135
EE: 100% (32)        🇲🇿 MOZ

🔆

Posted: 1/7/2026 2:42:58 PM EST                                [#45]

RG is now suing Cloak.... What a surprise...

Captured by FireShot Pro: 01-15-2026, 17:37:46



**FreefallRet** ✦
Retired

Joined: Mar 2002
EE: 100% (185)
Posts: 84700
NC, USA

🔗 Posted: 1/7/2026 2:50:33 PM EST                [#46]

💬 🔄 Quote History

> Originally Posted By HKPDW:
> RG is now suing Cloak . What a surpise

Attacking the little guys now.

Rare Greed is something else.

---

**SLOW3OH** ⭐
Member with a Member

Joined: Nov 2025
EE: 100% (3)
Posts: 71
TX, USA

🔗 Posted: 1/7/2026 3:04:22 PM EST        [Last Edit: SLOW3OH]    [#47]

Did Partisan fix the safety/selector issue with their triggers?

---

**TOTHEMAX** 🏠
"Lt. Dan, You Got New Legs..."

Joined: Oct 2007
EE: 100% (259)
Posts: 49219
MT, USA

🔗 Posted: 1/7/2026 3:05:29 PM EST                [#48]

As the wise colonel Ludlow once said..

https://www.youtube.com/watch?v=8u8R5SwR2j0

3-7-77
Proud Member of the Leather Head Mafia
"In my opinion, the M1 Rifle is the greatest battle implement ever devised" - George S. Patton

Rare Breed Triggers v Partisan Triggers legal battle  >  General Discussion  >  AR15.COM  https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/



Rare Breed Triggers v Partisan Triggers legal battle (Page 1 of 3)

Rare Breed Triggers v Partisan Triggers legal battle > General Discussion > AR15.COM https://www.ar15.com/forums/General/Rare-Breed-Triggers-v-Partisan-Triggers-legal-battle/5-2828908/

© 1996-2026 AR15.COM LLC. All rights reserved.