# EXHIBIT L

Home - Partisan Triggers https://partisantriggers.com/



Captured by FireShot Pro: 01-16-2026, 14:45:04

Home - Partisan Triggers https://partisantriggers.com/



Where can I buy right now?





Scottsdale Gun Club

Copyright © 2022 Scottsdale Gun Club. All Rights Reserved.

**The Partisan Disruptor**

**Assisted Reset Trigger**

3 Position Safety | Drop-In Cassette

Learn More



**The Legal Library**

At Partisan Triggers, we've assembled an unbiased, neutral legal and patent library on forced-reset triggers, covering material from the 1930s to the present day. In one organized hub, you'll find legal rulings, enforcement actions, patents, and settlements, giving any interested party the ability to study the history and legal landscape of forced-reset triggers for themselves.

Explore Library

Home - Partisan Triggers https://partisantriggers.com/

