# EXHIBIT M

The Disruptor FRT - Partisan Triggers https://partisantriggers.com/the-disruptor/



The Disruptor FRT - Partisan Triggers https://partisantriggers.com/the-disruptor/



The Disruptor FRT - Partisan Triggers https://partisantriggers.com/the-disruptor/



### Installation Steps - The Disruptor

**Follow these steps for proper installation:**

1. Remove any magazine and ensure the rifle and workspace are clear of ammunition.
2. Press pivot and takedown pins; separate upper and lower receivers.
3. Loosen the pistol grip screw. In most cases, it is not necessary to completely remove the pistol grip.
4. Remove the installed safety.
5. Remove hammer pin. Remove the hammer and hammer spring assembly.
6. Remove the trigger pin. Remove the trigger, sear and trigger spring assembly.
7. Insert the Partisan Trigger cartridge assembly.
8. Install your Partisan Trigger 3-position safety. Partisan Trigger safeties must be used in conjunction with the trigger. It may be necessary to use a small tool to depress the safety detent to get the safety installed fully.
9. Tighten pistol grip screw.
10. Install anti-rotation pins and apply thread locker.
11. Place the rear lug of the upper receiver into the lower, and slightly pull back on the charging handle to enable the rear of the bolt carrier group to clear the out of battery safety sear.
12. Reinsert pivot and takedown pins.
13. Installation complete.

### Having Trouble with Installation? Check out our Troubleshooting Guide

## Subscribe to Our Newsletter

**Stay up to date on Partisan Triggers! Everything from our latest product developments, releases, promotions and more.**

Your Email:      Submit

| Home | Troubleshooting | Partisan Warranty |
| --- | --- | --- |
| Triggers | Team Partisan | Terms and Conditions |
| Parts | Proposition 65 | Legal Disclaimer |
| Legal | ITAR Policy | Contact |
|  | Privacy Policy |  |