# EXHIBIT N

Where To Find - Partisan Triggers https://partisantriggers.com/where-to-find/

 

**Partisan Triggers**

Home   Triggers   Where To Find   Troubleshooting   Menu

Michael Stakes, inventor of the modern assisted reset trigger, joins Partisan Triggers! Learn more about our team here

# Where To Find

## Available Now

  

  

  

## Coming Soon

Captured by FireShot Pro: 01-15-2026, 16:53:36

Where To Find - Partisan Triggers https://partisantriggers.com/where-to-find/

