# EXHIBIT O

Partisan Disruptor AR-15 FRT https://firearmsystems.net/product/partisan-disruptor-ar-15-frt/

Skip to content



Partisan Triggers Disruptor FRT     Products     Blog     Affiliate Area     About

Home / Uncategorized / Partisan Disruptor AR-15 FRT



# Partisan Disruptor AR-15 FRT

$299.99

## Partisan Triggers Disruptor AR-15 FRT

### 3 Position Drop-In Forced Reset Trigger

The Disruptor (US Patent 9146067) is an assisted reset trigger descended from the original Tac-Con 3MR trigger, designed for fast and hassle-free installation on the AR-15 platform. It requires no modification, gunsmithing, or fitting. Built for shooters who value precision and control, it features a three-position safety selector with Safe, Semi- Automatic, and Enhanced Semi-Automatic modes. This versatile trigger delivers a responsive and confident shooting experience while maintaining reliability and safety for users.

### Technical Specifications

- Tool steel and 4140 chromoly used on all wear surfaces for superior strength, durability, and long service life
- Trigger Pull Weight: 3.75 – 4.1lbs
- Compatible with most lowers; anti-walk pins recommended
- Requires a minimum H2 (recommend H3) carbine buffer weight for firearms with carbine extensions and 16" or shorter barrels, or a standard rifle buffer for 20" A2 stocks.
- Tested beyond 6,000 rounds under a course of fire derived from the USMC M27 IAR evaluation criteria

Legal in all 35 Free American States (Sales prohibited to – CA, CT, CO, DE, FL, HI, IL, MA, MD, MN, NJ, NV, NY, RI, WA, Washington DC, Puerto Rico).

**Your order will be canceled if you are ordering from one of these states.**

Check out the blog on legality Federal vs State

Install Guide: How to install + Troubleshoot

In stock

1   Add to cart

Captured by FireShot Pro: 01-16-2026, 14:48:08

Partisan Disruptor AR-15 FRT https://firearmsystems.net/product/partisan-disruptor-ar-15-frt/

Category: Uncategorized Tags: 3 Position Trigger, Anti-Walk Pins, AR-15 Trigger, AR-15 Upgrade, Assisted Reset, Cassette Trigger, Drop In Trigger, Forced Reset Trigger, FRT Trigger, Michael Stakes, Partisan Disruptor, Rapid Fire Trigger, Tactical Trigger

| Description | Additional information |
| --- | --- |

## Description

**Partisan Triggers Disruptor AR-15 FRT 3 Position Drop-In Forced Reset Trigger**

*The Partisan Disruptor* Forced Reset Trigger — Now Available at FirearmSystems.net!

The **Partisan Disruptor** is a forced reset trigger engineered for shooters who demand speed, precision, and reliability without complicated installation. **Unlike a Super Safety, the Partisan Disruptor is a true, direct drop-in replacement trigger**, requiring **no modification, gunsmithing, or fitting**. Installation is fast, straightforward, and hassle-free.

Designed with performance and control in mind, the Partisan Disruptor features a **three-position safety selector** with **Safe**, **Semi-Automatic**, and **Enhanced Semi-Automatic** modes. This allows shooters to tailor their shooting experience while maintaining consistent operation and dependable safety.

Whether you're building a duty-grade rifle or upgrading an existing platform, the Partisan Disruptor delivers a responsive, confident trigger feel backed by extensive durability testing.

## Why Buy the Partisan Disruptor from Firearm Systems

Firearm Systems has been committed to offering **ALL** cutting-edge firearm components **designed by Michael Stakes since 2013**, fast shipping, and knowledgeable support. The Partisan Disruptor FRT delivers enhanced trigger performance in a true drop-in format—making it one of the most straightforward forced reset trigger upgrades available today.

**Package Contains**

- **Partisan Drop-In Cassette Forced Reset Trigger**
- **Replacement Safety**
- **Anti Walk Trigger Pins**

## Technical Specifications

- Constructed with **tool steel and 4140 chromoly** on all wear surfaces for superior strength, durability, and extended service life
- **Trigger Pull Weight – 3.75-4.1 lbs**
- Compatible with most AR-pattern lowers
  - **Anti-walk pins recommended**
- Buffer requirements:
  - **Minimum H2 buffer (H3 recommended)** for firearms with carbine extensions and **16" or shorter barrels**
  - **Standard rifle buffer** for **20" A2 stocks**
- Tested beyond **6,000 rounds** under a course of fire derived from **USMC M27 IAR evaluation criteria**

Install Guide: Partisan Triggers Disruptor: How to install + Troubleshoot

Patent Info: Trigger mechanism

## Legal Information

The Partisan Disruptor is **legal in 35 Free American States.**

**Sales are prohibited to the following locations:**

CA, CT, CO, DE, FL, HI, IL, MA, MD, MN, NJ, NY, RI, WA, Washington D.C., and Puerto Rico.

It is the buyer's responsibility to ensure compliance with all federal, state, and local laws prior to purchase.

# Firearm Systems – Legal Disclaimer

Partisan Disruptor AR-15 FRT https://firearmsystems.net/product/partisan-disruptor-ar-15-frt/

## Waiver, Release of Liability, and Final Sale Policy

By purchasing, possessing, installing, or using this product, you acknowledge and agree to the following terms and conditions:

This product is designed for installation in a firearm. Firearms are inherently dangerous and are intended to function as such. Improper handling, installation, use, or misuse of firearms or firearm components may result in property damage, serious bodily injury, or death. It is solely your responsibility to obtain proper training and knowledge regarding the safe, lawful installation and use of this product and any firearm into which it is installed, including strict adherence to all firearm safety rules and applicable laws.

If you are not fully confident in your ability to safely and legally install or use this product, you must seek qualified professional assistance, obtain appropriate instruction, or refrain from use altogether. By purchasing, installing, or using this product, you voluntarily assume all risks associated with its use and accept full personal responsibility for those risks.

You hereby waive, release, and hold harmless **Firearm Systems**, its owners, officers, employees, affiliates, contractors, and agents from any and all claims, liabilities, damages, losses, costs, fines, penalties, legal actions, or prosecutions arising out of or related to the purchase, possession, installation, transfer, or use of this product, whether caused by negligence or otherwise, to the fullest extent permitted by law.

You are solely responsible for ensuring that this product is legal to purchase, possess, install, and use under all applicable federal, state, and local laws and regulations. While this product may be legal under federal law, certain states or local jurisdictions may prohibit or restrict its use. Compliance with all applicable laws is entirely the responsibility of the buyer.

You agree to inform any other person who may use or possess this product of the contents of this disclaimer, including in the event of a temporary or permanent transfer. Failure to do so does not relieve you of responsibility as the original purchaser.

This Waiver and Release is binding upon you and your heirs, assigns, representatives, and beneficiaries.

All Partisan Triggers are Sold under the Agreement HERE

## Final Sale – No Returns Policy

**All sales of the Partisan Trigger through Firearm Systems are final.**
**Firearm Systems does not accept returns or exchanges for any reason. By completing your purchase, you acknowledge and accept this final sale policy.**

DO NOT purchase this product if you do not agree with any portion of this disclaimer, waiver, or final sale policy.

## Related products



Delta Velocity Gen1 3MR
$320.99 $260.00

Add to cart

Partisan Disruptor AR-15 FRT https://firearmsystems.net/product/partisan-disruptor-ar-15-frt/

## Firearm Systems

**ADDRESS**

4742 North 24th Street

Suite 300

Phoenix, AZ 85016

**PHONE NUMBER**

(623) 252-9593

**EMAIL ADDRESS**

Info@FirearmSystems.net

Partisan Triggers Disruptor FRT

Products

Calendar

Affiliate Area

About

Blog

© 2026 Firearm Systems. All Rights Reserved.

