# EXHIBIT P

The Partisan Disruptor AR15 FRT (Forced Reset Trigger) https://cloak-industries.com/product/partisan-disruptor-frt/





  

CLK-PT-DSPTR-FRT-GRN   Triggers

# THE PARTISAN DISRUPTOR AR15 FORCED RESET TRIGGER

By purchasing this product you agree to this LEGAL DISCLAIMER.

> Great news! All back orders have been fulfilled, and triggers are back in stock and ready to ship. Place your order today, and it will ship the next business day. We truly appreciate your patience—our priority is ensuring every customer is completely satisfied. Thank you for your continued support!
> – The Cloak Team

This versatile trigger delivers a responsive and confident shooting experience while maintaining reliability and safety for users.

Legal in all 30+ Free American States
(Sales prohibited to – CA, CT, CO (Boulder County and Broomfield), DE, FL, HI, IL, MA, MD, MN, NJ, NY, OR, RI, VT, WA, Washington DC, Puerto Rico). Your order will be canceled if you are ordering from one of these states.

**$299.00**

Color    Green

In stock

1    ADD TO CART

Captured by FireShot Pro: 01-16-2026, 15:22:40

The Partisan Disruptor AR15 FRT (Forced Reset Trigger) https://cloak-industries.com/product/partisan-disruptor-frt/



Captured by FireShot Pro: 01-16-2026, 15:22:40

The Partisan Disruptor AR15 FRT (Forced Reset Trigger) https://cloak-industries.com/product/partisan-disruptor-frt/

