# EXHIBIT R

US009146067B2

(12) **United States Patent**

Stakes

(10) **Patent No.:**     **US 9,146,067 B2**

(45) **Date of Patent:**     **Sep. 29, 2015**

(54) **TRIGGER MECHANISM**

(71) Applicant: **Michael A. Stakes**, Phoenix, AZ (US)

(72) Inventor: **Michael A. Stakes**, Phoenix, AZ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 282 days.

(21) Appl. No.: **13/919,085**

(22) Filed: **Jun. 17, 2013**

(65) **Prior Publication Data**

US 2014/0366418 A1      Dec. 18, 2014

(51) **Int. Cl.**
| | |
|---|---|
| *F41A 19/00* | (2006.01) |
| *F41A 19/10* | (2006.01) |
| *F41A 19/14* | (2006.01) |

(52) **U.S. Cl.**
CPC ................. *F41A 19/10* (2013.01); *F41A 19/14* (2013.01)

(58) **Field of Classification Search**
USPC .......... 42/69.01, 69.03, 20; 89/144, 139, 147, 89/27.11
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,004,496 A | 1/1977 | Snodgrass et al. | |
| 5,501,134 A | 3/1996 | Milazzo et al. | |
| 5,680,724 A | 10/1997 | Peterken | |
| 5,881,485 A | 3/1999 | Milazzo | |
| 6,131,324 A | 10/2000 | Jewell | |
| 6,615,527 B1 | 9/2003 | Martin | |
| 7,331,136 B2 | 2/2008 | Geissele | |
| 7,398,723 B1 | 7/2008 | Blakley | |
| 7,421,937 B1 * | 9/2008 | Gangl | ............................. 89/142 |
| 7,600,338 B2 | 10/2009 | Geissele | |
| 7,854,084 B1 | 12/2010 | Rutherford | |
| 8,047,119 B2 | 11/2011 | Hochstrate et al. | |
| 8,069,602 B2 | 12/2011 | Geissele | |
| 8,074,393 B2 | 12/2011 | Geissele | |
| 8,667,881 B1 * | 3/2014 | Hawbaker | ....................... 89/139 |
| 2003/0126781 A1 | 7/2003 | Herring | |
| 2003/0136041 A1 | 7/2003 | Herring | |
| 2006/0086031 A1 | 4/2006 | Geissele | |
| 2007/0051236 A1 | 3/2007 | Groves et al. | |
| 2009/0183414 A1 | 7/2009 | Geissele | |
| 2009/0188145 A1 * | 7/2009 | Fluhr et al. | .................. 42/69.01 |
| 2010/0281739 A1 | 11/2010 | Geissele | |
| 2011/0099871 A1 | 5/2011 | Geissele | |
| 2011/0167697 A1 | 7/2011 | Geissele | |
| 2011/0185615 A1 * | 8/2011 | Gangl | ........................... 42/69.01 |
| 2012/0180356 A1 | 7/2012 | Bender | |

* cited by examiner

*Primary Examiner* — J. Woodrow Eldred

(74) *Attorney, Agent, or Firm* — Michael W. Goltry; Robert A. Parsons; Parsons & Goltry

(57) **ABSTRACT**

A trigger mechanism includes a hammer, and a trigger disconnector assembly including a trigger body having a trigger nose, and a disconnector having a disconnector hook. A reset lever is mounted for movement between open and closed positions. The trigger disconnector assembly is in mechanical communication with the reset lever. A striking end of the hammer strikes the reset lever in a past-cocked position of the hammer moving the reset lever from the open position to the closed position, the reset lever acting on the trigger disconnector assembly to reset the trigger body and the disconnector in the past-cocked position of the hammer in preparation for securing the hammer in a cocked position preparatory to firing by another trigger pull of the trigger body.

**19 Claims, 20 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 2A



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG.7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



*FIG. 13*



FIG. 14



FIG. 15

FIG. 16

FIG. 17



FIG. 18



FIG. 19



FIG. 20

US 9,146,067 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# TRIGGER MECHANISM

### FIELD OF THE INVENTION

The present invention relates to trigger mechanisms.

### BACKGROUND OF THE INVENTION

There are numerous trigger mechanisms capable of being locked in safe, semi-automatic, burst, and fully automatic operation. Different variations of rifles will allow some or all of the various modes of operation. Selector mechanisms have been developed for use with the trigger mechanisms to select between some or all of the various modes.

In firearms limited to safe and semi-automatic modes of operation, one of the drawbacks to the trigger mechanism occurs when the hammer is returned to the cocked position by the bolt carrier. After firing a round, the bolt carrier moves rearwardly, contacting the hammer and pivoting the hammer backwards into the cocked position. This action results in the sear hook at the striking end of the hammer directly striking the hammer-receiving surface of the disconnector and transferring energy to an operator's finger upon the trigger in the form of a sharp snap or forward movement of the trigger. After repeated firings of the weapon, this trigger snap can begin to cause bruising or other injury to the finger, making continued firing uncomfortable. Another drawback to the trigger mechanism occurs after firing when the trigger nose resets into the trigger notch of the hammer to prevent forward motion of the hammer preparatory to firing by another trigger pull, where there is a substantial pause as the hammer travels rearwardly from the cocked position, to the past-cocked position, and then forwardly to the cocked position preparatory to firing by another trigger pull. This pause inherently limits the speed of repeated trigger pulls in the semi-automatic mode of operation, which, for many competitive shooters, is not satisfactory. Accordingly, there is a need in the art for a trigger mechanism that limits trigger snap and improves the trigger-to-hammer reset between trigger pulls in the semi-automatic mode of operation.

### SUMMARY OF THE INVENTION

According to the principle of the invention, a trigger mechanism includes a trigger disconnector assembly having a trigger nose, and a disconnector having a disconnector hook. A reset lever is mounted for pivotal movement between open and closed positions. The trigger disconnector assembly is mounted for pivotal movement between charged and discharged orientations, the charged orientation being a set position of the trigger nose and a disengaged position of the disconnector hook, and the discharged orientation being a released position of the trigger nose and an engaged position of the disconnector hook. A hammer includes a striking end, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer. The trigger disconnector assembly is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the trigger disconnector assembly to pivot the trigger disconnector assembly from the discharged orientation to the charged orientation when the reset lever moves from the open position to the

closed position, to position the trigger nose in the set position in preparation to be received by the trigger notch in the cocked position of the hammer and to position the disconnector in the disengaged position of the disconnector hook relative to the hammer disconnect notch. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger disconnector assembly, preventing the hammer from striking the trigger disconnector assembly in the past cocked position of the hammer.

According to the principle of the invention, a trigger mechanism includes a trigger disconnector assembly having a trigger nose, and a disconnector having a disconnector hook and a cam surface. A reset lever is mounted for pivotal movement between open and closed positions. The trigger disconnector assembly is mounted for pivotal movement between charged and discharged orientations, the charged orientation being a set position of the trigger nose and a disengaged position of the disconnector hook, and the discharged orientation being a released position of the trigger nose and an engaged position of the disconnector hook. A hammer includes a striking end including a striking surface and an opposed hammer tail, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a forward position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the set position of the trigger nose and the cocked position of the hammer. The cam surface of the trigger disconnector assembly is in mechanical communication with the reset lever, the hammer tail of the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the cam surface to pivot the trigger disconnector assembly from the discharged orientation to the charged orientation when the reset lever moves from the open position to the closed position, to position the trigger nose in the set position in preparation to be received by the trigger notch in the cocked position of the hammer and to position the disconnector in the disengaged position of the disconnector hook relative to the hammer disconnect notch. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger disconnector assembly, preventing the hammer from striking the trigger disconnector assembly in the past cocked position of the hammer. The hammer tail of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the cam surface and the disconnector hook.

According to the principle of the invention, a trigger mechanism includes a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and released positions. A reset lever is mounted for pivotal movement between open and closed positions. A disconnector has a disconnector hook, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively. A hammer includes a striking end, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer. The disconnector is in mechanical communication with the reset

US 9,146,067 B2

3

4

lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the disconnector to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger body and the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer.

According to the principle of the invention, a trigger mechanism includes a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and released positions. A reset lever is mounted for pivotal movement between open and closed positions. A disconnector has a disconnector lever, a disconnector hook, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively. A hammer includes a striking end, a hammer disconnect notch, and a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer. The disconnector lever of the disconnector is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the disconnector lever to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger body and the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer. The striking end of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the disconnector lever and the disconnector hook.

According to the principle of the invention, a trigger mechanism includes a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and released positions. A reset lever is mounted for pivotal movement between open and closed positions. A disconnector has a disconnector hook, a cam surface, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively. A hammer includes a striking end, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a

cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer. The cam surface of the disconnector is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the cam surface to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position. A spring keeps tension on the reset lever urging the reset lever toward the closed position. The reset lever isolates the hammer from the trigger body and the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer. The striking end of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the cam surface and the disconnector hook.

According to the principle of the invention, a trigger assembly with a hammer having a trigger notch, a trigger body has a trigger nose, a trigger tail, and a trigger, the trigger nose for receiving the trigger notch in a cocked position of the hammer and a set position of the trigger body and for releasing the trigger nose when the trigger body is moved a travel distance from the set position to a fired position, a disconnector coupled between the hammer and the trigger body, and a selector movable between a first position and a second position for adjusting the travel distance of the trigger body. The selector has a first stop aligned with the tail of the trigger body in the first position, and a second stop aligned with the tail of the trigger body in the second position. The first stop is separated from tail of the trigger body a first distance in the set position of the trigger body in the first position of the selector, and the second stop is separated from tail of the trigger body a second distance in the set position of the trigger body in the second position of the selector. In the first position of the selector and the fired position of the trigger body the first distance between the first stop and the tail of the trigger body is closed and the tail contacts the first stop, and movement of the trigger body is arrested by the tail contacting the first stop. In the second position of the selector and the fired position of the trigger body the second distance between the second stop and the tail of the trigger body is closed and the tail contacts the second stop, and movement of the trigger body is arrested by the tail contacting the second stop. The second distance is less than the first distance, wherein the travel distance of the trigger body in the second position of the selector is less than the travel distance of the trigger body in the first position of the selector.

BRIEF DESCRIPTION OF THE DRAWINGS

Referring to the drawings:

FIG. **1** is a perspective view of a trigger mechanism constructed and arranged in accordance with the principle of the invention, the trigger mechanism including a trigger body, a disconnector, a hammer, a reset lever, and a selector, and the trigger mechanism being shown as it would appear in a safe mode of operation;

FIG. **2** is a view similar to that of FIG. **1** with portions thereof being shown in phantom outline for illustrative purposes;

5

FIG. **2**A is a bottom perspective view of the trigger body, the disconnector, and the hammer of the embodiment of FIG. **1**;

FIG. **3** is a partially exploded perspective view of the trigger body, the disconnector, the hammer, and the reset lever of the trigger mechanism of FIG. **1**;

FIG. **4** is a view of the trigger body, the disconnector, the hammer, the assisted reset lever, and the selector of the trigger mechanism of FIG. **1** in a semi-automatic mode of operation;

FIG. **5** is a view similar to that of FIG. **4** illustrating the trigger mechanism as it would appear in an assisted reset semi-automatic mode of operation;

FIGS. **6-9** show a sequence of operation of the trigger body, the disconnector, the hammer, the reset lever, and the selector of the trigger mechanism of FIG. **1** in a semi-automatic mode of operation;

FIGS. **10-14** show a sequence of operation of the trigger body, the disconnector, the hammer, the reset lever, and the selector of the trigger mechanism of FIG. **1** in an assisted-reset semi-automatic mode of operation;

FIG. **15** is a fragmented end elevation view of the trigger mechanism of FIG. **1** illustrating contact between a cam of the selector and the reset lever in the semi-automatic mode of operation of the trigger assembly;

FIG. **16** is a fragmented end elevation view of the trigger mechanism of FIG. **1** illustrating contact between a cam of the selector and the reset lever in the assisted-reset semi-automatic mode of operation of the trigger assembly;

FIG. **17** is a side elevation view of the trigger body, the selector, and the hammer of the embodiment of FIG. **4** illustrating the selector in the semi-automatic mode of operation, and illustrating the trigger body in a set position holding the hammer in a cocked position;

FIG. **18** is a view of the embodiment of FIG. **17** illustrating the trigger body as it would appear in a pulled or fired position and a tail of the trigger body shown as it would appear contacting a first stop of the selector;

FIG. **19** is a side elevation view of the trigger body, the selector, and the hammer of the embodiment of FIG. **5** illustrating the selector in the assisted reset semi-automatic mode of operation, and illustrating the trigger body in a set position holding the hammer in a cocked position; and

FIG. **20** is a view of the embodiment of FIG. **19** illustrating the trigger body as it would appear in a pulled or fired position and a tail of the trigger body shown as it would appear contacting a second stop of the selector.

### DETAILED DESCRIPTION

Known trigger mechanisms used with various semi-automatic firearms that fire a single round each time the trigger is pulled and that have select fire capabilities that permit selection between safe and semi-automatic modes of operation include a trigger assembly having a trigger, a hammer having a sear hook, a disconnector, and a sear assembly. Operation of such a mechanism is well known to those skilled in the art and will not be described in detail, other than to describe how, after firing, the hammer is pivoted rearwardly by the action of the bolt carrier. As the hammer is moved to a cocked position and beyond to a past-cocked position, from the cocked position the hammer disconnect notch clips past the disconnector hook of the disconnector and over-travels to the past-cocked position where the portion of the hammer having the sear hook strikes the disconnector which in turn imparts the energy from the striking hammer to a rear portion of the trigger assembly, causing the trigger to sharply move or snap forward to reset the trigger nose relative to the trigger notch

6

formed in the pivot end of the hammer where the hammer is retained in the cocked position by the trigger nose preparatory to firing by another trigger pull. The over-travel of the hammer from the cocked position to the past-cocked position delays the trigger-to-hammer reset, which limits the speed of semi-automatic fire.

To overcome this problem, a trigger mechanism, generally designated **20**, is provided. It will be understood that trigger mechanism **20** is intended to be employed with any of the various semi-automatic firearms that fire a single round each time the trigger is pulled and that have select fire capabilities. It will also be understood that trigger mechanism **20** is carried by a lower receiver of a firearm. A lower receiver is not shown, as they are well known in the art and trigger mechanism **20** is carried in a conventional manner. Trigger mechanism **20** may also be formed as a drop-in trigger mechanism, as is the case with after-market trigger mechanisms.

This particular trigger mechanism **20** allows selection between safe, semi-automatic, and assisted-reset semi-automatic modes of fire or operation. The assisted-reset semi-automatic mode of operation is a form of a semi-automatic mode of operation. Looking in relevant part to FIGS. **1-5**, trigger mechanism **20** includes a trigger assembly **21** having a trigger body **23** with a trigger nose **24** at a head **24**A of trigger body **23**, a notch **25** at a tail **25**A, and a trough **26** formed therein extending from tail **25**A of trigger body **23** across a pivot **28** to just short of trigger nose **24** at head **24**A. Trigger nose **24** is a part of head **24**A of trigger body **23**, and notch **25** is a part of tail **25**A of trigger body **23**. A trigger **27** extends from trigger body **23** generally at pivot **28**. A disconnector **30** is positioned within trough **26** and is pivotally coupled to trigger assembly **21** at pivot **28**. Disconnector **30** is a semi-automatic disconnector and is coupled between hammer **40** and trigger body **23**. Disconnector **30** includes a rearwardly extending disconnector lever **32**, and an upwardly extending disconnector hook **33**. Disconnector lever **32** is positioned within trough **26** and includes a cam surface **35**. Disconnector **30** pivots about a pivot or pivot point **38** denoted in FIG. **3**, concurrent with pivot **28** of trigger assembly **22** as is known in the art. In this trigger mechanism **20**, trigger body **23** and disconnector **30** concurrently pivot about pivot **28** and pivot point **38**. Trigger assembly **21** has the customary and well-known trigger spring that acts on trigger body **23** so as to keep constant tension on trigger body **23** and thus trigger **27**, the details of which are well-known to the skilled person. According to this disclosure, trigger body **23** and its various components and disconnector **30** and its various components cooperate to form a trigger disconnector assembly, which is denoted generally at **39**.

Trigger mechanism **20** also includes a hammer **40** coupled for pivotal movement at a pivot **42** defined at a pivot end **43** of hammer **40** from a forward or firing position rearwardly to a cocked position and beyond to a past-cocked position as the rearward most position. Trigger assembly **21** has the customary and well-known hammer spring **48** that acts on hammer **40** so as to keep constant tension on hammer **40**, the details of which are well-known to the skilled person. Hammer **40** further includes a striking surface **44** formed in a striking end **45**. Striking end **45** opposes pivot end **43**, and has a hammer tail **46** opposite to striking surface **44**. A trigger notch **49** is formed in pivot end **43**. Trigger nose **24** is received in trigger notch **49**, holding hammer **40** in the cocked position prior to firing. In this trigger mechanism **20**, trigger notch **49** is formed perpendicular to the axis of rotation, directly in line with the center of pivot point **42**.

Trigger mechanism **20** further includes an assisted-reset lever **50**. Assisted-reset or reset lever **50** is positioned within

US 9,146,067 B2

7

trough **26** proximate to notch **25** of tail **25**A and rearwardly of, or otherwise behind, disconnector lever **32** of disconnector **30** between selector **70** and disconnector lever **32** of disconnector **30** of disconnector assembly **39**. Reset lever **50** includes two arms **52** and **53** connected at an angle at an intermediate portion, mid-section, or middle **54** of reset lever **50**. Arms **52** and **53** are lever arms and are angularly offset relative to one another like a boomerang. In this reset lever **50**, the angle between arms **52** and **53** is approximately 110 degrees, meaning 110 degrees+/−1-6 degrees variation as may be desired. Reset lever **50** is pivotally coupled to trigger body **23** of trigger assembly **21** at a pivot **56**. Arm **52** is a rearwardly extending arm that extends rearwardly through trough **26** from pivot **56** at tail **25**A of trigger body **23**. Arm **53** is an upwardly extending arm that extends upwardly from pivot **56** and trough **26** at tail **25**A of trigger body **23**. Reset lever **50** pivots or pivotally moves at pivot **56** in the directions of double arrowed line A in FIGS. **1** and **2** between what is considered an inoperative position as shown in FIGS. **1**, **2**, **4**, and **6**-**9**, and what is considered an operative position as shown in FIGS. **3**, **5**, and **10**-**14** relative to the trigger disconnector assembly **39** and, more specifically, relative to cam surface **35** of disconnector **30** of trigger disconnector assembly **39**.

In the inoperative position of reset lever **50**, arm **53** is in an inoperative position, which is an aft or rearward upright position toward selector **70** and away from trigger disconnector assembly **39**. In a further and more specific aspect, in the inoperative position of reset lever **50**, arm **53** is in an inoperative position, which is an aft or rearward upright position toward selector **70** and away from cam surface **35** of disconnector **30** of trigger disconnector assembly **39**. In the inoperative position of reset lever **50**, arm **53** is de-united from or otherwise not in contact with cam surface **35** and is held there by selector **70**. In the operative position of reset lever **50**, arm **53** is in an operative position, which is a fore or forward upright position away from selector **70** and toward and in contact against disconnector assembly **39**. In a further and more specific aspect, in the operative position of reset lever **50**, arm **53** is in an operative position, which is a fore or forward upright position away from selector **70** and toward and in contact against cam surface **35** of disconnector **30** of trigger disconnector assembly **39**.

A reset lever spring **60** is coupled between reset lever **50** and trigger body **23** of trigger assembly **21**. Reset lever spring **60** keeps constant tension on reset lever **50**. Here, reset lever spring **60** is a compression spring having active coils with a constant moduli of elasticity encircled about pivot **56**, a tag end **61** connected to arm **52**, and a tag end **62** connected to trigger body **23** of trigger assembly **21**. Tag end **61** is received in and against a notch **61**A formed in reset lever **50** between middle **54** and arm **52** and there tag end **61** is held. Tag end **62** extends downwardly through trough **26** from pivot **56** and through a small opening **62**A in a bottom wall of trigger body **23** and there tag end **62** is held. Reset lever spring **60** constantly acts on reset lever **50** keeping constant tension on reset lever **50** constantly biasing/urging/tensioning reset lever **50** from its inoperative position relative to trigger disconnector assembly **39** to its operative position relative to trigger disconnector assembly **39**.

Trigger mechanism **20** is a select fire trigger mechanism that has safe, semi-automatic, and assisted-reset semi-automatic modes of fire or operation, which are set or activated by a selector **70**. Selector **70** is mounted for rotation so to rotate and is situated in notch **25** of trigger body **23** and has a handle **71** used to rotate selector **70** between different positions including a position corresponding to a safe mode of opera-

8

tion as in FIG. **1**, another position corresponding to a semi-automatic mode of fire or operation as in FIG. **4**, and yet another position corresponding to an assisted-reset semi-automatic mode of fire or operation as in FIG. **5**, wherein these positions of selector **70** are different from one another. Trigger mechanism **20** is rendered inoperative in the safe mode of selector **70**, trigger mechanism **20** is rendered operative for semi-automatic fire in the semi-automatic mode of selector **70**, and trigger mechanism **20** is rendered operative for assisted-reset semi-automatic fire in the assisted-reset semi-automatic mode of selector **70**.

FIG. **1** shows trigger body **23** and disconnector **30** that form trigger disconnector assembly **39**, hammer **40**, reset lever **50**, and selector **70** of trigger mechanism **20** in the safe mode of operation. In FIG. **1**, selector **70** is in the safe mode or safe setting and trigger nose **24** is received in trigger notch **49**, holding hammer **40** in the cocked position. In the safe mode position of selector **70**, trigger mechanism **20** is disabled and incapable of being fired. At the same time, selector **70** engages arm **52** of reset lever **50** holding reset lever **50** in its inoperative position.

Selector **70** is rotated in the direction of arrowed line B in FIG. **1** from the safe mode or safe setting to the semi-automatic mode or semi-automatic setting in FIG. **4** to adjust trigger mechanism **20** from the safe mode of operation as in FIG. **1** to the semi-automatic mode of operation as in FIG. **4**. At the same time, cam **75** of selector **70** contacts/abuts/engages arm **52** of reset lever **50**, as shown in FIG. **15**, so as to act on arm **52** holding reset lever **50** in its inoperative position. For reference purposes, cam **75** is illustrated in FIGS. **17**, **19**, and **20**. As arm **52** is the thing against which cam **75** of selector **70** contacts, arm **52** of reset lever **50** is an abutment of reset lever **50** on or against which cam **75** of selector **70** abuts or contacts. In FIG. **4**, selector **70** is in the semi-automatic mode or semi-automatic setting and trigger nose **24** is received in trigger notch **49**, holding hammer **40** in the cocked position in preparation for firing. In the semi-automatic mode of operation of trigger mechanism **20** in preparation for firing, trigger disconnector assembly **39** is in a charged or pre-pulled orientation. In this charged or pre-pulled orientation, trigger body **23** and trigger nose **24** are each in a set position. In this set position of trigger body **23**, trigger nose **24** at head **24**A is received in trigger notch **49** and disconnector hook **33** is in a disengaged position being disengaged from or otherwise relative to hammer disconnect notch **47** formed in hammer **40** between pivot end **43** and striking end **45** allowing forward movement of hammer **40** upon pulling trigger **27**. Upon pulling trigger **27** so as to move trigger body **23** and trigger **27** a trigger pull or pulling travel distance in the semi-automatic mode of operation from the set position holding hammer **40** to the pulled or fired position releasing hammer **40**, trigger disconnector assembly **39** is pivoted from the charged orientation to a discharged orientation, lowering trigger nose **24** out of trigger notch **49** from the set position to a released position, releasing hammer **40** and moving disconnector hook **33** forwardly from the disengaged position to an engaged position, as shown in FIG. **6**, causing hammer **40** pivot forwardly in the direction of arrowed line C to a firing position shown in FIG. **7** to fire a round, while at the same time raising tail **25**A of trigger body **23** toward selector **70**.

After a round has been fired, the rearwardly moving bolt carrier engages hammer **40** and pivots it rearwardly in the direction of arrowed line D in FIG. **7** toward the cocked position in FIG. **8** and beyond the cocked position to the past-cocked position in FIG. **9**. With trigger **27** pulled and held in its pulled or fired position locating disconnector hook **33** in the engaged position as in FIG. **8**, hammer disconnect

**9**

notch **47** of the rearwardly pivoting hammer **40** clips past disconnector hook **33** with a sharp, glancing blow as hammer **40** moves toward and beyond the cocked position in FIG. **8** to the past-cocked position in FIG. **9**. In the past-cocked position of hammer **40** and the discharged orientation of trigger disconnector assembly **39** in FIG. **9** with trigger **27** pulled and held in its pulled/fired position, disconnector hook **33** engages hammer disconnect notch **47** in the engaged position of disconnector hook **33** preventing forward movement of hammer **40**. Forward movement of hammer **40** is thus arrested by disconnector hook **33** engaging hammer disconnect notch **47**. This prevents automatic fire. When trigger **27** is released, trigger body **23** and trigger **27** pivot a trigger reset or resetting travel distance in the semi-automatic mode of operation from the pulled/fired position of trigger body **23** and trigger **27** to the set position of trigger body **23** and trigger **27**, whereby trigger disconnector assembly **39** pivots from the discharged orientation to the charged orientation in FIG. **4**, in which trigger **27** is moved forwardly, trigger nose **24** at head **24**A is raised to its set position received in trigger notch **49**, holding hammer **40** in the cocked position, and tail **25**A is lowered away from selector **70**. At the same time, disconnector hook **33** is pivoted rearwardly from the engaged position to the disengaged position removing it from engagement with hammer disconnect notch **47**. Forward movement of hammer **40** is arrested by trigger nose **24** engaging trigger notch **49**. Hammer **40** is thus retained in the cocked position by trigger nose **24**, preparatory to firing by another trigger pull.

After disconnector hook **33** clips past hammer disconnect notch **47** in response to hammer **40** moving into the past-cocked position beyond the cocked position, hammer **40** over-travels in the past-cocked position, as indicated by the phantom outline of hammer **40** in FIG. **9**, misses reset lever **50**, including arm **53**, in the inoperative position of reset lever **50**, and strikes disconnector **30** which in turn imparts the energy from the striking hammer **40** to a rear portion of trigger disconnector assembly **39** of trigger assembly **21**, causing trigger disconnector assembly **39** to reset, namely, to pivot from the discharged position to the charged position. Once in the charged position, disconnector hook **33** is in its disengaged position free from interfering with hammer disconnect notch **47** and trigger nose **24** is in its set position in preparation to be received by the trigger notch **49** in the cocked position of hammer **40**. As hammer **40** then pivots forwardly from the past-cocked position toward the cocked position, hammer disconnect notch **47** passes by disconnector hook **33** and trigger nose **24** is received trigger notch **49**, holding hammer **40** in the cocked position preparatory to firing by another trigger **27** pull. In the inoperative position of reset lever **50** in the semi-automatic mode of operation of trigger mechanism **20**, selector **70** holds reset lever **50** out-of-play away from hammer **40** preventing hammer **40** from contacting/striking or otherwise interacting with reset lever **50** during semi-automatic firing.

FIG. **17** is a side elevation view of trigger body **23**, selector **70**, and hammer **40** oriented as in FIG. **4** illustrating selector **70** in the semi-automatic mode of operation, and illustrating trigger body **23** in the set position holding hammer **40** in the cocked position. Disconnector **30** is not shown in FIG. **17**, but is referenced in the figures described above. Selector **70** has a stop body **78**. Stop body **78** is located near, above, and opposite to, notch **25** of tail **25**A of trigger body **23**. Stop body **78** includes two stops, including stop **78**A and stop **78**B. Stops **78**A and **78**B are surfaces of stop body **78**. Here, stops **78**A and **78**B are perpendicular relative to each other.

In a first position of selector **70** corresponding to the semi-automatic mode of operation of selector **70** as in FIG. **17**, stop

**10**

**78**A is registered with, meaning aligned with, tail **25**A, specifically notch **25** of tail **25**A. With trigger nose **24** received in trigger notch **49** holding hammer **40** in the cocked position in preparation for firing, a distance D1 is defined between semiautomatic stop **78**A and tail **25**A, specifically notch **25** of tail **25**A. Again, in the semi-automatic mode of operation of trigger mechanism **20** in preparation for firing trigger body **23** and trigger nose **24** are each in a set position, and in this set position of trigger body **23** trigger nose **24** at head **24**A is received in trigger notch **49** in preparation for pulling trigger **27** to release hammer **40**. Upon pulling trigger **27** so as to move trigger body **23** and trigger **27** the trigger pulling travel distance in the semi-automatic mode of operation from the set position holding hammer **40** to the pulled/fired position releasing hammer **40**, trigger nose **24** is lowered out of trigger notch **49** from the set position to a released position, releasing hammer **40**, while at the same time raising tail **25**A of trigger body **23** toward stop **78**A of stop body **78** of selector **70** closing distance D1 between notch **25** of tail **25**A of trigger body **23** so as to bring notch **25** of tail **25**A of trigger body **23** into direct contact against stop **78**A of stop body **78**. Upward movement of tail **25**A of trigger body **23** is thus arrested by notch **25** of tail **25**A contacting stop **78**A of stop body **78** which, in turn, arrests movement of trigger body **23**, or in other words limits or otherwise arrests the pivotal movement of trigger **27** and trigger body **23** past the pulled/fired position in the semi-automatic mode of operation. Trigger body **23** and trigger **27** in turn move the trigger reset travel distance in the semi-automatic mode of operation from the pulled position to the set position to hold hammer **40** in the cocked position preparatory to firing another round as described above. In the semi-automatic mode of operation of trigger mechanism **20**, the trigger pulling and trigger reset travel distances of trigger body **23** and trigger **27** are equal.

Assisted-reset semi-automatic firing is achieved by utilizing selector **70**, which is rotated in the direction of arrowed line E in FIG. **4** from the semi-automatic mode or semiautomatic setting to the assisted-reset semi-automatic mode or assisted-reset semi-automatic setting in FIG. **5** to adjust trigger mechanism **20** from the semi-automatic mode of operation as in FIG. **4** to the assisted-reset semi-automatic mode of operation as in FIG. **5**. At the same time, cam **75** of selector **70** contacts/abuts/engages arm **52**, as seen in FIG. **16**, so as to act on arm **52** of reset lever **50** pivoting reset lever **50** from its inoperative position defining the inoperative position of arm **53** to its operative position defining the operative position of arm **53**, resulting in the movement of arm **53** from the aft or rearward upright position toward selector **70** and away from cam surface **35** of disconnector **30** to the fore of forward upright position away from selector **70** and toward and in contact against cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. The constant tension on reset lever **50** provided by reset lever spring **60** constantly biasing/urging/tensioning reset lever **50** from its inoperative position relative to trigger disconnector assembly **39** to its operative position relative to trigger disconnector assembly **39** pivots reset lever from its inoperative position to its operative position in response to cam **75** acting on arm **52** in response to rotation of selector **70** from its semi-automatic mode or semi-automatic setting to its assisted-reset semi-automatic mode or assisted-reset semiautomatic setting.

The contact between cam surface **35** and arm **53** of reset lever **50** is a mechanical coupling. This mechanical coupling defines a mechanical communication between arm **53** of reset lever **50** and trigger disconnector assembly **39** and, more specifically, between arm **53** of reset lever **50** and disconnec-

US 9,146,067 B2

**11**

tor **30** and, still more specifically, between arm **53** of reset lever **50** and disconnector lever **32** of disconnector **30** and, yet still more specifically, between arm **53** of reset lever **50** and cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**, all according to various aspects of the invention. As a result of the contact between cam surface **35** and arm **53**, trigger disconnector assembly **39** is in mechanical communication with reset lever **50**, disconnector **30** is in mechanical communication with reset lever **50**, disconnector lever **32** is in mechanical communication with reset lever **50**, and cam surface **35** is in mechanical communication with reset lever **50**. As arm **53** is the thing that engages cam surface **35** in the operative position of reset lever, arm **53** of reset lever **50** is an abutment of reset lever **50** that contacts cam surface **35** in the operative position of reset lever **50**.

In the inoperative position of reset lever **50** in the semi-automatic mode of operation of trigger mechanism **20**, reset lever **50** is out of play, whereby hammer **40** does not contact or otherwise strike or interact with reset lever **50** during semi-automatic firing. In the operative position of reset lever **50**, reset lever **50** is in play being operatively coupled to hammer tail **46** of striking end **45** of hammer **40**, wherein reset lever **50** is positioned to be contacted or struck by hammer tail **40** of striking end **45** of hammer **40** in the past-cocked position of hammer **40** during assisted-reset semi-automatic firing.

In FIG. **5**, selector **70** is in the assisted-reset semi-automatic mode or assisted-reset semi-automatic setting and trigger nose **24** of head **24**A is received in trigger notch **49**, holding hammer **40** in the cocked position in preparation for firing. In the assisted-reset semi-automatic mode of operation of trigger mechanism **20**, trigger disconnector assembly **39** is a charged or pre-pulled orientation. In this charged or pre-pulled orientation, trigger body **23** and trigger nose **24** at head **24**A are each in a set position. In this set position of trigger body **23**, trigger nose **24** at head **24**A received in trigger notch **49** and disconnector hook **33** is in the disengaged position being disengaged relative to hammer disconnect notch **47**, allowing forward movement of hammer **40** upon pulling trigger **27**. Upon pulling trigger **27** so as to move trigger body **23** a trigger pulling or pull travel distance in the assisted-reset mode of operation from its set position holding hammer **40** to its pulled/fired position in the assisted-reset semi-automatic mode of operation releasing hammer **40**, trigger disconnector assembly **39** is pivoted from the charged orientation to the discharged orientation, lowering trigger nose **24** out of trigger notch **49** from the set position to a released position, releasing hammer **40** and moving disconnector hook **33** forwardly from the disengaged position to an engaged position, as shown in FIG. **10**, causing hammer **40** pivot forwardly in the direction of arrowed line F to a firing position shown in FIG. **11** to fire a round, while at the same time raising tail **25**A of trigger body **23** toward selector **70**.

After a round has been fired, the rearwardly moving bolt carrier engages hammer **40** and pivots it rearwardly in the direction of arrowed line G in FIG. **11** toward the cocked position in FIG. **12** and beyond the cocked position to the past-cocked position in FIG. **13**. With trigger **27** pulled and held in its pulled/fired position locating disconnector hook **33** in the engaged position as in FIG. **12**, hammer disconnect notch **47** of the rearwardly pivoting hammer **40** clips past disconnector hook **33** with a sharp, glancing blow as hammer moves toward and beyond the cocked position in FIG. **12** to the past-cocked position in FIG. **13**. In the past-cocked position of hammer **40** and the discharge orientation of trigger disconnector assembly **39** in FIG. **13** with trigger **27** pulled

**12**

and held in its pulled/fired position, disconnector hook **33** is positioned to engage hammer disconnect notch **47** in the engaged position of disconnector hook **33** for preventing forward movement of hammer **40**. Forward movement of hammer **40** is thus arrested by disconnector hook **33** engaging hammer disconnect notch **47**. This prevents automatic fire. When trigger **27** is released, trigger body **23** and trigger **27** pivot a trigger resetting or reset travel distance in the assisted-reset semi-automatic mode of operation from the pulled position of trigger body **23** and trigger **27** to the set position of trigger body **23** and trigger **27**, whereby trigger disconnector assembly **39** pivots from the discharged orientation to the charged orientation in FIG. **5**, in which trigger **27** is moved forwardly, trigger nose **24** at head **24**A is moved to its set position received in trigger notch **49**, holding hammer **40** in the cocked position, and tail **25**A is lowered away from selector **70**. At the same time, disconnector hook **33** is pivoted rearwardly from the engaged position to the disengaged position removing it from engagement with hammer disconnect notch **47**. Forward movement of hammer **40** is arrested by trigger nose **24** engaging trigger notch **49**. Hammer **40** is thus retained in the cocked position by trigger nose **24**, preparatory to firing by another trigger pull.

Reset lever **50** pivots at pivot **56** between inoperative and operative positions relative to cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. The constant tension applied by reset lever spring **60** (FIGS. **2** and **3**) keeps constant tension on reset lever **50** constantly urging/biasing reset lever **50** into its operative position in the assisted-reset semi-automatic mode or setting of selector **70**, in accordance with the principle of the invention. In response to movement of reset lever **50** from its inoperative position to its operative position in response to movement of selector **70** to the assist-reset semi-automatic setting from either of the safe setting or the semi-automatic setting of selector **70**, arm **53** moves from the inoperative position thereof as in FIG. **4** to the operative position thereof as in FIG. **5** in direct contact against cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. This contact of arm **53** of reset lever **50** directly against cam surface **35** is a mechanical coupling that forms the mechanical communication as discussed and defined above.

In the inoperative position of arm **53**, arm **53** is pivoted rearwardly with respect to cam surface **35** and trigger disconnector assembly **39** in the direction of selector **70**, and is spaced-apart from, and not in contact with, cam surface **35** of disconnector lever **32** of disconnector **30**. In the operative position of arm **53**, arm **53** is pivoted in the opposite direction forwardly with respect to cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39** in the direction of pivot **28** and into direct contact against cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. And so in the inoperative position of reset lever **50**, arm **53** is also in an inoperative position and is made to extend upright and rearward toward selector **70** and away from hammer tail **46** of hammer **40** in the cocked position of hammer **40**, and in this position cannot be contacted or struck by hammer tail **46** of striking end **45** of hammer **40** during semi-automatic firing. As such, hammer **40** misses reset lever **50**, including arm **53**, as hammer **40** travels downwardly in the past-cocked position. In the operative position of reset lever **50**, arm **53** is also in an operative position and is made to extend upright and forward from selector **70** toward hammer tail **46** of hammer **40** in the cocked position of hammer **40**, and in this position is operatively coupled to hammer tail **46** of hammer **40**, wherein arm **53** of

13

14

reset lever **50** is positioned to be contacted or struck by hammer tail **46** of striking end **45** of hammer **40** in the past-cocked position of hammer **40** during assisted-reset semi-automatic firing. Again, because the constant tension applied by reset lever spring **60** (FIGS. **2** and **3**) keeps constant tension on reset lever **50** constantly urging/biasing reset lever **50** toward its operative position in the assisted-reset semi-automatic mode or setting of selector **70**, the constant tension applied by reset lever spring **60** tends to hold reset lever **50** in its operative position in the assisted-reset semi-automatic mode of operation.

In the operative position of reset lever **50** as explained above, arm **53** is in contact with cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**, and this contact persists or is otherwise maintained by reset lever spring **60** constantly acting on reset lever **50** during the pivoting movement of trigger disconnector assembly **39** between its charged and discharged positions. Cam surface **35** acts against arm **53** in response to movement of trigger disconnector assembly **39** between its charged and discharged positions. This contact interaction between cam surface **35** and arm **53** in the operative position of reset lever **50** moves reset lever **50** in the direction of double arrowed line H in FIG. **5** toward the inoperative position of reset lever **50** to an open position of reset lever **50** in the discharged position of trigger disconnector assembly **39** as in FIG. **10**, and in the opposite direction away from the inoperative position of reset lever **50** to a closed position of reset lever in the charged position of trigger disconnector assembly **50** as in FIG. **5**. And so in the operative position of reset lever **50**, reset lever **50** moves between its open and closed positions relative to trigger disconnector assembly **39** and, more particular, relative to cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**, in response to movement of trigger disconnector assembly **39** between the discharged and charged positions. In the operative position of reset lever **50**, reset lever spring **60** keeps constant tension on reset lever **50** constantly urging/biasing reset lever **50** from its open position toward its closed position in the assisted-reset semi-automatic mode or setting of selector **70**, and the constant tension applied by reset lever spring **60** thus tends to hold reset lever **50** in its closed position in the assisted-reset semi-automatic mode of operation. At the same time, reset lever **50** remains in its operative position in both its open and closed positions in the discharged and charged positions of trigger disconnector assembly **39** in the assisted-reset semi-automatic mode of operation of trigger assembly **20**, in accordance with the principle of the invention.

The open position of reset lever **50** in the operative position of reset lever **50** is an open position of arm **53**, and the closed position of reset lever **50** in the operative position of reset lever **50** is a closed position of arm **53**. In response to movement of reset lever **50** between its open and closed positions in response to movement of trigger disconnector assembly **39** between its discharged and charged positions, arm **53**, in turn, moves between open and closed positions relative to trigger disconnector assembly **39** and, more particular, relative to cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39**. In the open position of arm **53**, arm **53** is pivoted rearwardly and upwardly with respect to cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39** in the direction of selector **70**. In the closed position of arm **53**, arm **53** is pivoted forwardly and downwardly from the open position thereof with respect to cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39** in the direction of pivot **28**. Because reset lever spring **60** keeps constant

tension on reset lever **50** constantly urging/biasing reset lever **50** from its open position toward its closed position in the assisted-reset semi-automatic mode or setting of selector **70**, the constant tension applied by reset lever spring **60** thus tends to hold arm **53** in its closed position in the assisted-reset semi-automatic mode of operation. At the same time, arm **53** remains in its operative position in both its open and closed positions in the discharged and charged positions of trigger disconnector assembly **39** in the assisted-reset semi-automatic mode of operation of trigger assembly **20**.

In the operation of reset lever **50** in the assisted-reset automatic mode of operation of trigger mechanism **20**, after a round has been fired rearwardly moving bolt carrier engages hammer **40** and pivots it rearwardly in the direction of arrowed line G in FIG. **11** toward the cocked position in FIG. **12** and beyond the cocked position to the past-cocked position in FIG. **13**. With trigger **27** pulled and held in its pulled/fired position as in FIG. **13**, as hammer **40** moves beyond the cocked position to the past-cocked position in FIG. **13**, hammer disconnect notch **47** of the rearwardly pivoting hammer **40** clips past disconnector hook **33** with a sharp, glancing blow as hammer **40** moves toward and beyond the cocked position in FIG. **12** to the past-cocked position in FIG. **13**, hammer tail **46** of striking end **45** of hammer **40** encounters/strikes arm **53** of reset lever **50** as shown in FIG. **13**, in this example at a location above cam surface **35** and, moreover, between cam surface **35** of disconnector lever **32** and disconnector hook **33**, which in turn imparts the energy from the striking hammer **40** to arm **53** of reset lever **50**. This, in turn, pivots reset lever **50** from the open position to the closed position at the same time moving arm **53** from the open position in FIG. **13** to the closed position in FIG. **14** as hammer **40** over-travels downwardly in the direction of arrowed line I in FIG. **13** in the past-cocked position. At the same time, arm **53** of reset lever **50** engages cam surface **35** of disconnector lever **32** of disconnector **30** of trigger disconnector assembly **39** which in turn imparts the energy from the pivoting reset lever **50** to disconnector **30** of disconnector assembly **39**, whereby arm **53** acts on cam surface **35** pivoting trigger disconnector assembly **39**, including trigger body **23** at pivot **28** and disconnector **30** at pivot point **38** concurrent with pivot **28**, from the discharged orientation to the charged orientation when arm **53** moves via the pivoting of reset lever **50** from the open position to the closed position, raising trigger nose **24** of head **24A** to its set position in preparation to be received by trigger notch **49** in the cocked position of hammer **40** and to position disconnector **30** in the disengaged position of disconnector hook **33** relative to hammer disconnect notch **49**, as shown in FIG. **14**, while at the same time lowering tail **25A** of trigger body **23** away from selector **70**. At the same time, disconnector hook **33** is pivoted rearwardly from the engaged position to the disengaged position removing it from engagement with hammer disconnect notch **47**. Forward movement of hammer **40** is arrested by trigger nose **24** engaging trigger notch **49**. Hammer **40** is thus retained in the cocked position by trigger nose **24**, preparatory to firing by another trigger pull. And so in the assisted-reset semi-automatic mode of operation of trigger mechanism **20** trigger disconnector assembly **39** is in mechanical communication with reset lever **50**, whereby movement of reset lever **50** from its open position to its closed position via the action of hammer **40** urges/imparts corresponding movement of disconnector assembly **39** from the discharged orientation to the charged orientation.

According then to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism **20** trigger disconnector assembly **39** is in

US 9,146,067 B2

15

mechanical communication with reset lever 50. Striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position of hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on trigger disconnector assembly 39 to pivot trigger disconnector assembly 39 from the discharged orientation to the charged orientation when reset lever 50 moves from the open position to the closed position, to position trigger nose 24 in the set position in preparation to be received by trigger notch 49 in the cocked position of hammer 40 and to position disconnector 30 in the disengaged position of disconnector hook 33 relative to hammer disconnect notch 47, and to lower tail 25A of trigger body 23 away from selector 70.

In another aspect according to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 cam surface 35 of trigger disconnector 39 assembly is in mechanical communication with reset lever 50. Hammer tail 46 of striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on cam surface 35 to pivot trigger disconnector assembly 39 from the discharged orientation to the charged orientation when reset lever 50 moves from the open position to the closed position, to position trigger nose 24 in the set position in preparation to be received by trigger notch 49 in the cocked position of hammer 40 and to position disconnector 30 in the disengaged position of disconnector hook 33 relative to hammer disconnect notch 47, and to lower tail 25A of trigger body 23 away from selector 70.

In yet another aspect according to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 disconnector 30 is in mechanical communication with reset lever 50. Striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position of hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on disconnector 30 to concurrently pivot disconnector 30 from the engaged position of disconnector hook 33 to the disengaged position of disconnector hook 33 and trigger body 23 from the released position of trigger nose 24 to the set position of trigger nose 24 in preparation to be received by trigger notch 49 in the cocked position of hammer 40 while at the same time lowering tail 25A of trigger body 23 away from selector 70.

In yet still another aspect according to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 disconnector lever 32 of disconnector 30 is in mechanical communication with reset lever 50. Striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position of hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever 50 in turn acts on disconnector lever 32 to concurrently pivot disconnector 30 from the engaged position of disconnector hook 33 to the disengaged position of disconnector hook 33 and trigger body 23 from the released position of trigger nose 24 to the set position of trigger nose 24 in preparation to be received by trigger notch 49 in the cocked position of hammer 40 while at the same time lowering tail 25A of trigger body 23 away from selector 70.

In still a further aspect according to the principle of the invention, in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 cam surface 35 of disconnector 30 is in mechanical communication with reset lever 50. Striking end 45 of hammer 40 strikes reset lever 50 in the past-cocked position of hammer 40 pivoting reset lever 50 from the open position to the closed position, and reset lever

16

50 in turn acts on cam surface 35 to concurrently pivot disconnector 30 from the engaged position of disconnector hook 33 to the disengaged position of disconnector hook 33 and trigger body 23 from the released position of trigger nose 24 to the set position of trigger nose 24 in preparation to be received by trigger notch 49 in the cocked position of hammer 40 while at the same time lowering tail 25A of trigger body 23 away from selector 70.

In sum, arm 53 of reset lever 50 intercepts hammer 40 in the past-cocked position of hammer 40 just after hammer disconnect notch 47 of the rearwardly pivoting hammer 40 clips past disconnector hook 33 with a sharp, glancing blow as hammer 40 moves toward and beyond the cocked position in FIG. 12 to the past-cocked position in FIG. 13. The contact interaction between hammer 40 and reset lever 50 isolates hammer 40 from trigger disconnector assembly 39. This prevents hammer 40 from striking trigger disconnector assembly 39 in the past cocked position of hammer 40, including trigger body 23, disconnector 30, disconnector lever 32, and cam surface 35. The interaction of reset lever 50 between hammer 40 and trigger disconnector assembly 39 in the various aspects discussed above, assists in resetting trigger disconnector assembly 39 from its discharged position to its charged position in the past-cocked position of hammer 40. The interaction of reset lever 50 between hammer 40 and trigger disconnector assembly 39 according to the various aspects discussed herein is maintained in the over-travel of hammer 40 in the past cocked position, and this accelerates the resetting of trigger disconnector assembly 39 from the discharged position to the charged position because arm 53 of reset lever 50 is acting on cam surface 35 to pivot trigger disconnector assembly 39 from the discharged position to the charged position throughout the past-cocked over-travel of hammer 40. Downward movement of hammer 40 in the past-cocked position is eventually arrested by hammer tail 46 engaging arm 53 in the closed position of arm 53 in the closed position of reset lever 50, according to the principle of the invention, at which point hammer 40 snaps forwardly. Once trigger disconnector assembly 39 is in the charged position, disconnector hook 33 is in its disengaged position free from interfering with hammer disconnect notch 47 and trigger nose 24 is in its set position in preparation to be received by the trigger notch 49 in the cocked position of hammer 40. As hammer 40 then pivots forwardly from the past-cocked position toward the cocked position, hammer disconnect notch 47 passes by disconnector hook 33 and trigger nose 24 is received trigger notch 49 as in FIG. 5, holding hammer 40 in the cocked position resetting trigger 27 of trigger body 23 to hammer 40 preparatory to firing by another trigger 27 pull. This is the trigger-to-hammer assisted reset feature of the assisted-reset semi-automatic mode of operation of trigger mechanism 20. The accelerated resetting of trigger disconnector assembly 39 from the discharged position to the charged position resulting from the interaction of reset lever 50 between trigger disconnector assembly 39 and hammer 40 in the past-cocked position quickens the rate of semi-automatic fire in the assisted-reset semi-automatic mode of operation of trigger mechanism 20 and allows for faster trigger pulls between each fired round, which is particularly advantageous, particularly when a faster rate of semi-automatic fire is required, such as in combat situations and competitive shooting events.

FIG. 19 is a side elevation view of trigger body 23, selector 70, and hammer 40 oriented as in FIG. 5 illustrating selector 70 in the assisted-reset semi-automatic mode of operation, and illustrating trigger body 23 in the set position holding hammer 40 in the cocked position. Disconnector 30 is not shown in FIG. 17, but is shown and referenced in FIGS. 1-13.

**17**

Selector **70** has stop body **78**. As previously described, stop body **78** is located near, above, and opposite to, such of tail **25**A of trigger body **23**, stop body **78** includes two stops, including stop **78**A and stop **78**B, stops **78**A and **78**B are surfaces of stop body **78**, and here stops **78**A and **78**B are perpendicular relative to each other.

In the first position of selector **70** corresponding to the semi-automatic mode of operation of selector **70** as in FIG. **17**, stop **78**A is registered with, meaning aligned with, notch **25** of tail **25**A. In a second position of selector **70** corresponding to the assisted-reset semi-automatic mode of operation of selector **70** as in FIG. **17**, stop **78**B is registered with, meaning aligned with, tail **25**A, specifically notch **25** of tail **25**A. With trigger nose **24** received in trigger notch **49** holding hammer **40** in the cocked position in preparation for firing, a distance D2 is defined between semi-automatic stop **78**B and tail **25**A, specifically notch **25** of tail **25**A. Again, in the assisted-reset semi-automatic mode of operation of trigger mechanism **20** in preparation for firing trigger body **23** and trigger nose **24** are each in a position, and in this set position of trigger **20** body **23** trigger nose **24** at head **24**A is received in trigger notch **49** in preparation for pulling trigger **27** to release hammer **40**. Upon pulling trigger **27** so as to move trigger body **23** and trigger **27** the trigger pulling travel distance in the assisted-reset semi-automatic mode of operation from the set **25** position holding hammer **40** to the pulled/fired position releasing hammer **40**, trigger nose **24** is lowered out of trigger notch **49** from the set position to a released position, releasing hammer **40**, while at the same time raising tail **25**A of trigger body **23** toward stop **78**B of stop body **78** of selector **70** **30** closing distance D2 between notch **25** of tail **25**A of trigger body **23** so as to bring notch **25** of tail **25**A of trigger body **23** into direct contact against stop **78**B of stop body **78**. Upward movement of tail **25**A of trigger body **23** is thus arrested by notch **25** of tail **25**A contacting stop **78**B of stop body **78** **35** which, in turn, arrests movement of trigger body **23**, or in other words limits or otherwise arrests the pivotal movement of trigger **27** and trigger body **23** past the pulled/fired position in the assisted-reset semi-automatic mode of operation. Trigger body **23** and trigger **27** in turn move the trigger reset travel **40** distance in the assisted-reset semi-automatic mode of operation from the pulled position to the set position. In the assisted-reset semi-automatic mode of operation of trigger mechanism **20**, the trigger pulling and trigger reset travel distances of trigger body **23** and trigger **27** are equal.          **45**

Distance D1 denoted in FIGS. **15** and **17** is greater than distance D2 denoted in FIGS. **16** and **19**. Because distance D2 is less than distance D1, the trigger pull travel distance of trigger body **23** and trigger **27** from the set position thereof to the pulled/fired position thereof in the second position of **50** selector **70** corresponding to the assisted reset semi-automatic mode of operation of trigger mechanism **20** is less than the trigger pull travel distance of trigger body **23** and trigger **27** from the set position thereof to the pulled/fired position in the first position of selector **70** corresponding to the semi- **55** automatic mode of operation of trigger mechanism **20**, and the trigger reset travel distance of trigger body **23** and trigger **27** from the pulled/fired position thereof to the set position thereof in the second position of selector **70** corresponding to the assisted reset semi-automatic mode of operation of trigger **60** mechanism **20** is less than the trigger rest travel distance of trigger body **23** and trigger **27** from the pulled/fired position thereof to the set position in first position of selector **70** corresponding to the semi-automatic mode of operation of trigger mechanism **20**. The lessened trigger pull and trigger **65** reset travel distances of trigger body **23** and trigger **27** in second position of selector **70** corresponding to the assisted-

**18**

reset mode of operation of trigger mechanism **20** compared to the first position of selector **70** corresponding to the semi-automatic mode of operation allows for a more rapid repeated pulling and resetting of trigger body **23** and trigger **27** and thus a more rapid rate of repeated semi-automatic fire in the second position of selector **70** than in the first position of selector **70**. Also, the lessened trigger reset travel distance in the second position of selector **70** corresponding to the assisted-reset semi-automatic mode of operation of trigger mechanism **20** compared to the first position of selector **70** corresponding to the semi-automatic mode of operation produces less trigger snap of the trigger **27** from the pulled/fired position to the reset position and thus less discomfort on the shooter's trigger finger from prolonged firing activities.

According then to the principle of the invention with reference to FIGS. **17-19**, trigger mechanism **20** includes trigger assembly **21** with hammer **40** having trigger notch **49**, trigger body **23** with trigger nose **24**, trigger tail **25**A, and trigger **27**, trigger nose **24** for receiving trigger notch **49** in the cocked position of hammer **40** and the set position of trigger body **23** and for releasing trigger nose **24** when trigger body **23** is moved a travel distance from the set position to a fired position, disconnector **30** (shown in FIGS. **1-14**), coupled between hammer **40** and trigger body **23**, and selector **70** movable between a first position as in FIGS. **17** and **18**, which corresponds to the semi-automatic mode of fire or operation, and a second position as in FIGS. **19** and **20**, which corresponds to the assisted-reset semi-automatic mode of fire or operation, for adjusting the travel distance of trigger body **23** from the set position to the fired position and from the fired position back to the set position. Selector **70** has stop **78**A aligned with notch **25** of tail **25**A of trigger body **23** in the first position of selector **70** as in FIGS. **17** and **18**, and stop **78**B aligned with notch **25** of tail **25**A of trigger body **23** in the second position of selector **70** as in FIGS. **19** and **20**. Stop **78**A is separated from tail **25**A, specifically notch **25** of tail **25**A, of trigger body **23** distance D1 in the set position of trigger body **23** in the first position of the selector **70** as in FIGS. **17** and **18**. Stop **78**B is separated from tail **25**A, specifically notch **25** of tail **25**A, of trigger body **23** distance D2 in the set position of trigger body **23** in the second position of selector **70** as in FIGS. **19** and **20**. In the first position of selector **70** and the fired position of trigger body **23** as in FIG. **18**, distance D1 of FIG. **17** between stop **78**A and tail **25**A, specifically notch **25** of tail **25**A, of trigger body **23** is closed and tail **25**A, specifically notch **25** of tail **25**A, contacts stop **78**A, and movement of trigger body **23** in a direction from the set position to the fired position is arrested by tail **25**A, specifically notch **25** of tail **25**A, contacting **78**A. In the second position of selector **70** and the fired position of trigger body **23** as in FIG. **20**, distance D2 between stop **78**B and tail **25**A, specifically notch **25** of tail **25**A, of trigger body **23** is closed and tail **25**A, specifically notch **25** of tail **25**A, contacts stop **78**B, and movement of trigger body **23** is arrested by tail **25**A, specifically notch **25** of tail **25**A, contacting stop **78**B. Distance D2 is less than distance D1, wherein the travel distance of trigger body **23** in the second position of selector **70** as in FIGS. **19** and **20** is less than the travel distance of trigger body **23** in the first position of selector **70** as in FIGS. **17** and **18**.

The present invention is described above with reference to preferred embodiments. However, those skilled in the art will recognize that changes and modifications may be made in the described embodiments without departing from the nature and scope of the present invention. Various further changes and modifications to the embodiments herein chosen for purposes of illustration will readily occur to those skilled in the

**19**

art. To the extent that such modifications and variations do not depart from the spirit of the invention, they are intended to be included within the scope thereof.

Having fully described the invention in such clear and concise terms as to enable those skilled in the art to understand and practice the same, the invention claimed is:

**1**. A trigger mechanism, comprising:

a trigger disconnector assembly having a trigger nose, and a disconnector having a disconnector hook;

a reset lever mounted for pivotal movement between open and closed positions;

the trigger disconnector assembly mounted for pivotal movement between charged and discharged orientations, the charged orientation comprises a set position of the trigger nose and a disengaged position of the disconnector hook, and the discharged orientation comprises a released position of the trigger nose and an engaged position of the disconnector hook;

a hammer includes a striking end, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer; and

the trigger disconnector assembly is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the trigger disconnector assembly to pivot the trigger disconnector assembly from the discharged orientation to the charged orientation when the reset lever moves from the open position to the closed position, to position the trigger nose in the set position in preparation to be received by the trigger notch in the cocked position of the hammer and to position the disconnector in the disengaged position of the disconnector hook relative to the hammer disconnect notch.

**2**. The trigger mechanism according to claim **1**, further comprising a spring that keeps tension on the reset lever urging the reset lever toward the closed position.

**3**. The trigger mechanism according to claim **2**, wherein the reset lever isolates the hammer from the trigger disconnector assembly, preventing the hammer from striking the trigger disconnector assembly in the past cocked position of the hammer.

**4**. A trigger mechanism, comprising:

a trigger disconnector assembly having a trigger nose, and a disconnector having a disconnector hook and a cam surface;

a reset lever mounted for pivotal movement between open and closed positions;

the trigger disconnector assembly mounted for pivotal movement between charged and discharged orientations, the charged orientation comprises a set position of the trigger nose and a disengaged position of the disconnector hook, and the discharged orientation comprises a released position of the trigger nose and an engaged position of the disconnector hook;

a hammer includes a striking end including a striking surface and an opposed hammer tail, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a forward position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the

**20**

pivot end for receiving the trigger nose in the set position of the trigger nose and the cocked position of the hammer; and

the cam surface of the trigger disconnector assembly is in mechanical communication with the reset lever, the hammer tail of the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the cam surface to pivot the trigger disconnector assembly from the discharged orientation to the charged orientation when the reset lever moves from the open position to the closed position, to position the trigger nose in the set position in preparation to be received by the trigger notch in the cocked position of the hammer and to position the disconnector in the disengaged position of the disconnector hook relative to the hammer disconnect notch.

**5**. The trigger mechanism according to claim **4**, a spring that keeps tension on the reset lever urging the reset lever toward the closed position.

**6**. The trigger mechanism according to claim **5**, wherein the reset lever isolates the hammer from the trigger disconnector assembly, preventing the hammer from striking the trigger disconnector assembly in the past cocked position of the hammer.

**7**. The trigger mechanism according to claim **6**, wherein the hammer tail of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the cam surface and the disconnector hook.

**8**. A trigger mechanism, comprising:

a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and released positions;

a reset lever mounted for pivotal movement between open and closed positions;

a disconnector having a disconnector hook, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively;

a hammer includes a striking end, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer; and

the disconnector is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the disconnector to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position.

**9**. The trigger mechanism according to claim **8**, a spring that keeps tension on the reset lever urging the reset lever toward the closed position.

**10**. The trigger mechanism according to claim **9**, wherein the reset lever isolates the hammer from the trigger body and

US 9,146,067 B2

the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer.

11. A trigger mechanism, comprising:
a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and released positions;
a reset lever mounted for pivotal movement between open and closed positions;
a disconnector having a disconnector lever, a disconnector hook, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively;
a hammer includes a striking end, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer; and
the disconnector lever of the disconnector is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the disconnector lever to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position.

12. The trigger mechanism according to claim 11, a spring that keeps tension on the reset lever urging the reset lever toward the closed position.

13. The trigger mechanism according to claim 12, wherein the reset lever isolates the hammer from the trigger body and the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer.

14. The trigger mechanism according to claim 6, wherein the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the disconnector lever and the disconnector hook.

15. A trigger mechanism, comprising:
a trigger body having a trigger nose and a trigger pivot for pivotally coupling the trigger body to a firearm for movement of the trigger nose between set and released positions;
a reset lever mounted for pivotal movement between open and closed positions;
a disconnector having a disconnector hook, a cam surface, and a disconnector pivot pivotally coupling the disconnector to the trigger pivot for movement of the disconnector hook between disengaged and engaged positions in response to pivotal movement of the trigger body between the set and released positions of the trigger nose, respectively;
a hammer includes a striking end, a hammer disconnect notch, a pivot end pivotable about a hammer pivot between a firing position of the striking end, a cocked

position of the striking end, and a past-cocked position of the striking end, and a trigger notch formed in the pivot end for receiving the trigger nose in the cocked position of the hammer; and
the cam surface of the disconnector is in mechanical communication with the reset lever, the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer pivoting the reset lever from the open position to the closed position, the reset lever acting on the cam surface to concurrently pivot the disconnector from the engaged position of the disconnector hook to the disengaged position of the disconnector hook and the trigger body from the released position of the trigger nose to the set position of the trigger nose in preparation to be received by the trigger notch in the cocked position of the hammer when the reset lever moves from the open position to the closed position.

16. The trigger mechanism according to claim 15, a spring that keeps tension on the reset lever urging the reset lever toward the closed position.

17. The trigger mechanism according to claim 16, wherein the reset lever isolates the hammer from the trigger body and the disconnector, preventing the hammer from striking the trigger body and the disconnector in the past cocked position of the hammer.

18. The trigger mechanism according to claim 6, wherein the striking end of the hammer strikes the reset lever in the past-cocked position of the hammer at a location between the cam surface and the disconnector hook.

19. A trigger mechanism, comprising:
a trigger assembly with a hammer having a trigger notch, a trigger body has a trigger nose, a trigger tail, and a trigger, the trigger nose for receiving the trigger notch in a cocked position of the hammer and a set position of the trigger body and for releasing the trigger nose when the trigger body is moved a travel distance from the set position to a fired position, a disconnector coupled between the hammer and the trigger body, and a selector movable between a first position and a second position for adjusting the travel distance of the trigger body;
the selector has a first stop aligned with the tail of the trigger body in the first position, and a second stop aligned with the tail of the trigger body in the second position;
the first stop is separated from tail of the trigger body a first distance in the set position of the trigger body in the first position of the selector, and the second stop is separated from tail of the trigger body a second distance in the set position of the trigger body in the second position of the selector;
in the first position of the selector and the fired position of the trigger body the first distance between the first stop and the tail of the trigger body is closed and the tail contacts the first stop, and movement of the trigger body is arrested by the tail contacting the first stop;
in the second position of the selector and the fired position of the trigger body the second distance between the second stop and the tail of the trigger body is closed and the tail contacts the second stop, and movement of the trigger body is arrested by the tail contacting the second stop; and
the second distance is less than the first distance, wherein the travel distance of the trigger body in the second position of the selector is less than the travel distance of the trigger body in the first position of the selector.

* * * * *