# EXHIBIT T

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6146769

| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| --- | --- |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
| --- | --- |
| WOLF TACTICAL, LLC | 05/07/2020 |

**RECEIVING PARTY DATA**

| | |
| --- | --- |
| **Name:** | RARE BREED TRIGGERS, LLC |
| **Street Address:** | 733 WEST COLONIAL DRIVE |
| **City:** | ORLANDO |
| **State/Country:** | FLORIDA |
| **Postal Code:** | 32804 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
| --- | --- |
| Patent Number: | 10514223 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
| --- | --- |
| **Phone:** | 5127409472 |
| **Email:** | cooper@atxwolf.com |
| **Correspondent Name:** | JEFFREY COOPER ROUNDS |
| **Address Line 1:** | 1955 FM 2001 STE 600 |
| **Address Line 4:** | BUDA, TEXAS 78610 |

| **NAME OF SUBMITTER:** | JEFFREY COOPER ROUNDS |
| --- | --- |
| **SIGNATURE:** | /Jeffrey Cooper Rounds/ |
| **DATE SIGNED:** | 06/10/2020 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

**Total Attachments: 1**
source=HRT Assignment B&W#page1.tif

# INTELLECTUAL PROPERTY ASSIGNMENT OF RIGHTS

Wolf Tactical, LLC, a Texas Limited Liability Company of United States of America, having place of business at 1955 FM 2001 #600, Buda, Texas 78610 (herein referred to as the "Assignor"), is owner of U.S. Patent Number 10514223, dated December 24, 2019, titled Firearm Trigger Mechanism (herein referred to as the "Patent"). Rare Breed Triggers, LLC, a Florida Limited Liability Company of United States of America (herein referred to as the "Assignee") desires to acquire rights in and to the Patent.

Therefore, for good and valuable consideration, the receipt and sufficiency thereof being hereby acknowledged, Assignor hereby sells or has sold, assigns or has assigned, and otherwise transfers or has transferred 100% (One Hundred Percent) of its right, title, and interest in the invention and Patent to Assignee for the entire term of the Patent and any reissues or extensions and for the entire terms of any patents, reissues, or extensions that may issue from foreign applications, divisions, continuations in whole or part, or substitute applications filed claiming the benefit of the Patent. This assignment also includes any past, present, and future claims for infringement.

The right, title, and interest conveyed in this Assignment is to be held and enjoyed by Assignee and Assignee's successors as fully and exclusively as it would have been held and enjoyed by Assignor had this assignment not been made.

Assignor further agrees to: (a) execute, verify, acknowledge and deliver all such papers, including patent applications and instruments of transfer; and (b) perform such other acts as Assignee lawfully may request to obtain or maintain the Patent and any and all applications and registrations for the invention in any and all countries.

Assignor:

_Jeffrey Cooper Rounds_ (signature)

Jeffrey Cooper Rounds
Managing Member for Wolf Tactical LLC

Date:  May 7, 2020

On this __4th__ day of June 2020, before me, ___Trinity Tristan___, the undersigned Notary Public, personally appeared Jeffrey Cooper Rounds, ASSIGNOR, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same.

WITNESS my hand and official seal in Hays County of Texas on the date set forth in this certificate.

_____

Notary Public



Page **1** of **1**

RECORDED: 06/10/2020

**PATENT**
**REEL: 052893 FRAME: 0733**