# EXHIBIT U

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  Assignment ID: PATI995399
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| Rare Breed Triggers, LLC | 12/08/2020 |

**RECEIVING PARTY DATA**

| Company Name: | ABC IP, LLC |
|---|---|
| Street Address: | 8 The Green, Suite A |
| City: | Dover |
| State/Country: | DELAWARE |
| Postal Code: | 19901 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 10514223 |

**CORRESPONDENCE DATA**

| Fax Number: | 5132416234 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 5132412324 |
|---|---|
| Email: | gbellamy@whe-law.com,jwalker@whe-law.com |
| Correspondent Name: | Glenn D. Bellamy |
| Address Line 1: | Wood Herron & Evans, LLP |
| Address Line 2: | 600 Vine Street, Suite 2800 |
| Address Line 4: | Cincinnati, OHIO 45202 |

| ATTORNEY DOCKET NUMBER: | RARETRG-13US |
|---|---|
| NAME OF SUBMITTER: | Jane Walker |
| SIGNATURE: | /Jane Walker/ |
| DATE SIGNED: | 05/02/2025 |

**Total Attachments: 1**
source=Intellectual Property Sale Agreement to ABC IP - Executed#page1.tiff

# INTELLECTUAL PROPERTY SALE AGREEMENT

This Intellectual Property Sale Agreement (the "Agreement") is made and effective as of December 8, 2020 (the "Effective Date") by and between Rare Breed Triggers, LLC, a Florida Limited Liability Company, having place of business at 733 W Colonial Dr, Orlando, FL 32804 (herein referred to as the "Assignor"), and ABC IP, LLC, a Delaware Limited Liability Company (herein referred to as the "Assignee").

WHEREAS:

    1. The Assignor desires to transfer to the Assignee all of its right, title, and interest in and to U.S. Patent Number 10514223, dated December 24, 2019, titled Firearm Trigger Mechanism (herein referred to as the "Intellectual Property")

    2. The Assignee desires to acquire all of the Assignor's right, title, and interest in and to the Intellectual Property; and

    3. Each Party is duly authorized and capable of entering into this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and premises set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

**TRANSFER OF INTELLECTUAL PROPERTY**.
Effective as of the Effective Date, the Assignor sells, transfers, conveys, assigns, and delivers to the Assignee, and the Assignee accepts and assumes all right, title, and interest of the Assignor in and to the Intellectual Property.

**CONSIDERATION**.
For $10.00 and other good and valuable consideration, the receipt and sufficiency of which are hereby mutually acknowledged.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first above written.

Assignor:

*DocuSigned by:*
*Lawrence DeMonico*
1478B9F9E13A423...
Lawrence A. DeMonico
Managing Member for Rare Breed Triggers, LLC
Date: December 8, 2020

Assignee:

*DocuSigned by:*
*Cole Leleux*
969EAC8E024D436...
Cole Leleux
Managing Member for ABC IP, LLC
Date: December 8, 2020