# EXHIBIT V

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT7603761

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| MLADEN THOMAS STRBAC | 10/21/2022 |

### RECEIVING PARTY DATA

| Name: | ABC IP, LLC |
|---|---|
| Street Address: | 8 THE GREEN, SUITE A |
| City: | DOVER |
| State/Country: | DELAWARE |
| Postal Code: | 19901 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 18048572 |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Email: | jwalker@whe-law.com |
|---|---|
| Correspondent Name: | WAYNE L. JACOBS |
| Address Line 1: | WOOD, HERRON & EVANS, LLP |
| Address Line 2: | 600 VINE STREET, SUITE 2800 |
| Address Line 4: | CINCINNATI, OHIO 45202 |

| ATTORNEY DOCKET NUMBER: | RARETRG-14US |
|---|---|
| NAME OF SUBMITTER: | WAYNE L. JACOBS |
| SIGNATURE: | /Wayne L. Jacobs/ |
| DATE SIGNED: | 10/21/2022 |

Total Attachments: 2  
source=RARETRG-14US_Executed_Dec-Assign#page1.tif  
source=RARETRG-14US_Executed_Dec-Assign#page2.tif

Attorney Docket No. RARETRG 14US

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN PATENT APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76) AND ASSIGNMENT

Title of Invention: FIREARM TRIGGER MECHANISM

As the below named inventor, I hereby declare that:

This Declaration is directed to:

[x] The attached application

OR

[ ] United States Application Number or PCT International Application Number _____ filed on _____ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the above-identified application.

I have reviewed and understand the contents of the above-identified application, including the claims.

I am aware of the duty to disclose to the United States Patent and Trademark Office all information known to me to be material to patentability as defined in 37 C.F.R. § 1.56.

Whereas, the undersigned inventor(s) has/have made certain inventions, improvements and discoveries (herein referred to as the "Invention") disclosed in the above-identified patent application;

Whereas, ABC IP, LLC, a Limited Liability Company of Delaware, having a place of business at 8 The Green, Suite A, Dover, Delaware 19901 (herein referred to as the "ASSIGNEE"), desires to acquire, and each undersigned inventor desires to grant to the ASSIGNEE, the entire worldwide right, title, and interest in and to the Invention and in and to any and all patent applications and patents directed thereto;

Now, therefore, for good and valuable consideration, the receipt and sufficiency thereof being hereby acknowledged, each undersigned inventor ("ASSIGNOR") hereby sells or has sold, assigns or has assigned, and otherwise transfers or has transferred to the ASSIGNEE, its successors, legal representatives, and assigns, the entire worldwide right, title, and interest in and to the Invention, the above-identified United States patent application, and any and all other patent applications and patents for the Invention which may be applied for or granted therefor in the United States and in all foreign countries and jurisdictions, including all divisions, continuations, reissues, reexaminations, renewals, extensions, counterparts, substitutes, and extensions thereof, and all rights of priority resulting from the filing of such applications and granting of such patents. In addition, each undersigned inventor hereby authorizes and requests the Director of the United States Patent and Trademark Office to issue any United States Patent, and foreign patent authorities to issue any foreign patent, granted for the Invention, to the

Page 1 of 2

Attorney Docket No. RARETRG.14US

ASSIGNEE, its successors, legal representatives, and assigns, the entire worldwide right, title, and interest in and to the same to be held and enjoyed by the ASSIGNEE, its successors, legal representatives, and assigns to the full end of the terms for which any and all such patents may be granted, as fully and entirely as would have been held and enjoyed by the undersigned had this Assignment not been made; and each undersigned inventor agrees to execute any and all documents and instruments and perform all lawful acts reasonably related to recording this Assignment or perfecting title to the invention and all related patents and applications, in the ASSIGNEE, its successors, legal representatives, and assigns, whenever requested by the ASSIGNEE, its successors, legal representatives, or assigns.

Each undersigned inventor acknowledges their prior and ongoing obligations to sell, assign, and transfer the rights under this Assignment to the ASSIGNEE and is unaware of any reason why they may not have the full and unencumbered right to sell, assign, and transfer the rights hereby sold, assigned, and transferred, and has not executed, and will not execute, any document or instrument in conflict herewith. Each undersigned inventor also hereby grants the ASSIGNEE, its successors, legal representatives, and assigns, the right to insert in this Assignment any further identification (including, but not limited to, patent Application Number) which may be necessary or desirable for recordation of this Assignment. This Assignment is governed by the substantive laws of Delaware, and any disputes will be resolved in a court sited in Delaware.

I hereby acknowledge that any willful false statement made in this Declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

| | |
|---|---|
| Legal name of inventor: | Mladen Thomas Strbac |
| Inventor's Signature: | *(signed)* Date: 10/21/22 |
| Residence City/State/Country: | Cleveland, OH, United States of America |
| Mailing Address: | 8 The Green, Suite A, Dover, Delaware 19901 |
| Citizenship: | US |

Page 2 of 2