Jeffrey S. Pope (Wyo. State Bar # 7-4859)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Phone: (307) 778-4200
jspope@hollandhart.com

Andrew Orr (Wyo. Stat Bar # 7-6235)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Phone: (307) 739-9741
acorr@hollandhart.com

Timothy Getzoff, *pro hac vice* forthcoming
Randy Roeser, pro hac vice forthcoming
HOLLAND & HART LLP
1800 Broadway Suite 300
Boulder, CO 80302
Phone: (303)-473-2700
tgetzoff@hollandhart.com
jrroeser@hollandhart.com

Paul Sawnson, *pro hac vice* forthcoming
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8000
pdswanson@hollandhart.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:26-cv-00018 - KHR |
| PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE OF JEFFREY S. POPE

Jeffrey S. Pope, with the law firm of Holland & Hart LLP, hereby enters his appearance as counsel for Defendants in the above-entitled matter.

DATED: January 20, 2026.

HOLLAND & HART LLP

/s/ Jeffrey S. Pope
Jeffrey S. Pope (Wyo. State Bar # 7-4859)
2020 Carey Avenue, Suite 800
Cheyenne, WY 82001
Phone: (307) 778-4200
jspope@hollandhart.com

Andrew Orr (Wyo. Stat Bar # 7-6235)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Phone: (307) 739-9741
acorr@hollandhart.com

Timothy Getzoff, *pro hac vice* forthcoming
Randy Roeser, pro hac vice forthcoming
HOLLAND & HART LLP
1800 Broadway Suite 300
Boulder, CO 80302
Phone: (303)-473-2700
tgetzoff@hollandhart.com
jrroeser@hollandhart.com

Paul Sawnson, *pro hac vice* forthcoming
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8000
pdswanson@hollandhart.com

ATTORNEYS FOR DEFENDANTS