IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
10:22 am, 1/20/26
Margaret Botkins
Clerk of Court

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON, an individual,<br><br>    Defendants. | Case No. 26-CV-18-KHR |

### ORDER SETTING HEARING AND BRIEFING SCHEDULE

Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction in connection with their Complaint. [ECF No. 6]. In response to the Motion, **the Court Orders**:

Plaintiffs to serve Defendants with the Complaint and Motion for Temporary Restraining Order and Preliminary Injunction on or before January 23, 2026.

Defendants to file a written response to the Motion no later than January 30, 2026. The Response shall comply with Local Rule 7.1(b)(2).

The Court further sets a hearing on February 4, 2026, at 10:00 a.m. in Cheyenne Wyoming to hear oral argument on Plaintiffs' request for a temporary restraining order and preliminary injunction. Counsel will appear in person and should be prepared to present any evidence or argument they may have.

Dated this 20th day of January, 2026.

_____
Kelly H. Rankin
United States District Judge