Nathan Nicholas, Wyo. Bar #7-5078
Travis W. Koch, Wyo. Bar # 7-5418
Koch Law, P.C.
P.O. Box 2660
Cheyenne, WY 82003
(307) 426-5010
(307) 426-4927 (fax)
tkoch@kochlawpc.com
nnicholas@kochlawpc.com

Matthew A. Colvin*
Carl E. Bruce*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
colvin@fr.com
bruce@fr.com

Glen Bellamy*
Wood Herron & Evans, LLP
600 Vine St., STE 2800
Cincinnati, OH 45202
(513) 707-0243
gbellamy@whe-law.com

Ben Christoff*
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
christoff@fr.com

**ATTORNEYS FOR PLAINTIFFS**
*Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, | ) ) ) ) |
| and | ) ) |
| NICHOLAS NORTON, an individual, | ) ) ) |
| *Defendants*. | ) ) |

Case No. 2:26-cv-00018-KHR

**JURY TRIAL DEMANDED**

## ENTRY OF APPEARANCE OF CARL E. BRUCE

Carl E. Bruce, with the law firm of Fish & Richardson LLP, hereby enters his appearance as counsel for Plaintiffs in the above-entitled matter.

Dated: January 30, 2026                              Respectfully Submitted,


By:    /s/ Carl E. Bruce
      Matthew A. Colvin*
      Carl E. Bruce*
      **FISH & RICHARDSON P.C.**
      1717 Main Street, Suite 5000
      Dallas, Texas 75201
      Telephone: (214) 747-5070
      colvin@fr.com
      bruce@fr.com

      Nathan Nicholas, Wyo. Bar #7-5078
      Travis W. Koch, Wyo. Bar #7-5418
      **KOCH LAW, P.C.**
      P.O. Box 2660
      Cheyenne, WY 82003
      (307) 426-5010
      (307) 426-4927
      tkoch@kochlawpc.com
      nnicholas@kochlawpc.com

      Ben Christoff*
      **FISH & RICHARDSON P.C.**
      1000 Maine Avenue SW, Suite 1000
      Washington, DC 20024
      Telephone: (202) 783-5070
      christoff@fr.com

      Glen Bellamy*
      **Wood Herron & Evans, LLP**
      600 Vine St., STE 2800
      Cincinnati, OH 45202
      (513) 707-0243
      gbellamy@whe-law.com

      ***Pro Hac Vice***

      *Attorneys for Plaintiffs*
      *Rare Breed Triggers and*
      *ABC IP, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electric filing to all counsel of record.

/s/ Carl E. Bruce
Carl E. Bruce