# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

4:44 pm, 2/4/26

**Margaret Botkins**
**Clerk of Court**

ABC IP LLC and
RARE BREED TRIGGERS INC

    Plaintiff,

vs.

PEAK TACTICAL LLC et al

    Defendant.

Case Number: 26-CV-18-KHR

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Feb 4, 2026　　Time: 9:08 - 10:54 AM
　　　　　　　　　　　　　　　　11:07 AM - 12:28 PM
　　　　　　　　　　　　　　　　12:41 - 1:13 PM

| Kelly H. Rankin | MiYon Bowden | Jan Davis | John Conder |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)　　Nathan Nicholas, Carl Bruce, Matt Colvin, Travis Koch

Attorney(s) for Defendant(s)　　Jeffrey Pope, Timothy Getzoff, Paul Swanson

Witness(es) for Plaintiff(s)　　Lawrence Demonico, Brian Luettke, Samir Warty

Witness(es) for Defendant(s)　　Ben Woods, Michael Stakes

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 6 | Preliminary Injunction | Under Advisement |
| Plaintiff | 6 | Temporary Restraining Order | Under Advisement |

☐ Briefs to be filed on or before　　　　by
　　　　　　　　　　　　　　　　　　　　　by

☐ Order to be prepared by　☐ Court　☐ Attorney

Other:
The Court heard arguments from parties regarding the motions for preliminary injunction and temporary restraining order.

Plaintiff's Exhibits 1 and 3 admitted.
Defendant's Exhibits A and B admitted (video files to be provided to the Court via thumb drive).

The Court will take both motions under advisement.