## Fig. 8C of '003/'336/'807 Patents

## FRT-15L3

## Disruptor







EXHIBIT 3

# Apart from cosmetic housing changes, the Disruptor copies the FRT-15L3™

