Jeffrey S. Pope (Wyo. State Bar #7-4859)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Phone: 307.778.4200
jspope@hollandhart.com

Andrew Orr (Wyo. State Bar #7-6235)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Phone: 307.739.9741
acorr@hollandhart.com

Timothy Getzoff (admitted *pro hac vice*)
Randy Roeser (admitted *pro hac vice*)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Phone: 303.473.2700
tgetzoff@hollandhart.com
jrroeser@hollandhart.com

Paul Swanson (admitted *pro hac vice*)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: 303.295.8000
pdswanson@hollandhart.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas Corporation,<br><br>　　Plaintiffs,<br><br>vs.<br><br>PEAK TACTICAL, LLC, d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, and NICHOLAS NORTON, an individual,<br><br>　　Defendants. | Civil Action No. 2:26-cv-00018-KHR |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Peak Tactical, LLC ("Peak") discloses that it is a Wyoming LLC owned 51% by the Wyoming company QOX Consulting, LLC. No publicly held corporation has an ownership interest in Peak.

Dated: February 13, 2026.

/s/ Jeffrey S. Pope
Jeffrey S. Pope (Wyo. State Bar #7-4859)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Phone: 307.778.4200
jspope@hollandhart.com

Andrew Orr (Wyo. State Bar #7-6235)
HOLLAND & HART LLP
P.O. Box 68
Jackson, WY 83001
Phone: 307.739.9741
acorr@hollandhart.com

Paul Swanson (pro hac vice)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone: 303.295.8000
pdswanson@hollandhart.com

Timothy Getzoff (pro hac vice)
Randy Roeser (pro hac vice)
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Phone: 303.473.2700
tgetzoff@hollandhart.com
jrroeser@hollandhart.com

*Attorneys for Defendants*