Nathan Nicholas, Wyo. Bar #7-5078
Travis W. Koch, Wyo. Bar # 7-5418
Koch Law, P.C.
P.O. Box 2660
Cheyenne, WY 82003
(307) 426-5010
(307) 426-4927 (fax)
tkoch@kochlawpc.com
nnicholas@kochlawpc.com

Matthew A. Colvin*
Carl E. Bruce*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
colvin@fr.com
bruce@fr.com

Glenn Bellamy*
Wood Herron & Evans, LLP
600 Vine St., STE 2800
Cincinnati, OH 45202
(513) 707-0243
gbellamy@whe-law.com

Ben Christoff*
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
christoff@fr.com

**ATTORNEYS FOR PLAINTIFFS**
*Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company,<br><br>and<br><br>NICHOLAS NORTON, an individual,<br><br>*Defendants*. | Case No. 2:26-cv-00018-KHR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE RE MULTIDISTRICT LITIGATION FILING

Pursuant to United States Judicial Panel on Multidistrict Litigation Rule of Procedure 4.1, Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively "Plaintiffs") hereby provide notice regarding MDL proceedings pertinent to this case. *See In re: Super Safety Patent Litigation*, MDL No. 3176.

1. On December 23, 2025, defendants in related actions ("Movants") filed a Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Motion") before the Judicial Panel on Multidistrict Litigation ("Panel").

2. On January 13, 2026, Plaintiffs filed a Response to Defendants' Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Response") before the Panel.

3. On January 20, 2026, Movants filed a Reply in Support of Their Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Reply") before the Panel.

4. On January 30, 2026, The Partisan Network, which includes Defendant Peak Tactical, LLC, filed an Interested Party Response to Motion to Transfer for Coordinated or Consolidated Pretrial Proceedings Under 28 U.S. C. § 1407 ("Partisan Response") before the panel.

5. On February 6, 2026, Plaintiffs filed a Notice of Potential Tag-Along Actions before the panel.

Copies of the MDL Motion, MDL Response, MDL Reply, all attachments, Partisan's Response, and Plaintiffs' Notice of Potential Tag-Alongs are attached hereto.

Dated: February 14, 2026                           Respectfully Submitted,

By:   */s/ Matthew A. Colvin*
Nathan Nicholas, Wyo. Bar #7-5078
Travis W. Koch, Wyo. Bar #7-5418
**KOCH LAW, P.C.**
P.O. Box 2660
Cheyenne, WY 82003
(307) 426-5010
(307) 426-4927
tkoch@kochlawpc.com
nnicholas@kochlawpc.com

Ben Christoff*
**FISH & RICHARDSON P.C.**
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
christoff@fr.com

Matthew A. Colvin*
Carl Bruce*
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
colvin@fr.com
bruce@fr.com

Glenn Bellamy*
**Wood Herron & Evans, LLP**
600 Vine St., STE 2800
Cincinnati, OH 45202
(513) 707-0243
gbellamy@whe-law.com

*\*Pro Hac Vice*

*Attorneys for Plaintiffs
Rare Breed Triggers and
ABC IP, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electric filing to all counsel of record.

/s/ *Matthew A. Colvin*
Matthew A. Colvin