# Attachment Part 5

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Super Safety Patent Litigations | MDL No. 3176 |

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. write to notify the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached as Exhibits 1-9.

Dated: February 6, 2026

Respectfully submitted,

By: /s/ Glenn D. Bellamy
Glenn D. Bellamy
Ohio Bar No. 00700321
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
Tel: (513) 707-0243
E-mail: gbellamy@whe-law.com

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
E-mail: colvin@fr.com
       bruce@fr.com

Ben Christoff
FISH & RICHARDSON P.C.
1000 Maine Ave, SW, Suite 100
Washington, DC 20024
(202) 783-5070
E-mail: christoff@fr.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| In re: Super Safety Patent Litigation | MDL No. 3176 |
|---|---|

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | Asserted Patents | Accused Product(s) | District | Civil Action No. | Judge |
|---|---|---|---|---|---|---|---|
| 1 | ABC IP, LLC; Rare Breed Triggers, Inc. | PistolCap Limited Company, d/b/a, Frisco Guns; Mordekhai Harroch | U.S. Patent Nos. 12,038,247; 12,031,784 | Atrius Forced Reset Selector | E.D. Texas – Marshall Div. | 2:26-cv-00053 | Judge Rodney Gilstrap |
| 2 | ABC IP, LLC; Rare Breed Triggers, Inc. | Hush Distribution, LLC | U.S. Patent Nos. 12,038,247; 12,031,784 | Super Safety | E.D. Texas – Marshall Div. | 2:26-cv-00054 | Judge Rodney Gilstrap |
| 3 | ABC IP, LLC; Rare Breed Triggers, Inc. | ProSource Firearms, LLC | U.S. Patent Nos. 12,038,247; 12,031,784 | Atrius Forced Reset Selector; Super Safety | E.D. Texas – Marshall Div. | 2:26-cv-00055 | Judge Rodney Gilstrap |
| 4 | ABC IP, LLC; Rare Breed Triggers, Inc. | Mister Guns, LLC; Thomas Carter II; Brandi Carter | U.S. Patent Nos. 12,038,247; 12,031,784 | Atrius Forced Reset Selector | E.D. Texas – Marshall Div. | 2:26-cv-00056 | Judge Rodney Gilstrap |
| 5 | ABC IP, LLC; Rare Breed Triggers, Inc. | Superior Firearms of Texas, LLC | U.S. Patent Nos. 12,038,247; 12,031,784 | Atrius Forced Reset Selector | E.D. Texas – Marshall Div. | 2:26-cv-00058 | Judge Rodney Gilstrap |
| 6 | ABC IP, LLC; Rare Breed Triggers, Inc. | Peak Tactical LLC, d/b/a/, Partisan Triggers; Nicholas Norton | U.S. Patent Nos. 10,514,223; 11,724,003; 12,036,336; 12,274,807 | Partisan Disruptor | D. Wyoming | 2:26-cv-00018 | Judge Kelly Rankin |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | ABC IP, LLC; Rare Breed Triggers, Inc. | Optics Planet, Inc., d/b/a, OpticsPlanet | U.S. Patent Nos. 12,038,247; 12,031,784; 10,514,223; 11,724,003; 12,036,336; 12,274,807 | Atrius Forced Reset Selector; Partisan Disruptor | N.D. Ill. – Eastern Div. | 1:26-cv-01072 | Judge Sharon Coleman |
| 8 | ABC IP, LLC; Rare Breed Triggers, Inc. | HK Parts Inc. | U.S. Patent Nos. 12,038,247; 12,031,784 | Atrius Forced Reset Selector; ARC-Fire | D. Utah | 2:26-cv-00090 | Judge Howard Nielson, Jr. |
| 9 | ABC IP, LLC; Rare Breed Triggers, Inc. | Orion Arms Corp, d/b/a Orion Wholesale | U.S. Patent Nos. 12,038,247; 12,031,784 | Atrius Forced Reset Selector | S.D. Ind. – New Albany Div. | 4:26-cv-00032 | Judge Sarah Evans Barker |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Super Safety Patent Litigations | MDL No. 3176 |

**PROOF OF SERVICE**

I hereby certify that on February 6, 2026, I caused a true and correct copy of the foregoing

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS** for:

*ABC IP, LLC, and Rare Breed Triggers, Inc. v. PistolCap Limited Company, d/b/a, Frisco Guns; Mordekhai Harroch,* Civil Action No. 2:26-CV-00053 (copy of the COMPLAINT and docket sheet attached as Exhibit 1)

*ABC IP, LLC, and Rare Breed Triggers, Inc. v. Hush Distribution, LLC,* Civil Action No. 2:26-CV-00054 (copy of the COMPLAINT and docket sheet attached as Exhibit 2)

*ABC IP, LLC;Rare Breed Triggers, Inc. v. ProSource Firearms, LLC,* Civil Action No. 2:26-CV-00055 (copy of the COMPLAINT and docket sheet attached as Exhibit 3)

*ABC IP, LLC, and Rare Breed Triggers, Inc. v. Mister Guns, LLC; Thomas Carter II; Brandi Carter,* Civil Action No. 2:26-CV-00056 (copy of the COMPLAINT and docket sheet attached as Exhibit 4)

*ABC IP, LLC, and Rare Breed Triggers, Inc. v. Superior Firearms of Texas, LLC,* Civil Action No. 2:26-CV-00058 (copy of the COMPLAINT and docket sheet attached as Exhibit 5)

*ABC IP, LLC, and Rare Breed Triggers, Inc. v. Peak Tactical LLC, d/b/a/, Partisan Triggers; Nicholas Norton*, Civil Action No. 2:26-CV-00018 (copy of the COMPLAINT and docket sheet attached as Exhibit 6)

*ABC IP, LLC, and Rare Breed Triggers, Inc. v. Optics Planet, Inc., d/b/a, OpticsPlanet,* Civil Action No. 1:26-CV-01072 (copy of the COMPLAINT and docket sheet attached as Exhibit 7)

*ABC IP, LLC, and Rare Breed Triggers, Inc. v. HK Parts Inc.,* Civil Action No. 2:26-cv-00090 (copy of the COMPLAINT and docket sheet attached as Exhibit 8)

*ABC IP, LLC and Rare Breed Triggers, Inc. v. Orion Arms Corp, d/b/a, Orion Wholesale,* Civil Action No. 4:26-CV-00032 (copy the COMPLAINT and docket sheet attached Exhibit 9)

to be served upon counsel of record via the Multidistrict Litigation CM/ECF Notice of Electronic Filing system.

1

I also served the following Counsel on the attached service list via e-mail if an email address is indicated or U.S. Mail if no e-mail address is indicated.

Dated:  February 6, 2026                    Respectfully submitted,

By:  /s/ Glen D. Bellamy
Glenn D. Bellamy
Ohio Bar No. 00700321
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati OH 45202
Tel: (513) 707-0243
E-mail: gbellamy@whe-law.com

Matthew A. Colvin
Texas Bar No. 24087331
Carl E. Bruce
Texas Bar No. 24036278
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
E-mail: colvin@fr.com
            bruce@fr.com

Ben Christoff
FISH & RICHARDSON P.C.
DC Bar No. 1025635
1000 Maine Ave, SW, Suite 100
Washington, DC 20024
(202) 783-5070
E-mail: christoff@fr.com

*Attorneys for Plaintiffs*
*ABC IP, LLC and Rare Breed Triggers, Inc.*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Super Safety Patent Litigations | MDL No. 3176 |

**SERVICE LIST**

Service via JPML CM/ECF Notification <u>and</u> Email or U.S. Mail, as indicated, to the following:

| | |
|---|---|
| ***Counsel for Movants/Defendants/Counter Claimants: 80Mills LLC d/b/a Tactical Titan Supply; Pearson Gardner; DNT LLC d/b/a Deez Nutz Tactical; Zach Morrow; Z3 Productions LLC d/b/a Z3 PRO; Harrison Gunworks LLC; Tyler Harrison; Hanes Tactical LLC; Damion Terrell Bennett; and Steven Thanh Nguyen d/b/a Polymer Pew***<br><br>John M. Skeriotis (Ohio Bar # 0069263)<br>Sergey Vernyuk (Ohio Bar # 0089101)<br>1914 Akron-Peninsula Rd.<br>Akron, Ohio 44313<br>(330) 434-9999 – Telephone<br>(330) 434-8888 – Facsimile | jms@etblaw.com<br>sv@etblaw.com |
| ***Defendants PistolCap Limited Company, d/b/a, Frisco Guns; Mordekhai Harroch***<br><br>No counsel of record | Mordekhai Harroch<br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS<br>4233 E. Crescent Way<br>Frisco, Texas 75034-6234 |
| ***Defendant Hush Distribution, LLC***<br><br>No counsel of record | HUSH DISTRIBUTION, LLC<br>305 W. Spring Creek Parkway<br>Suite 400B<br>Plano, Texas 75023 |
| ***Defendant ProSource Firearms, LLC***<br><br>No counsel of record | PROSOURCE FIREARMS<br>110 N. Main Street<br>Farmersville, TX 75442 |
| ***Defendants Mister Guns, LLC; Thomas Carter II; Brandi Carter***<br><br>No counsel of record | Thomas Carter II<br>Brandi Carter<br>MISTER GUNS, LLC<br>2540 E Plano Pkwy<br>Ste 188 |

3

| | |
|---|---|
| | Plano, TX  75074 |
| ***Defendant Superior Firearms of Texas, LLC***<br><br>No counsel of record | SUPERIOR FIREARMS OF TEXAS<br>4572 S Broadway Ave.<br>Tyler, TX 75703 |
| ***Counsel for Defendants Peak Tactical LLC, d/b/a/, Partisan Triggers; Nicholas Norton***<br><br>Jeffrey S. Pope<br>HOLLAND & HART LLP<br>2020 Carey Avenue, Suite 800<br>P.O. Box 1347<br>Cheyenne, WY 82003-1347<br>Phone: 307.778.4200<br><br>Andrew Orr<br>HOLLAND & HART LLP<br>P.O. Box 68<br>Jackson, WY 83001<br>Phone: 307.739.9741<br><br>Timothy Getzoff<br>Randy Roeser<br>HOLLAND & HART LLP<br>1800 Broadway, Suite 300<br>Boulder, CO 80302<br>Phone: 303.473.2700<br><br>Paul Swanson (admitted *pro hac vice*)<br>HOLLAND & HART LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202<br>Phone: 303.295.8000 | **jspope@hollandhart.com**<br>**acorr@hollandhart.com**<br>**tgetzoff@hollandhart.com**<br>**jrroeser@hollandhart.com**<br>**pdswanson@hollandhart.com** |
| ***Defendants Optics Planet, Inc., d/b/a, OpticsPlanet***<br><br>No counsel of record | OPTICS PLANET, INC., d/b/a, OPTICSPLANET<br>3150 Commercial Ave.<br>Northbrook, IL 60062 |
| ***Defendant HK Parts Inc.***<br><br>No counsel of record | HK PARTS INC.<br>138 E 12300 S Suite C #240<br>Draper, Utah 84020 |
| ***Defendants Orion Arms Corp d/b/a Orion Wholesale***<br><br>No counsel of record | ORION ARMS CORP D/B/A ORION WHOLESALE<br>3013 Utica Sellersburg Rd.<br>Jeffersonville, IN 47130 |