Nathan Nicholas, Wyo. Bar #7-5078
Travis W. Koch, Wyo. Bar # 7-5418
Koch Law, P.C.
P.O. Box 2660
Cheyenne, WY 82003
(307) 426-5010
(307) 426-4927 (fax)
tkoch@kochlawpc.com
nnicholas@kochlawpc.com

Glenn D. Bellamy*
Wood Herron & Evans, LLP
600 Vine St., STE 2800
Cincinnati, OH 45202
(513) 707-0243
gbellamy@whe-law.com

Matthew A. Colvin*
Carl E. Bruce*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
colvin@fr.com
bruce@fr.com

Ben Christoff*
FISH & RICHARDSON P.C.
1000 Maine Avenue SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
christoff@fr.com

**ATTORNEYS FOR PLAINTIFFS**
*Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, <br><br> *Plaintiffs*, <br><br> v. <br><br> PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, <br><br> and <br><br> NICHOLAS NORTON, an individual, <br><br> *Defendants*. | Case No. 2:26-cv-00018-KHR <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

Plaintiffs ABC IP, LLC ("ABC") and Rare Breed Triggers, Inc. ("RBT") (collectively, "Plaintiffs"), through undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 26(d)(1) and Local Rule 26.1(a) for entry of an order granting expedited discovery.

This Motion is based on the Memorandum in Support filed concurrently herewith, the exhibits and appendices attached thereto, any additional materials that Plaintiffs may file in support of this Motion before or at any hearing on the Motion, and any oral argument requested by this Court.

Pursuant to Local Rule 7.1(b)(1)(A), undersigned counsel conferred with counsel for Defendants on February 19 and 20, 2026, regarding the relief sought in this Motion. Specifically, undersigned counsel emailed counsel for Defendants on February 19, 2026, outlining the scope and timing of the proposed expedited discovery. The parties met and conferred telephonically on February 20, 2026. The parties were unable to reach an agreement despite good-faith efforts to resolve the dispute.

Dated: February 20, 2026                    Respectfully Submitted,

                                 By:    */s/ Matthew A. Colvin*
                                          Nathan Nicholas, Wyo. Bar #7-5078
                                          Travis W. Koch, Wyo. Bar #7-5418
                                          **KOCH LAW, P.C.**
                                          P.O. Box 2660
                                          Cheyenne, WY 82003
                                          (307) 426-5010
                                          (307) 426-4927
                                          tkoch@kochlawpc.com
                                          nnicholas@kochlawpc.com

                                          Ben Christoff*
                                          **FISH & RICHARDSON P.C.**
                                          1000 Maine Avenue SW, Suite 1000
                                          Washington, DC 20024
                                          Telephone: (202) 783-5070
                                          christoff@fr.com

                                          Matthew A. Colvin*
                                          Carl Bruce*
                                          **FISH & RICHARDSON P.C.**
                                          1717 Main Street, Suite 5000
                                          Dallas, Texas 75201
                                          Telephone: (214) 747-5070
                                          colvin@fr.com
                                          bruce@fr.com

                                          Glenn D. Bellamy*
                                          **WOOD HERRON & EVANS, LLP**
                                          600 Vine St., STE 2800
                                          Cincinnati, OH 45202
                                          (513) 707-0243
                                          gbellamy@whe-law.com

                                          ***Pro Hac Vice***

                                          ***Attorneys for Plaintiffs***
                                          ***Rare Breed Triggers and***
                                          ***ABC IP, LLC***

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 20, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electric filing to all counsel of record.

*/s/ Matthew A. Colvin*
Matthew A. Colvin

3