# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company,<br><br>and<br><br>NICHOLAS NORTON, an individual,<br><br>*Defendants*. | Case No. 2:26-cv-00018-KHR |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s (collectively, "Plaintiffs") Motion for Expedited Discovery (ECF No. __). Having considered the Motion, the supporting briefing and exhibits, and applicable law, the Court **GRANTS** Plaintiffs' Motion.

It is therefore **ORDERED** that:

1. Plaintiffs are permitted to serve their First Set of Interrogatories and First Set of Requests for Production on Defendants in the form attached as Exhibits __ and __ to Plaintiffs' Memorandum in Support of Motion for Expedited Discovery.

2. Defendants shall serve their written responses and any objections to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production no later than fifteen (15) calendar days after service of those discovery requests. The fifteen-day period shall run from the date of service.

3. Plaintiffs are permitted to depose the following witnesses on topics limited to the subjects addressed in their respective declarations, hearing testimony, and written discovery responses produced in this action: (a) John Nixon (4 hours); (b) Michael Stakes (3 hours); (c) Ben Woods (3 hours); (d) Scott Cragun (3 hours).

4. Plaintiffs are further permitted to depose a Rule 30(b)(6) designee for Defendant Peak Tactical (4 hours).

5. The time limits set forth for depositions apply to on-the-record examination time only and exclude breaks or other off-the-record discussions.

6. No later than seven (7) calendar days after entry of this Order, the parties shall meet and confer and file a joint proposed scheduling order governing completion of all expedited discovery authorized by this Order, including any deadlines not expressly set forth herein, any

2

reciprocal discovery Defendants elect to serve, depositions of Plaintiffs' witnesses, and a deadline for Plaintiffs to file any renewed motion for preliminary injunction.

7.  If the parties cannot agree on any portion of the proposed schedule, they shall file a joint submission identifying the areas of disagreement and setting forth each party's competing proposal. The Court will resolve any disputes and enter an appropriate schedule.

8.  This Order does not alter or limit either party's discovery rights under the Federal Rules of Civil Procedure once the Rule 26(f) conference occurs and a scheduling order is entered.

**SO ORDERED** this ___ day of _____, **2026**.

_____
UNITED STATES DISTRICT COURT JUDGE