# Appendix A

**APPENDIX A**
**DEPOSITIONS**

| # | Declarant | Declaration (ECF No.) | Appeared at Hearing? | Proposed Dep. Length | Proposed Topics/Scope |
|---|-----------|----------------------|---------------------|---------------------|----------------------|
| 1 | John Nixon (Technical Expert) | Yes: ECF No. 27-2 | No | 4 hours | Infringement analysis; claim construction of "substantially in-battery position"; obviousness theory and prior art analysis; missing claim charts (ECF No. 27-2, Exs. 11–14); opinions on '067 Patent and Asserted Patents. Limited to subjects addressed in the declaration. |
| 2 | Michael Stakes (Fact Witness) | Yes: ECF No. 27-3 | Yes | 3 hours | Design and engineering of the Disruptor; trigger travel measurements and methodology; relationship between Disruptor and '067 Patent; basis for "assisted reset" vs. "forced reset" opinions. Limited to subjects addressed in declaration and hearing testimony. |
| 3 | Ben Woods (Fact Witness) | Yes: ECF No. 27-4 | Yes | 3 hours | Sales projections and underlying data; insurance policies and coverage; corporate structure of Partisan entities; financial condition; dealer network and indemnification; pricing strategy. Limited to subjects addressed in declaration and hearing testimony. |
| 4 | Scott Cragun (Damages Expert) | Yes: ECF No. 27-1 | No | 3 hours | Price erosion methodology and calculations; compensability of damages; lost profits analysis; opinions on irreparable harm. Limited to subjects addressed in declaration. |
| 5 | Rule 30(b)(6) Designee | N/A | N/A | 4 hours | Insurance coverage (scope, exclusions, claims submitted); financial condition of all Partisan entities (assets, liabilities, cash positions); corporate structure and interrelationship of Peak Tactical, Dark Flame Innovations LLC, QOX Consulting, LLC, and affiliated entities; ability to satisfy a damages judgment. |