# Appendix B

# APPENDIX B
# DISCOVERY REQUESTS

| # | Topic | PI Factor(s) | Relevance | Court's Order |
|---|---|---|---|---|
| ROG 1 | '067 Patent Analysis and Trigger Travel Measurements | Likelihood of Success | Validity; False Advertising | ECF 39 at 29–31 |
| ROG 2 | Pre-Suit Investigation of Asserted Patents | Irreparable Harm | Ability to Pay (Insurance coverage for willful infringement) | ECF 39 at 32 |
| ROG 3 | Corporate Structure; Financial Condition & Interests | Irreparable Harm; Balance of Hardships | Ability to Pay; Defendants' Business-Destruction Claim | ECF 39 at 31–32 |
| ROG 4 | Insurance Policies | Irreparable Harm; Balance of Hardships | Ability to Pay; Defendants' Business-Destruction Claim | ECF 39 at 31–32 |
| ROG 5 | Sales Projections | Irreparable Harm | Lost Profits Magnitude; Market Displacement; Loss of Business Opportunities | ECF 39 at 10–13 |
| ROG 6 | Sources of Funds & Assets | Irreparable Harm; Balance of Hardships | Ability to Pay; Business-Destruction Claim | ECF No. 31–32 |
| RFP 1 | Prior Art Analysis & Invalidity Contentions | Likelihood of Success | Validity; Mr. Nixon's Missing Claim Charts | ECF 39 at 27–28 |
| RFP 2 | Disruptor Design, Engineering & Trigger Travel Measurements | Likelihood of Success | Infringement | ECF 39 at 23–25 |
| RFP 3 | Insurance Policies; Financial Statements; Tax Returns; Asset/Liability Records | Irreparable Harm; Balance of Hardships | Ability to Pay; Business-Destruction Claim | ECF 39 at 31–32 |

## APPENDIX B
## DISCOVERY REQUESTS

| # | Topic | PI Factor(s) | Relevance | Court's Order |
|---|---|---|---|---|
| **RFP 4** | Sales Records; Manufacturing Capacity | Irreparable Harm | Lost Profits Magnitude; Market Displacement; Loss of Business Opportunities | ECF 39 at 10–13 |
| **RFP 5** | Dealer Indemnification | Irreparable Harm; Balance of Hardships | Market Displacement; Business-Destruction Claim | ECF 39 at 31–32 |
| **RFP 6** | Pricing Strategy; Market Analyses | Irreparable Harm | Market Displacement; Price Erosion | ECF 39 at 11–15 |