# Exhibit 2

| | |
|---|---|
| **From:** | WYDdb_Rankin <wyojudgekhr@wyd.uscourts.gov> |
| **Sent:** | Tuesday, January 27, 2026 10:21 AM |
| **To:** | Matt Colvin; WYDdb_Rankin; Nathan Nicholas |
| **Cc:** | Travis Koch; Ben Christoff; Carl Bruce; Jeffrey Pope; Andrew Orr; Timothy Getzoff; Paul Swanson |
| **Subject:** | RE: Requested Conferral on Time Allotment for 2/4/26 Hearing 26-CV-18-R |

Good Morning Counsel,

In response to the inquiry regarding the hearing, the Court will allot 90 minutes per side for the parties to utilize how they deem appropriate. Additionally, we are going to be moving the hearing to 9am to accommodate the parties with 90 minutes each.

Thank you, and let me know if you have any questions or concerns,

John Conder
**Career Clerk | Hon. Kelly H. Rankin**
District of Wyoming
(307) 433-2180

**From:** Matt Colvin <colvin@fr.com>
**Sent:** Monday, January 26, 2026 12:13 PM
**To:** WYDdb_Rankin <wyojudgekhr@wyd.uscourts.gov>; Nathan Nicholas <nnicholas@kochlawpc.com>
**Cc:** Travis Koch <tkoch@kochlawpc.com>; Ben Christoff <christoff@fr.com>; Carl Bruce <Bruce@fr.com>; Jeffrey S. Pope <jspope@hollandhart.com>; Andrew C. Orr <ACOrr@hollandhart.com>; Timothy Getzoff <TGetzoff@hollandhart.com>; Paul D. Swanson <PDSwanson@hollandhart.com>
**Subject:** RE: Requested Conferral on Time Allotment for 2/4/26 Hearing 26-CV-18-R

**CAUTION - EXTERNAL:**


Ms. Harmon,

The parties have conferred and believe that three hours (90 minutes per side) will be sufficient for argument.

There is some confusion on our side as to if the Court would like to hear from witnesses at this hearing since the Court's order (Dkt. No. 9) notes that "counsel should be prepared to present any evidence or argument." We request guidance on this point and note that if the court would like to hear from witnesses then we need to revisit our time allotment.

The parties would be happy to join a conference with the court to discuss the procedure here.

Respectfully,

Matt

## Matt Colvin

**Principal** ■ Fish & Richardson P.C.

**T:** 214 292 4013 | colvin@fr.com

---

**From:** WYDdb_Rankin <wyojudgekhr@wyd.uscourts.gov>
**Sent:** Friday, January 23, 2026 4:24 PM
**To:** Nathan Nicholas <nnicholas@kochlawpc.com>
**Cc:** Travis Koch <tkoch@kochlawpc.com>; Matt Colvin <colvin@fr.com>; Ben Christoff <christoff@fr.com>; Carl Bruce <Bruce@fr.com>; Jeffrey S. Pope <jspope@hollandhart.com>; Andrew C. Orr <ACOrr@hollandhart.com>; Timothy Getzoff <TGetzoff@hollandhart.com>; Paul D. Swanson <PDSwanson@hollandhart.com>
**Subject:** Requested Conferral on Time Allotment for 2/4/26 Hearing 26-CV-18-R

[This email originated outside of F&R.]

Good afternoon,

The Notice and Report has been forwarded on to the Clerk.

Additionally, the Court requests the parties confer as to the time required to present each respective argument during the February 4, 2026, Motion Hearing, and the overall time allotment required. Please respond in this thread as to the agreed upon time frame.

Please let me know if you have any questions.

Thank you!

Emily Harmon
**Term Clerk | Hon. Kelly H. Rankin**
District of Wyoming
(307) 433-2180

---

**From:** Nathan Nicholas <nnicholas@kochlawpc.com>
**Sent:** Thursday, January 22, 2026 8:19 PM
**To:** WYDdb_Rankin <wyojudgekhr@wyd.uscourts.gov>
**Cc:** Travis Koch <tkoch@kochlawpc.com>; Matt Colvin <colvin@fr.com>; Ben Christoff <christoff@fr.com>; Carl Bruce <bruce@fr.com>; Jeffrey S. Pope <jspope@hollandhart.com>; Andrew C. Orr <ACOrr@hollandhart.com>; Timothy Getzoff <TGetzoff@hollandhart.com>; Paul D. Swanson <PDSwanson@hollandhart.com>
**Subject:** Report on the filing or determination of an action regarding a patent or trademark

**CAUTION - EXTERNAL:**

Good Evening,

We just filed the attached Notice and Report on the filing or determination of an action regarding a patent or trademark for the Clerk to send to the USPTO. PACER would not let me file the "fillable form" so I have included that version as well.

Thank you,



Nathan A. Nicholas
P.O. Box 2660
Cheyenne, WY 82003
T: 307.426.5010
F: 307.426.4927

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic email or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply email so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

```
***************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
***************************************************************************************************
```

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.