| | |
|---|---|
| Nathan Nicholas, Wyo. Bar #7-5078 | Matthew A. Colvin* |
| Travis W. Koch, Wyo. Bar # 7-5418 | Carl E. Bruce* |
| Koch Law, P.C. | FISH & RICHARDSON P.C. |
| P.O. Box 2660 | 1717 Main Street, Suite 5000 |
| Cheyenne, WY 82003 | Dallas, Texas 75201 |
| (307) 426-5010 | Telephone: (214) 747-5070 |
| (307) 426-4927 (fax) | colvin@fr.com |
| tkoch@kochlawpc.com | bruce@fr.com |
| nnicholas@kochlawpc.com | |
| | |
| Glenn D. Bellamy* | Ben Christoff* |
| Wood Herron & Evans, LLP | FISH & RICHARDSON P.C. |
| 600 Vine St., STE 2800 | 1000 Maine Avenue SW, Suite 1000 |
| Cincinnati, OH 45202 | Washington, DC 20024 |
| (513) 707-0243 | Telephone: (202) 783-5070 |
| gbellamy@whe-law.com | christoff@fr.com |

**ATTORNEYS FOR PLAINTIFFS**
*Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, | ) ) ) ) | Case No. 2:26-cv-00018-KHR |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| PEAK TACTICAL, LLC d/b/a PARTISAN TRIGGERS, a Wyoming limited liability company, | ) ) ) ) | |
| and | ) ) | |
| NICHOLAS NORTON, an individual, | ) ) | |
| *Defendants*. | ) ) | |

## PLAINTIFFS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs in the above-named case, ABC IP, LLC and Rare Breed Triggers, Inc. ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's "Order Denying Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. 39), dated February 13, 2026, and from all decisions, rulings, orders, and judgments that gave rise to the non-adoption of Plaintiffs' arguments and positions in that Order, including without limitation the Court's subsequent denial of expedited discovery for possible reconsideration (Dkt. 45), dated March 11, 2026.

Dated: March 12, 2026                                   Respectfully Submitted,

                                              By:   */s/ Matthew A. Colvin*
                                                     Nathan Nicholas, Wyo. Bar #7-5078
                                                     Travis W. Koch, Wyo. Bar #7-5418
                                                     **KOCH LAW, P.C.**
                                                     P.O. Box 2660
                                                     Cheyenne, WY 82003
                                                     (307) 426-5010
                                                     (307) 426-4927
                                                     tkoch@kochlawpc.com
                                                     nnicholas@kochlawpc.com

                                                     Ben Christoff*
                                                   **FISH & RICHARDSON P.C.**
                                                   1000 Maine Avenue SW, Suite 1000
                                                   Washington, DC 20024
                                                   Telephone: (202) 783-5070
                                                   christoff@fr.com

                                                   Matthew A. Colvin*
                                                   Carl Bruce*
                                                   **FISH & RICHARDSON P.C.**
                                                   1717 Main Street, Suite 5000
                                                   Dallas, Texas 75201
                                                   Telephone: (214) 747-5070
                                                   colvin@fr.com
                                                   bruce@fr.com

2

        Glenn D. Bellamy*
        **Wood Herron & Evans, LLP**
        600 Vine St., STE 2800
        Cincinnati, OH 45202
        (513) 707-0243
        gbellamy@whe-law.com

        ***Pro Hac Vice***

        *Attorneys for Plaintiffs*
        *Rare Breed Triggers and*
        *ABC IP, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 12, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                */s/ Matthew A. Colvin*
                Matthew A. Colvin