**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**March 17, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

ABC IP, LLC, a Delaware limited liability
company; RARE BREED TRIGGERS,
INC., a Texas corporation,

    Plaintiffs - Appellants,

v.

PEAK TACTICAL, LLC, a Wyoming
limited liability company, d/b/a Partisan
Triggers; NICHOLAS NORTON, an
individual,

    Defendants - Appellees.

No. 26-8010
(D.C. No. 2:26-CV-00018-KHR)
(D. Wyo.)

_____

### ORDER
_____

This matter is before the court sua sponte to correct a clerical error. On March 12,

2026, Appellants filed a notice of appeal to the United States Court of Appeals for the

Federal Circuit. The district court inadvertently transmitted that appeal to this court, and

it was opened in error. On March 16, 2026, the district court transmitted the appeal to the

Federal Circuit. Accordingly, this appeal is administratively closed.


Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk


by: Jane K. Castro
    Chief Deputy Clerk