**EXHIBIT A: Infringement of Claim 19 of U.S. Patent No. 9,146,0677 ("the '067 Patent")**

This infringement contention chart addresses Rare Breed Triggers, Inc.'s AR-pattern forced-reset trigger products identified as (i) the FRT-15L3 and (ii) the FRT-15L3 (FLAT) (together, the "Accused Rare Breed Products"). Based on Rare Breed's publicly available product descriptions and photographs[1], and upon information and belief, the Accused Rare Breed Products share the same fundamental drop-in trigger-cassette architecture and the same relevant selector-controlled operation and structures for purposes of the asserted limitations of claim 19 of U.S. Patent No. 9,146,067.

Accordingly, the FRT-15L3 is representative of the Accused Rare Breed Products for purposes of this chart, and the element-by-element analysis set forth herein for the FRT-15L3 is intended to apply equally to the FRT-15L3 (FLAT). To the extent any of these products differ in external/ergonomic features (e.g., trigger geometry) or pull characteristics in certain operating modes, such differences do not, upon information and belief, materially affect the accused selector/trigger-travel adjustment structures and functionality addressed in this chart. Peak Tactical reserves the right to supplement or revise these contentions based on discovery, inspection, and/or additional testing.

| '067 Patent, Claim 19 | Rare Breed FRT-15L3 |
|---|---|
| 19. A trigger mechanism, comprising: | The Rare Breed FRT-15L3 is a trigger mechanism. Specifically, the Rare Breed FRT-15L3 is an aftermarket, drop-in trigger mechanisms designed for AR-pattern rifles. The Rare Breed FRT-15L3 is a self-contained, drop-in trigger cassette that installs in a standard AR-pattern lower receiver using standard hammer and trigger assembly pins, and includes a trigger assembly comprising a hammer, trigger body, disconnector, and selector. |

---

[1] *See, e.g.*, https://rarebreedtriggers.com/product/frt-15l3-2/; and https://rarebreedtriggers.com/product/frt-15l3-flat/.



## FRT-15L3™

## Forced Reset Trigger for the AR-15

**NOTE:** Max of two triggers per transaction.

**Contents:**

- 1 x FRT-15L3 Trigger
- 2 x Anti-Walk Pins
- 4 x Anti-Walk Pin Screws
- 1 x Selector Drum
- 2 x Selector Levers (1 Long & 1 Short)
- 2 x T10 Torx Selector Lever Screws
- 2 x T10 Torx Wrenches

## FRT-15L3™

## Forced Reset Trigger for the AR-15

Take your AR-15 to the next level with the official Rare Breed Triggers FRT-15L3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT)** is 100% manufactured and assembled in the USA. The FRT-15L3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

**Performance on the Range**

Enhance your shooting experience with the **FRT-15L3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.

**Innovative Design and Features**

- **3-Position Functionality**: The **FRT-15L3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation**: Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-15L3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

**Single-Stage Trigger in Both Operating Modes**

- **Semi-Automatic Mode**: In Semi-Automatic mode, the trigger delivers a consistent, smooth **4.5–5 lb pull weight** throughout the entire length of travel, from initial pressure to the break. This **single-stage** design provides a predictable trigger feel that promotes precise control and extremely fast follow-up shots.
- **Forced Reset (FRT) Mode**: In FRT mode, the trigger maintains the same **single-stage** characteristic but with a slightly heavier **6.5–7 lb pull weight** throughout the full length of travel.

| | |
|---|---|
| | **Durable Construction for Long-Lasting Performance**<br>Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 steel, the **FRT-15L3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.<br><br>**AR-15 Compatibility**<br>The **FRT-15L3™** is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system. Please note: The FRT-15L3™ may not fit in certain Colt models or other lowers with a sear block/shelf.<br><br>**Unmatched Speed and Control**<br>The **FRT-15L3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.<br><br>**Why Choose the FRT-15L3™ Forced Reset Trigger?**<br>If you're looking to boost your AR-15's performance, the **FRT-15L3 Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the **FRT-15L3™**.<br><br>(https://rarebreedtriggers.com/product/frt-15l3-2/) |
| a trigger assembly with a hammer having a trigger notch, a trigger body has a trigger nose, a trigger tail, and a trigger, the trigger nose for receiving the trigger notch in a cocked position of the hammer and a set position of the trigger body and for releasing the trigger nose when the trigger body is moved a travel distance from the set position to a fired position, a disconnector coupled between the hammer and the trigger body, and a selector movable between a first position and a second position for adjusting the travel distance of the trigger body; | The Rare Breed FRT-15L3 includes a trigger assembly with a hammer having a trigger notch, a trigger body has a trigger nose, a trigger tail, and a trigger, the trigger nose for receiving the trigger notch in a cocked position of the hammer and a set position of the trigger body and for releasing the trigger nose when the trigger body is moved a travel distance from the set position to a fired position, a disconnector coupled between the hammer and the trigger body, and a selector movable between a first position and a second position for adjusting the travel distance of the trigger body. For example: |

3



Rare Breed FRT-15L3

trigger assembly with a hammer having a trigger notch, a trigger body has a trigger nose, a trigger tail, and a trigger

a disconnector coupled between the hammer and the trigger body

Rare Breed FRT-15L3



## FRT-15L3™
## Forced Reset Trigger for the AR-15

Take your AR-15 to the next level with the official Rare Breed Triggers FRT-15L3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT)** is 100% manufactured and assembled in the USA. The FRT-15L3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

### Performance on the Range
Enhance your shooting experience with the **FRT-15L3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.

### Innovative Design and Features

- **3-Position Functionality**: The **FRT-15L3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation**: Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-15L3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

### Single-Stage Trigger in Both Operating Modes

- **Semi-Automatic Mode**: In Semi-Automatic mode, the trigger delivers a consistent, smooth **4.5–5 lb pull weight** throughout the entire length of travel, from initial pressure to the break. This **single-stage** design provides a predictable trigger feel that promotes precise control and extremely fast follow-up shots.
- **Forced Reset (FRT) Mode**: In FRT mode, the trigger maintains the same **single-stage** characteristic but with a slightly heavier **6.5–7 lb pull weight** throughout the full length of travel.

5

**Durable Construction for Long-Lasting Performance**

Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 steel, the **FRT-15L3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.

**AR-15 Compatibility**

The **FRT-15L3™** is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system. Please note: The FRT-15L3™ may not fit in certain Colt models or other lowers with a sear block/shelf.

**Unmatched Speed and Control**

The **FRT-15L3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Why Choose the FRT-15L3™ Forced Reset Trigger?**

If you're looking to boost your AR-15's performance, the **FRT-15L3 Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the **FRT-15L3™**.

(https://rarebreedtriggers.com/product/frt-15l3-2/)

Rare Breed's own product description for the FRT-15L3 confirms the accused trigger assembly operates such that the "Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing" and that "[e]ach trigger pull fires one round," and further confirms the presence of a selector assembly and multiple selector positions, stating the FRT-15L3 is a "drop-in, duty-grade 3-position Forced Reset Trigger (Safe/Semi/FRT)" that "features Safe, Semi, and Forced Reset modes, controlled via a 3-position, ambidextrous safety selector," and that the product ships with "1 x Selector Drum" and "2 x Selector Levers (1 Long & 1 Short)" (*see* Rare Breed FRT-15L3 product page printout). Consistent with these admissions, and based on Michael Stakes's testing, Mr. Stakes "personally installed and tested" the Rare Breed FRT-15L3 and "us[ed] controlled fixtures and calipers to measure the selector-stop geometry and trigger travel distances," confirming that the FRT-15L3's selector "presents different stop surfaces aligned with the trigger tail, producing two distinct travel distances," where "[t]he second distance is less than the first" (Stakes Decl. ¶ 28); accordingly, upon information and belief based on the foregoing and the FRT-15L3's AR-pattern trigger assembly configuration reflected in the product photographs, the FRT-15L3 includes (i) "a trigger assembly with a hammer having a trigger notch," (ii) "a trigger body" having "a trigger nose, a trigger tail, and a trigger," wherein "the trigger nose" receives and releases the hammer's "trigger notch" as the trigger body moves between set and fired positions, (iii) "a disconnector coupled between the hammer and the trigger body," and (iv) "a selector movable between a first position and a second position for adjusting the travel distance of the trigger body."

6

| | |
|---|---|
| the selector has a first stop aligned with the tail of the trigger body in the first position, and a second stop aligned with the tail of the trigger body in the second position; | The Rare Breed FRT-15L3 includes that the selector has a first stop aligned with the tail of the trigger body in the first position, and a second stop aligned with the tail of the trigger body in the second position. For example:  |



## FRT-15L3™
## Forced Reset Trigger for the AR-15

Take your AR-15 to the next level with the official Rare Breed Triggers FRT-15L3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT)** is 100% manufactured and assembled in the USA. The FRT-15L3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

**Performance on the Range**
Enhance your shooting experience with the **FRT-15L3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.

**Innovative Design and Features**

- **3-Position Functionality**: The **FRT-15L3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation**: Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-15L3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

**Single-Stage Trigger in Both Operating Modes**

- **Semi-Automatic Mode**: In Semi-Automatic mode, the trigger delivers a consistent, smooth **4.5–5 lb pull weight** throughout the entire length of travel, from initial pressure to the break. This **single-stage** design provides a predictable trigger feel that promotes precise control and extremely fast follow-up shots.
- **Forced Reset (FRT) Mode**: In FRT mode, the trigger maintains the same **single-stage** characteristic but with a slightly heavier **6.5–7 lb pull weight** throughout the full length of travel.

7

**Durable Construction for Long-Lasting Performance**
Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 steel, the **FRT-15L3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.

**AR-15 Compatibility**
The **FRT-15L3™** is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system. Please note: The FRT-15L3™ may not fit in certain Colt models or other lowers with a sear block/shelf.

**Unmatched Speed and Control**
The **FRT-15L3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Why Choose the FRT-15L3™ Forced Reset Trigger?**
If you're looking to boost your AR-15's performance, the **FRT-15L3 Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the **FRT-15L3™**.

(https://rarebreedtriggers.com/product/frt-15l3-2/)

The FRT-15L3 includes a selector with multiple positions. Rare Breed expressly markets the FRT-15L3 as a "drop-in, duty-grade 3-position Forced Reset Trigger (Safe/Semi/FRT)" featuring "Safe, Semi, and Forced Reset modes, controlled via a 3-position, ambidextrous safety selector." The package contents confirm the selector assembly: the FRT-15L3 ships with "1 x Selector Drum" and "2 x Selector Levers (1 Long & 1 Short)." Testing and analysis of the FRT-15L3 confirms that the selector drum includes at least a first stop and a second stop, each aligned with the tail of the trigger body in the selector's respective positions. (Stakes Decl. ¶ 28). Accordingly, the FRT-15L3's selector includes (i) a first stop that is aligned with the tail of the trigger body in a first selector position, and (ii) a second stop that is aligned with the tail of the trigger body in a second selector position.

| | |
|---|---|
| the first stop is separated from tail of the trigger body a first distance in the set position of the trigger body in the first position of the selector, and the second stop is separated from tail of the trigger body a second distance in the set position of the trigger body in the second position of the selector; | The Rare Breed FRT-15L includes that the first stop is separated from tail of the trigger body a first distance in the set position of the trigger body in the first position of the selector, and the second stop is separated from tail of the trigger body a second distance in the set position of the trigger body in the second position of the selector. For example: |

8



## FRT-15L3™
## Forced Reset Trigger for the AR-15

**NOTE:** Max of two triggers per transaction.

**Contents:**

- 1 x FRT-15L3 Trigger
- 2 x Anti-Walk Pins
- 4 x Anti-Walk Pin Screws
- 1 x Selector Drum
- 2 x Selector Levers (1 Long & 1 Short)
- 2 x T10 Torx Selector Lever Screws
- 2 x T10 Torx Wrenches

## FRT-15L3™

## Forced Reset Trigger for the AR-15

Take your AR-15 to the next level with the official Rare Breed Triggers FRT-15L3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT)** is 100% manufactured and assembled in the USA. The FRT-15L3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

**Performance on the Range**

Enhance your shooting experience with the **FRT-15L3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.

**Innovative Design and Features**

- **3-Position Functionality**: The **FRT-15L3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation**: Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-15L3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

**Single-Stage Trigger in Both Operating Modes**

- **Semi-Automatic Mode**: In Semi-Automatic mode, the trigger delivers a consistent, smooth **4.5–5 lb pull weight** throughout the entire length of travel, from initial pressure to the break. This **single-stage** design provides a predictable trigger feel that promotes precise control and extremely fast follow-up shots.
- **Forced Reset (FRT) Mode**: In FRT mode, the trigger maintains the same **single-stage** characteristic but with a slightly heavier **6.5–7 lb pull weight** throughout the full length of travel.

9

**Durable Construction for Long-Lasting Performance**
Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 steel, the **FRT-15L3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.

**AR-15 Compatibility**
The **FRT-15L3™** is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system. Please note: The FRT-15L3™ may not fit in certain Colt models or other lowers with a sear block/shelf.

**Unmatched Speed and Control**
The **FRT-15L3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Why Choose the FRT-15L3™ Forced Reset Trigger?**
If you're looking to boost your AR-15's performance, the **FRT-15L3 Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the **FRT-15L3™**.

(https://rarebreedtriggers.com/product/frt-15l3-2/)

Rare Breed represents that the FRT-15L3 includes "1 x Selector Drum" and is a "drop-in, duty-grade 3-position Forced Reset Trigger (Safe/Semi/FRT)" with "Safe, Semi, and Forced Reset modes, controlled via a 3-position, ambidextrous safety selector" (*see* Rare Breed FRT-15L3 product page printout), and Michael Stakes confirms that he "personally installed and tested" the Rare Breed FRT-15L3 "using controlled fixtures and calipers to measure the selector-stop geometry and trigger travel distances," and that "the selector presents different stop surfaces aligned with the trigger tail, producing two distinct travel distances," where "[t]he second distance is less than the first" (Stakes Decl. ¶ 28). Accordingly, upon information and belief based on the foregoing and Mr. Stakes's measurements of the selector-stop geometry, the Rare Breed FRT-15L3 includes a first stop that is separated from tail of the trigger body a first distance in the set position of the trigger body in the first position of the selector, and a second stop that is separated from tail of the trigger body a second distance in the set position of the trigger body in the second position of the selector.

| | |
|---|---|
| in the first position of the selector and the fired position of the trigger body the first distance between the first stop and the tail of the trigger body is closed and the tail contacts the first stop, and movement of the | The Rare Breed FRT-15L3 includes that in the first position of the selector and the fired position of the trigger body the first distance between the first stop and the tail of the trigger body is closed and the tail contacts the first stop, and movement of the trigger body is arrested by the tail contacting the first stop. For example: |

| | |
|---|---|
| trigger body is arrested by the tail contacting the first stop; |

### FRT-15L3™
### Forced Reset Trigger for the AR-15

**NOTE:** Max of two triggers per transaction.

**Contents:**

- 1 x FRT-15L3 Trigger
- 2 x Anti-Walk Pins
- 4 x Anti-Walk Pin Screws
- 1 x Selector Drum
- 2 x Selector Levers (1 Long & 1 Short)
- 2 x T10 Torx Selector Lever Screws
- 2 x T10 Torx Wrenches

### FRT-15L3™
### Forced Reset Trigger for the AR-15

Take your AR-15 to the next level with the official Rare Breed Triggers FRT-15L3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT)** is 100% manufactured and assembled in the USA. The FRT-15L3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

**Performance on the Range**
Enhance your shooting experience with the **FRT-15L3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.

**Innovative Design and Features**

- **3-Position Functionality**: The **FRT-15L3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation**: Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-15L3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

**Single-Stage Trigger in Both Operating Modes**

- **Semi-Automatic Mode**: In Semi-Automatic mode, the trigger delivers a consistent, smooth **4.5–5 lb pull weight** throughout the entire length of travel, from initial pressure to the break. This **single-stage** design provides a predictable trigger feel that promotes precise control and extremely fast follow-up shots.
- **Forced Reset (FRT) Mode**: In FRT mode, the trigger maintains the same **single-stage** characteristic but with a slightly heavier **6.5–7 lb pull weight** throughout the full length of travel. |

11

**Durable Construction for Long-Lasting Performance**
Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 steel, the **FRT-15L3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.

**AR-15 Compatibility**
The **FRT-15L3™** is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system. Please note: The FRT-15L3™ may not fit in certain Colt models or other lowers with a sear block/shelf.

**Unmatched Speed and Control**
The **FRT-15L3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Why Choose the FRT-15L3™ Forced Reset Trigger?**
If you're looking to boost your AR-15's performance, the **FRT-15L3 Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the **FRT-15L3™**.

(https://rarebreedtriggers.com/product/frt-15l3-2/)

Rare Breed represents that the FRT-15L3 is a "drop-in, duty-grade 3-position Forced Reset Trigger (Safe/Semi/FRT)" that "includes a 3-position ambidextrous safety selector" and ships with "1 x Selector Drum" and "2 x Selector Levers (1 Long & 1 Short)" (Rare Breed FRT-15L3™ product page printout), and Michael Stakes confirms he "personally installed and tested" the FRT-15L3 "using controlled fixtures and calipers to measure the selector-stop geometry and trigger travel distances," and found that "the selector presents different stop surfaces aligned with the trigger tail, producing two distinct travel distances," including that "the selector's second position reduces travel so the tail contacts a closer stop, arresting movement earlier" (Stakes Decl. ¶ 28). Accordingly, upon information and belief based on the foregoing selector-stop geometry and measured stop-limited travel, in the first position of the selector and the fired position of the trigger body the first distance between the first stop and the tail of the trigger body is closed and the tail contacts the first stop, and movement of the trigger body is arrested by the tail contacting the first stop.

| | |
|---|---|
| in the second position of the selector and the fired position of the trigger body the second distance between the second stop and the tail of the trigger body is closed and the tail contacts the second stop, and movement of the trigger body is | The Rare Breed FRT-15L3 includes that in the second position of the selector and the fired position of the trigger body the second distance between the second stop and the tail of the trigger body is closed and the tail contacts the second stop, and movement of the trigger body is arrested by the tail contacting the second stop. For example: |

| | |
|---|---|
| arrested by the tail contacting the second stop; and |  **FRT-15L3™** **Forced Reset Trigger for the AR-15** **NOTE:** Max of two triggers per transaction. **Contents:** <br><br>• 1 x FRT-15L3 Trigger<br>• 2 x Anti-Walk Pins<br>• 4 x Anti-Walk Pin Screws<br>• 1 x Selector Drum<br>• 2 x Selector Levers (1 Long & 1 Short)<br>• 2 x T10 Torx Selector Lever Screws<br>• 2 x T10 Torx Wrenches<br><br>## FRT-15L3™<br><br>## Forced Reset Trigger for the AR-15<br><br>Take your AR-15 to the next level with the official Rare Breed Triggers FRT-15L3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT)** is 100% manufactured and assembled in the USA. The FRT-15L3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.<br><br>**Performance on the Range**<br>Enhance your shooting experience with the **FRT-15L3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.<br><br>**Innovative Design and Features**<br><br>• **3-Position Functionality**: The **FRT-15L3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.<br>• **Effortless Installation**: Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-15L3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.<br><br>**Single-Stage Trigger in Both Operating Modes**<br><br>• **Semi-Automatic Mode**: In Semi-Automatic mode, the trigger delivers a consistent, smooth **4.5–5 lb pull weight** throughout the entire length of travel, from initial pressure to the break. This **single-stage** design provides a predictable trigger feel that promotes precise control and extremely fast follow-up shots.<br>• **Forced Reset (FRT) Mode**: In FRT mode, the trigger maintains the same **single-stage** characteristic but with a slightly heavier **6.5–7 lb pull weight** throughout the full length of travel. |

| | |
|---|---|
| | **Durable Construction for Long-Lasting Performance**<br>Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 steel, the **FRT-15L3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.<br><br>**AR-15 Compatibility**<br>The **FRT-15L3™** is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system. Please note: The FRT-15L3™ may not fit in certain Colt models or other lowers with a sear block/shelf.<br><br>**Unmatched Speed and Control**<br>The **FRT-15L3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.<br><br>**Why Choose the FRT-15L3™ Forced Reset Trigger?**<br>If you're looking to boost your AR-15's performance, the **FRT-15L3 Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the **FRT-15L3™**.<br><br>(https://rarebreedtriggers.com/product/frt-15l3-2/)<br><br>Rare Breed represents that the FRT-15L3 is a "drop-in, duty-grade 3-position Forced Reset Trigger (Safe/Semi/FRT)" that "includes a 3-position ambidextrous safety selector" and ships with "1 x Selector Drum" and "2 x Selector Levers (1 Long & 1 Short)" (*see* Rare Breed FRT-15L3™ product page printout), and Michael Stakes confirms that he "personally installed and tested" the FRT-15L3 "using controlled fixtures and calipers to measure the selector-stop geometry and trigger travel distances," and that "the selector's second position reduces travel so the tail contacts a closer stop, arresting movement earlier" (Stakes Decl. ¶ 28). Accordingly, upon information and belief based on the foregoing selector-stop geometry and measured stop-limited travel, in the second position of the selector and the fired position of the trigger body the second distance between the second stop and the tail of the trigger body is closed and the tail contacts the second stop, and movement of the trigger body is arrested by the tail contacting the second stop. |
| the second distance is less than the first distance, wherein the travel distance of the trigger body in the second position of the selector is less than the travel distance of the trigger body in the first position of the selector. | The Rare Breed FRT-15L3 includes that the second distance is less than the first distance, wherein the travel distance of the trigger body in the second position of the selector is less than the travel distance of the trigger body in the first position of the selector. For example: |

14



## FRT-15L3™

## Forced Reset Trigger for the AR-15

**NOTE:** Max of two triggers per transaction.

**Contents:**

- 1 x FRT-15L3 Trigger
- 2 x Anti-Walk Pins
- 4 x Anti-Walk Pin Screws
- 1 x Selector Drum
- 2 x Selector Levers (1 Long & 1 Short)
- 2 x T10 Torx Selector Lever Screws
- 2 x T10 Torx Wrenches

## FRT-15L3™

## Forced Reset Trigger for the AR-15

Take your AR-15 to the next level with the official Rare Breed Triggers FRT-15L3™. This drop-in, duty-grade **3-position Forced Reset Trigger (Safe/Semi/FRT)** is 100% manufactured and assembled in the USA. The FRT-15L3™ includes a 3-position ambidextrous safety selector and anti-walk pins for a secure, hassle-free installation.

**Performance on the Range**

Enhance your shooting experience with the **FRT-15L3™ Forced Reset Trigger**. Designed to accelerate follow-up shots while remaining within legal parameters, the innovative Forced Reset system resets the trigger after each shot, enabling faster, more consistent firing. Each trigger pull fires one round, ensuring full legal compliance while delivering improved speed and performance. Perfect for competitive shooting, tactical training, or maximizing your AR-15's potential.

**Innovative Design and Features**

- **3-Position Functionality**: The **FRT-15L3™** features **Safe, Semi, and Forced Reset** modes, controlled via a **3-position**, ambidextrous safety selector. Whether you're focused on precision shooting or rapid-fire drills, this system adapts to your needs, offering versatility for both left- and right-handed shooters.
- **Effortless Installation**: Designed for easy installation on MIL-SPEC AR-15 lowers, the **FRT-15L3™** includes anti-walk trigger pins, providing secure attachment and preventing unwanted movement during extended use. The ambidextrous safety selector seamlessly integrates into any MIL-SPEC lower receiver.

**Single-Stage Trigger in Both Operating Modes**

- **Semi-Automatic Mode**: In Semi-Automatic mode, the trigger delivers a consistent, smooth **4.5–5 lb pull weight** throughout the entire length of travel, from initial pressure to the break. This **single-stage** design provides a predictable trigger feel that promotes precise control and extremely fast follow-up shots.
- **Forced Reset (FRT) Mode**: In FRT mode, the trigger maintains the same **single-stage** characteristic but with a slightly heavier **6.5–7 lb pull weight** throughout the full length of travel.

15

**Durable Construction for Long-Lasting Performance**
Crafted from high-quality materials, including 7075 anodized aluminum and heat-treated 4140 steel, the **FRT-15L3™** is built to endure heavy use. This robust construction ensures reliability and longevity, allowing you to push your AR-15 to its limits with confidence.

**AR-15 Compatibility**
The **FRT-15L3™** is compatible with MIL-SPEC AR-15 lowers and requires a full-auto-compatible bolt carrier group for proper functionality. For optimal performance, we also recommend using an H2 or H3 buffer, or alternatively, an A5 buffer system. Please note: The FRT-15L3™ may not fit in certain Colt models or other lowers with a sear block/shelf.

**Unmatched Speed and Control**
The **FRT-15L3™** is ideal for shooters seeking speed and precision. By mechanically resetting the trigger after each shot, then locking the trigger from being pulled until the BCG returns to battery, this system allows for faster follow-up shots without needing advanced techniques. The forced reset mechanism ensures the trigger returns to the non-firing position after each round, requiring the shooter to pull the trigger again, offering full control over each shot.

**Why Choose the FRT-15L3™ Forced Reset Trigger?**
If you're looking to boost your AR-15's performance, the **FRT-15L3 Forced Reset Trigger** is the ultimate upgrade. With its rapid-fire capability, secure anti-rotation design, and seamless compatibility with the AR-15 platform, this trigger provides a superior shooting experience for competition, tactical use, or range drills. Unlock the full potential of your AR-15 with the **FRT-15L3™**.

(https://rarebreedtriggers.com/product/frt-15l3-2/)

Rare Breed represents that the FRT-15L3 is a "drop-in, duty-grade 3-position Forced Reset Trigger (Safe/Semi/FRT)" with "Safe, Semi, and Forced Reset modes, controlled via a 3-position, ambidextrous safety selector" (*see* Rare Breed FRT-15L3 product page printout), and Michael Stakes confirms that he "personally installed and tested" the FRT-15L3 "using controlled fixtures and calipers to measure the selector-stop geometry and trigger travel distances," and that "the selector presents different stop surfaces aligned with the trigger tail, producing two distinct travel distances," and that "[t]he second distance is less than the first" (Stakes Decl. ¶ 28). Accordingly, upon information and belief based on Mr. Stakes's measurements of the selector-stop geometry and trigger travel, the second distance is less than the first distance, and the travel distance of the trigger body in the second position of the selector is less than the travel distance of the trigger body in the first position of the selector.

37314356_v1

16